IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

_Scotty J. Edwards 202062_ )
Full name and prison number )
of plaintiff(s) )
 )
v. )       CIVIL ACTION NO. 2:06CV214-W
 )       (To be supplied by Clerk of         K
_Florala, Al. Police Department_ )       U.S. District Court)                W
_Opp, Al. Police Department_ )
_Covington County Sherriff, OFF Al._ )
_Walton County, Fl. Sherriff Department_ )
_Cov. County Drug Task force, Al._ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED
2006 MAR -6  A 10: 25

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____
            _____

            Defendant(s) _____
            _____

        2.  Court (if federal court, name the district; if state court, name the county) _____
            _____

3. Docket number _None_

4. Name of judge to whom case was assigned _None_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _None_

6. Approximate date of filing lawsuit _None_

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Limestone Correctional in Harvest, Al._

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Covington County on the Streets_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS

1. Perry William, Jim Snow Ext. = 1401 Wall Street, Florala, Al 36442 — Florala P.D.
2. Keith Wise, Jason Southerland + Ext. = Main St., Opp, Al. 36467 — OPP Police Dept.
3. Greg Jackson, Chris Inabinett = One Court Square, Andalusia, Al 36420 — Covington County Sheriff Dept.
4. Deputy Sherriff Name unknown 25295 US HV 311 South, Deburiah Springs, Fl. 32433
5. Paul Dean, Covington County Sheriff Dept., One Court Square, Andalusia, Al 36420 (DTF)
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _From Dec. of 2003 until Sept. 2004 (Pulled me over 20 times or more, also kicked my house door in)_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Harrassment by all of them because of hearsay evidence, that I was selling and trafficing Drugs_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I would get pulled over everytime I turn around in Covington County. Sometime for speeding and other and most of the time for nothing. But everytime my car would be search (or/and) the dog would be bung out so they could trap me with the so-call drugs I was suppose to be hauling. But I never was.

GROUND TWO: The threat Opp, Al. police said when they arrested my cousin, Jim Edwards, when they arrested him for possession of Marijuana

SUPPORTING FACTS: The officers told my cousin that they believed he was selling drugs for me and if I even come through that town that night they was going to pull me over and search my car and take me to jail also for illegal drugs. So my cousin, Jim, bonded out and call me and told me what was said. I call the probationer officer from Coffee and explained to her what was said. 12:30 AM I got up and went to Opp, I was pulled over and they tryed to search my car. I said no.

GROUND THREE: Florala, Al. police and Walton County Sheriff, out of DeFuniak Springs, Fl. tried to plant illegal drugs in my car.

SUPPORTING FACTS: I, Scotty Edwards, and Dorsey Tillis was pulled over only for a tag light been out by Florala police in Al. He call Walton County, Fl. to bring a K9 dog accross the state line to put in my car. At this time I called Police Commissioner / City Council Grady Hobbs and told him what was going on and he said he was listen to it on his scanner. So I asked Mr. Hobbs to come out to the scene and he did come and he arrived before the Fl. K9 dog. So the Councilman (Hobbs) asked the two Florala officers what was I stopped for. They told him the tag light, so he then asked what was the reason to be calling for a drug dog a wanting to search my car. They didn't have any reason. The K9 arrived but didn't alert on my car. But they search it anyway. The Florida Sheriff

3

not knowing the third black man was the Council. So the Sheriff got a knife and sacked in the crack of my seat and put some dust in a little test kit and shook it for about 2 minutes no results. So the Sheriff go accross the road into the trunk of the Fl. police car and add some cocaine in the bag because when he can back to us it had change colors but then the councilman confronted him and interduced himself as the Councilman

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like a $3,800,000 lawsuit put on each Department for the harrassment and for the time I'm now doing for all the harrassment and false acusement that got my probation violated. The commissioner/Councilman wittness most of the harrassment on the other end of my phone. He sent me to talk to a lawyer about the lawsuit and he is willing to testify about all of it.

_Scotty J. Edwards_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on __2-27-06__.
(Date)

_Scotty J. Edwards_
Signature of plaintiff(s)

I doing time and got a case pending which I'm not guilty of. This case is why my P.O. was revoked. Covington County is a crooked place and I been locked up since 11-29-04. For a pair of scales that was found in my roommate room that the DTF said had cociane and marijuane on them. But the picture they took at my house didn't show know signs of marijuana or cociane on it. Then they got 25.9 grams of marijuane the DTF said they found just laying in the open in my backyard. But right were they found it they also said they saw someone run off from as they was coming up to my house, but they still charged it to me. After I wouldn't plea to felony charge, the finally dropped the charges to misdomeanors charges and I will still get out on 12-01-06. But I don't want to plea guilty to it. But the DA already confronted me without my lawyer and told me he would offer the guy they used the hearsay illegal evidence to get the search warrant for my house, lesser time to come to trail and just say he had bought some drugs from me just to find me guilty. I have a jailer that said he would be my wittness about this. Then I'm looking at 10 years to life. So I'm thinking of entering a Alfor best interest plea of guilty to keep from been railroad in Covington County. Because the appointed lawyers aren't trying to help me. They just told me to take the plea.