IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

RECEIVED
2006 MAR -6 A 10: 25

_Scotty J. Scotty_
Plaintiff(s)

2:06CV214-WKW

v.

_Covington County Officers_
Defendant(s)

I, _Scotty Edwards_, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?    Yes ( )  No (✓)

    A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

    B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. _Self-Employed_
    _Self-Employed, Scotty Cure Sation, Oct. 2004_

2. Have you received within the past twelve months any money from any of the following sources?

    A. Business, profession, or form of self-employment?    Yes ( )  No (✓)

    B. Rent payments, interest, or dividends?    Yes ( )  No (✓)

    C. Pensions, annuities, or life insurance payments?    Yes ( )  No (✓)

    D. Gifts or inheritances?    Yes ( )  No (✓)

    E. Any other sources?    Yes (✓)  No ( )

    If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. _I get money from friends and family since I've been locked up_

PAGE 2

3. Do you own cash, or do you have money in a checking or savings account? Yes (✓), No ( ) (Include any funds in prison accounts.)
If the answer is "yes", state the total value of the items owned: $6.93 in my prison account

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes (✓) No ( )
If the answer if "yes", describe the property and state its approximate value:
1999 Monte Carlo
1996 Nissan Sentra    $600

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support:
My two kids
Carrissia Jones + Shenya Edwards, not any right now because I been wrongfully locked up since 11-29-04

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on 2-29-06 (date).

_Scotty Edwards_
Signature of Petitioner

CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said _____ institution: _____

_____
Authorized Officer of Institution

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include <u>both</u> the total deposits made to the prisoner's account each and every month for the preceding six months <u>and</u> the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

### CERTIFICATION

I hereby certify that prisoner __Edwards, Scotty__ has been incarcerated in this institution since __28th February__, 19__2005__, and that he has the sum of $__3.22__ in his prison or jail trust account on this the __1__ day of __March__, 19__2006__. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | Sept. 2005 | $ 35.00 | $ 3.72 |
| Month 2 | Oct. 2005 | $ 165.00 | $ 19.45 |
| Month 3 | Nov. 2005 | $ 50.00 | $ 17.25 |
| Month 4 | Dec. 2005 | $ 135.00 | $ 19.68 |
| Month 5 | Jan. 2006 | $ 170.00 | $ 5.41 |
| Month 6 | Feb. 2006 | $ 220.00 | $ 56.92 |
| Current month (if less than full month) | March 2006 | $ 0.00 | $ 3.22 |

_____
Signature of Authorized Officer of Institution

__LCF__
Name of Institution

4