IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 MAR 30 A 9: 38

Scotty J. Edwards 207067
Full name and prison number of plaintiff(s)

v.

Florala, Al. Police Department
Opp Police Dept.
Covington County Sherriff Dept.
Walton County Fl. Sherriff Dept.
Cov. County Drug Task Force (DTF)
Name of person(s) who violated your constitutional rights. (List the names of all the persons.)

CIVIL ACTION NO. 2:06CV214-WKW
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO ( ✓ )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO ( ✓ )

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) N

Defendant(s) N

2. Court (if federal court, name the district; if state court, name the county) N

3. Docket number N

4. Name of judge to whom case was assigned N

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N

6. Approximate date of filing lawsuit N

7. Approximate date of disposition N

II. PLACE OF PRESENT CONFINEMENT Limestone Correctional in Harvest Ala.

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Cov. County on the Street

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Perry Williams, Tim Snow + Ect. | 1409 wall St Florala, Al 36442 \| Florala P.D. |
| 2. | Keith Wise, Jason Southerland + Ect. | main St. Opp, Al. 36467 \| Opp P.D |
| 3. | Greg Jackson, Chris Inabinet | Cov. County Sherriff Dept one court Square Andilusia, Al. 36420 \| Andy S. Dept |
| 4. | Derrick Walters or James Perry | 25295 US Highway 331 South Defuniak Springs, Fl. 32433 \| Walton S. Dept |
| 5. | Paul Dean (DTF) | one court square andilusia, Al. 36420 |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED March 5, 2004 until June 23, 2004

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: (Cov. County Officers) harrassment by all of them because of hearsay evidence that I was selling and trafficing Drugs

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I would get pulled over everytime I ~~two~~ turned around in Cov. County. Sometime for speeding and most times for nothing. But everytime my car would be search and/or the dog would be bring out so they could trap me with the ~~or~~ all drugs I was suppose to be caring But I never was caring any.

GROUND TWO: The threat Opp, Al. Police said when they arrested my cousin, Tim Edwards, when they arrested him for possession of Marijuanne

SUPPORTING FACTS: The Officers told my cousin they believed he was selling drugs for me and if I even came though Opp that night they was going to pull me over and search my car and take me to jail also for illegal drugs.

GROUND THREE: Florala, Ala. Police and Walton County Florida Sherriff tried to plant illegal drugs in my car

SUPPORTING FACTS: I, Scotty Edwards, and Dorsey Tillis was tried to be set up but the city councilman was at the ~~[illegible]~~ scene and wouldn't allow it

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like a $3,800,000 lawsuit put on each Department that this officers was allowed to do to harrass me over and over. I have the City Counselman as a witness to almost all of this because I would call him almost everytime I was pulled over to let him hear the conversation

Scotty J. Edwards
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 3-24-06.
(Date)

Scotty J. Edwards
Signature of plaintiff(s)

1

Complaint of Harrassment and unlawful treatment from Scotty Edwards - 3-24-06

Starting about March 5, 2004, I was pulled over by Florala Police, while I was leaving out of Florala to go play pool. The Officer (Perry Williams) told me, he got a call that I was on my way to drop off some drugs. They searched me and my car. But founded nothing. About March 8, 2004, I was pulled over by the Opp Police, for said speeding. But I wasn't given a ticket just harrassed by asking were I was coming from. I told them I was coming from Elba playing basketball me and my cousin. The police then said they got word that I was transporting a large amount of drugs on my car. So the drug dog was bring out and put around my car. My car and us was also searched even though to dog didn't alert on the car. But once again no drugs just another lie. So after a hour we was let go. About a week later on or about 3-13-04 I was coming into Florala and Florala Police and the Sheriff Deputy's had a road block checking license but as I made it to them and gave them my license. They told me to pull over so I did. They all approached my car and stopped checking license. Told me to exict my car as I did they placed me against my car and searched me down. The Deputy (Greg Jackson) said yeah I believe we got him today. I asked what was going on and he said they was told I had went to make a big drug pick up. I told them it was a lie because I didn't sell drugs. They went all through my car, in the trunk, and under the hood. But I wasn't caring anything again. They was like you think you're smart but we're going to get you. I was like I don't know what ya'll talking about or who is telling them their information, but I just do Mechanic work. Then about 3-16-04 I was in front of my house checking on this white man's truck to see why it was skipping so bad. The police came by looking hard. So I continued to work on the truck until I fixed the problem and as soon as the man left the police pulled him over and searched him and the truck. Saying they knew he was at my house buying drugs and nothing wasn't wrong with his truck. So the man call me and told me what had happen and that if I wanted to continue to do the mechanic work for him, I would have to come pick his work up from his house. Because the police scare him up. Then around March 20, a lady friend of mines came to me and told me that she was told to keep her son and her truck from my house. Because the police was out to get me. But she (a white lady) told them I do her mechanic work and her son brings

the truck to me, so I can work on it. While he sit in my 79 monte Carlo that I got fixt up for and enters in car shows. The car being fisted up the way it is is the main reason I'm labled as a big time drug dealer. I told the cheif and mayor about all the harrassment of me and the people I do my work for to make a living. The cheif told me well you don't have a license to work on cars anyway. I told him I own a bussiness in Opp and was licensed. But he said they wasn't good for work in Florala. So I agreed to get the license for it and at the same time I discuss about getting the license to reopen the club right around the street from my house. So he sent me next door to talk to the lady over that department. So I did and she showed me the location on the city map and told me the cost of each bussiness license. I told her I would be back in a few days to purchase the license for both location. When I returned in about three days to purchase the license, she told me the cheif rezone that area and I could no longer get a license to work in that area. So city councilman (Shady Hobbs) told me, he could help me get the license to open the club and to work on cars at my house. Because it wasn't right how they rezone the area just to stop a black man from making a living. He said we could go to Montgomery about the illegal way they went about rezoning the area. I told him it was ok. But I continued to work on cars at my house. Around 3-25-04 I was in my backyard working on a white Caprice that I had bought for my girlfriend. When the Cheif and Officer Jim Snow pulled up at my house and came over were I was working. The cheif threaten me about the cars I had their working on without a license and said he was going to call for a wrecker to haul them away. So I told him that I tryed to get the license. But he rezoned the area after I agreed to get the lincense. They tried to say they did the rezoning because of my neighbors was complaining about me working on cars at my house. So I told them that was a lie, because I do the work on all my neighbors cars. So I knew they didn't say that. I then told them they was on private property and I didn't call for them. So I asked them to leave and if he wanted to get the paperwork and move the vehicles from my backyard. I told him to make sure they got the gray Van first and I wouldn't have a problem. But if they didn't get the Van they would be hearing from my



lawyer. They asked me why I said get the van first and I replied that it belongs to your city councilman (Grady Hobbs), so they turned and left. The harrassment about me working on cars stopped, but not the saying and harrassment of me selling drugs. On or about 3-30-06 I was pulled over by the Covington County Sheriff and the DTF, saying they was informed that I was bring in a load of drugs. So my car was torn up looking for drugs and I was searched. But they seen once again that I wasn't caring any drugs. So I asked them they going to stop harrassing me on that hearsay stuff. The DTF replied to me, yeah we're going to get you and I said for what. Then about 2 or 3 nights later on or about April 2 me and a white guy was going to play pool in the tournment we was pulled over by the Opp Police saying they got a call that I was coming that way and was looking suhspicous. So the drug dog was bring out to the scene and put around my car and me and Chuck Linton. But no drugs was detective so we was let go. On/or about April 5, Opp police made threat about me when they arrested my cousin, Jim Edwards, for possession of Marijuanne. The officers to my cousin they believed he was selling drugs for me and if I even come through Opp that night they was going to pull me over and search my car and take me to jail also for illegal drugs. So my cousin, bonded out and call me and told me what was said. I called the probation officer in Elba and explained to her what was said. 12:30 A.M. I got up and went to Opp, I was pulled over and they tried to search my car but I said no they could bring their K-9 dog, but I wasn't letting them in my car without a search warrant. I'm knowing that they was going to try to plant some drugs in my car. So I wouldn't let them in my car. So then officer Wise came with the excuse that the dog was sick and couldn't be used that night. He told me that they got a call that I was coming that way with drugs in my car. So why did I have a attitude about them searching my car. I told them I was tired of getting harrassed by the

(4)

Officers of Covington county. Because I took a 79 Monte Carlo and put a little money in it. Now I'm listed to be the biggest drug dealer in Covington County. The officers said we know you are selling drugs and that you got some in that car tonight. I told them to call for a K-9 dog and if he alert on my car they could search it or they could get a search warrant. ~~I'm knowing that they~~ So the Polices (Keith Wise, Jason Southerland) went in the trunk of the Police car. Then came back to me in the front seat of the police car where they had me sitting and asked why I didn't want them searching my car and they got a call saying I was caring illegal drugs. So I told them that I also had recieved a phone call tell me, they said if I came through Opp that night they was going to pull me over and search my car and take me to jail for illegal drugs. An that was the only reason I came to Opp to see if they was crazy enough to tell my cousin that. Then really try to do it. I unclipped my phone from my side and put it to my ear and asked the Probation Officer and Al Smith, a lawyer, did they hear the conversation and they said yes. So I told them I would talk to them later, then hung the phone up. The two Officers was like who was that and I told them it was the lawyer I called before I left home and told him what my cousin had to me. Also the lawyer told me to call him back and let him hear the conversation if they pulled me over. But not to let them go into my car without a dog alerting on it first. So I told ~~told~~ them they would be hearing from my lawyer about the harrassment and tring to set me up. So I left because they said they was finished with me. The folling Sunday April 8 or so I was going to the pool tournament, but as I was leaving out of Florala. I was pulled over by the Covington County Deputy Sherriff (Chris Inabinnet) and Florala Police (Perry Williams) for said speeding. But I was pulled out and handcluffed and my car was searched for drugs. They looked in my trunk, pull out my pool stick case and saying yeah



we got you now. Even before they looked in the case to only find my pool stick and chack for my stick. That they seen me put into the bag from somewhere they was sitting at tring to watch my house. So they said I was free to go. But the same week on or about April 12, me and Dorsey Tillis was going out to the Florida State line to get some latto tickets. But we was pulled over by Florala Police (Perry Williams) for a tag light out. But they called for a K-9 dog to be brung out to my car. So as I did almost everytime I got pulled over by the polices in that county. I called the city councilman (Grady Hobbs) and he told me that he was listening to it over his scanner and already new they was harrassing me again. At that time it came accross his scanner the Ala. Police called Florida Sheriff Deputy to bring a K-9 dog over into Ala. to put around my car. So I ask the councilman to come out to were I was pulled over, so he did. He made it there before the Florida Police did and asked Florala what was I stopped for and ~~what~~ why was a dog called from Florida to come to Alabama. The councilman ask what concent did they have to search my car. The officers couldn't give any reason. So the officer got mad and me I could go. But I asked were is the K-9 that he called from Florida to search my car, so I waited until the K-9 came. P. Williams and the other Florala police stood at my car. Me, Dorsey, and Grady Hobbs which is also a black man stood behind my car in front of the Police car were I was told to stand. The dog walked around the car but didn't alert on anything. But the 3 officers began to search the front seats. The Florida Officer took a knife and dug some dust from the crack of the seat and put it into a little drug test kit. Shook it for about a minute or two in front of us but it wasn't any change of color. The Florida Deputy went accross the street in the trunk of his car. He was doing something with the drug kit, then he can back to us and was like it is changing and they had me now. So Mr. Hobbs introduce

(6)

himself and told the Deputy that it wasn't any drug in that test kit when he was in front of us the first time. So the drugs that was testing possitive now just come from the trunk of his police car and couldn't and wasn't going to be used against me. So I was given a ticket for my tag light been out. So I told Mr. Hobbs thanks and I left. The next day or so the councilman sent me to file a lawsuit against the Departments in the county and the Walton County Sherriff Dept. in Florida for all the harrassment and them tring to plant something on me, so my probation would be violated. So I went to a lawyer that he sent me to that had handle a couple of lawsuits against Florala and had won each suit. So I went to talk to him. The lawyer called Mr. Hobbs to comfirm what I was telling him and told me, he could win the case easily with the things I and Mr. Hobbs was telling him. Because it was totally harrassment that was been done because of hearsay evidence and the way I had my car fixted up. So he said that he would contact me in about two weeks. So I left the office. The same afternoon I was pulled over by the Florala Police and Deputy Chris Inabinet any my car was searched for drugs again. I asked them why won't they leave me alone an stop harrassing me with that hearsay, and just because of the way I had my car fixted up. They said because we believe you is selling and transporting drugs. So then the second week of May around the 10th on Saturday they was having what people call May Day weekend in Opp. I had painted my girlfriend's 91 Chevy Caprice a fireball metalic red and added a yellow vinyle top and some yellow leather on the inside taping off the red of the inside of the car to match the outside of the car. Which me and a white guy painted the car at my shop and I fixted a guy's truck and he added all of the yellow for only $300. Then I got a set of 20 inch rims from a friend and put them on the car. Which made the car look like I just spent $10,000 or more on it but everything didn't cost a $1000. But I bring it out of the shop May 10th or around then, but that Saturday morning for the first time. I drove it to Florala to let my

(1)

girlfriend and my neighbors and friends could see it before I left to return back to Opp to the car showing, music playing, Softball, and basketball events. So about 1 or 2 pm me and seven other cars loaded up behind one another and went to Opp. This day everyone drive around playing there music loud as they want and the Police doesn't suppose to mess with you. But we made it to Opp and made a block or two. I was the fifth car out of Eight playing our music loud any making our way to the softball field. So we were [illegible] passing by two police sitting beside the road at a game room that had closed down. But as I started pass they spotted me and turned their lights on and motion for me to pull over. So I pulled over in parking lot. Then four or five more police came to the scene and they all came up to my car and asked for my license and registration to the car, I gave it to them and I asked why was I pulled over. They told me to step out of my car and said they pulled me over because of the loud music. Also they believed I had drugs in my car. So they went to searching me and my car. I asked them how was they pulling me over for loud music out of the middle of eight cars and several of the cars music is twice as loud as mines and cars was driving by playing loud music why they had me stopped. I told them I wasn't paying that ticket because they knew they didn't subpose to be down their harrassing people about the loud music on that weekend. They have been informed and knew that this event happened ever second weekend of May each year and it wasn't a new event. So I called the station to tell the cheif about what happen, but the cheif wasn't in. So I left message with the dispatcher. About May 13 - June 5 or so the DTF and Florala police sent a white lady and a black man name John Caldewal to me house several times with marked money and wired to try to see if I would sell them some kind of drugs. Until oneday I threaten to knock the lady out for flagging my car down asking me to sell her drug. I told her several times



that I didn't sell any drugs. I told her if she ever knocked on my door or flagged my car down again tring to buy drugs, I was going to knock her out and call the police myself and tell them what I did and were we was at. So they could come pick here up. The next day I was told a converastion between Perry Williams and the DTF that was over heard. They said they was going to get me oneway or the other and it would be soon. So on or about June 12, 2004 Paul Dean the head of the DTF knocked on my outside stream door. I went to the door and asked who was it, so he said Paul and I open the door. I asked him could I help him and he was like is Scotty home. I said yes how-may I help you, he said that he was told that he could get some drugs from me and he wanted a $100 worth. I told him wasn't nothing going on their and we didn't sell drug we did mechanic work. So somebody lied to him. He was like come on man I'm cool just sell me any kind of drugs I just want to get high. I was like you need to get out my yard before I call the police. He was like man tell me who I can get some from and I'll pay you for telling me if they sell me some drugs. I replied get away from my house or I was going to call the police and as he was walking off he said I'm not scared of the police. Which since I didn't have any drugs he tried to intrap me with a conspearcy charge if I would have told him were to find some drugs. So when he walked off I told my uncle ang my girlfriend that that man was name Paul. But it was Paul Dean head of DTF and they was still trying to set me up. Then the day of June 22 Larry Jones and his wife Linda Jones was at my house and Larry was helping me do mechanic work. Which Larry is a well known crackhead and a great mechanic as well. So what he does with his money doesn't concern me. They got paid and left my house somewhere between 7PM and 9PM and must to somewhere to get some crack to smoke and did smoke it. But the Opp Police and the DTF pulled the car over the Larry was driving. They search them and the car

(9)

and found Larry's crack pipe. They must have tried to work a deal with the Jones's that Larry would be charged with it if he would tell them what they wanted to hear. So they told the officers they seen me selling drugs at my house several times that day and knew I had Crack, Powder Cociane, Marijuanne, and drug parapherna in my house and if they come on in my house that night they would get me how they wanted me. An without any other evidence or proof they (DTF) went to the judge and got a search warrant on sole hearsay of a Crackhead and his wife. DTF, OPP police, and Florala come to my house at 1:30 AM on June 23, 2004 and kicked my front door in. Layed me on the floor and went to my backdoor and unlocked and unbroaded it an went out. Then asked me who ran off from the backyard when they pulled up. I told them how did I know who ran off, it is 1:30 AM and I'm on the inside of my house. I asked why didn't they chase the person running off to see who it was and why they ran. I was handcluffed after they walked on my back and drop their knees tring to rough me up. Paul Dean and another officer put me in the middle room of my house asking were was the drugs because they knew I had some in my house. So from 1:30 until 4:10 my house and property was searched and I was made threats to. But nothing was found by the other 10 or so officers that was at my house. So for 240 minutes they found nothing. But in the next 9 minutes, four things was said to be found by one officer in four different location of my house and property. At 4:10 AM ① Black Plastic bag containing Marijuanne was said to be found laying outside of the Residence were DTF seen the person run from, ② At 4:15 AM a Blue canvas bag containing digital scales and several plastic bag was found in the front room of the house were my roommate, Dorsey Lillis lived, ③ At 4:18 AM a Plastic straw was said found on 3rd shelf on Entertainment Center in living room. ④ At 4:19 Plastic bag containing white residue was said found on bathroom floor in front of the toilet.

All things listed is stated to be found by Officer Odom and I want you to explain how this could be possible if I wasn't set up. The harrassment didn't stop their but it lead to my probation being revoked in Oct. and sent me to prison for the marijuane said to be found in my backyard. I been locked up for over 15 months now and have been taken back to covington County about seven time for court for the DA and the appionted lawyer to try to get me to plea guilty to the charges. Saying they will give me two years and back date the time to when I started doing the 2 years for my probation violation and he (DA) was going to make sure I do the whole two years know matter what. But I havent plead out and ain't going too. The appionted lawyers wont file any of the motion to try to help me get out. This is my second court appointed lawyer, because the first one signed a drop saying we disaggreed on how my case should be handle and we did. Because he wanted me to go alone with the deal the DA said and I wouldn't. They just help the DA to keep me in prison for know reason at all. they have put my case off over 10 times now and if they had any evidence against me they would have took me on to trail and not keep tring to get me to plea. My case just got put off from March 27, 2006, until May 22, 2006 and the letter already stated it might be put off again. So just trying to keep me in prison because the DA know he don't have anything against me and the Judges and appionted lawyers is just going alone with it because it isn't affecting them going home to their family's and kids. I pray everynight and day that justice will be done, but I see I had to seek help outside the courts of Covington County. The Judges, DA's, Appionted Lawyers and the polices officers all work together to railroad people and they need investagating bad. Also each should be given a drug test because the boss and daddy of the first lawyer was just caught by a state troopers for marijuane. But like I get indicted for something laying in my backyard that a person was seen running off from. But a Police

(11)

kills a man (Arron Shaw) by shooting him with a gun after breaking his arms, legs and ribs while he is in handcuffs. Also don't have a deadly weapon at all and been transported to the county jail. But they say they don't have enough evidence to indict the officers for shooting that innocent man. I feel that is also one reason why I'm been treated so bad right now by the authorities in Cov. County. Because I'm the one that called the NAACP on that case, I called the private investigator out of Evergreen Alabama, and I took the picture of the scene were the police beat the man out his shirt and shoes and left the items in the street at the second location. Before the shooting happen and gave them to Channel 13 news reporter. But someone need to help me and the people of Cov. county against the way we're being miss treated. Thanks for your time and Concern

Sincerely, Scotty J. Edwards
3-24-06