| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                     4-12-06 |
| 1. Article Addressed to:<br><br>Jason Southerland<br>Opp Police Department<br>Main Street<br>Opp, AL 36467 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:      ☐ No<br><br>   [handwritten: 2:06cv214]<br>   [handwritten: c/rec'd]   (40) |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label)   7005 1820 0002 3465 0108 | |

PS Form 3811, February 2004        Domestic Return Receipt                102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _JS Tw____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
                                  4-12-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   1:06cv214
   C, Rect o                                   (40)

1. Article Addressed to:

   Keith Wise
   Opp Police Department
   Main Street
   Opp, AL 36467

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1820 0002 3465 0092

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540