**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Greg Jackson
   Covington County Sheriff's Department
   One Court Square
   Andalusia, AL 36420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): H. Word West
C. Date of Delivery: 4-12-06

D. Is delivery address different from item 1? ☑ Yes  ☐ No
   If YES, enter delivery address below:
   250 Hillcrest Pl
   1:06C-214
   C of NC+S (40)

Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from): 7005 1820 0002 3465 0115

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540