IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

SCOTTY EDWARDS
    Plaintiff

VS

Florala AL. Police Dept., et...al
    Defendants

Case No. 2:06-CV-214-111EF

RECEIVED
2006 APR 27 A 9:49

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE AN OBJECTION TO MAGISTRATE, DELORES R. BOYD'S APRIL 10TH, 2006 RECOMMENDATION IN THIS CASE/ACTION

Comes now Scotty Edwards the Plaintiff in the above styled cause by and through the assistance of another inmate and hereby, pursuant to Rule 6, F.R.Civ.P. moves this court for an order granting the Plaintiff a ten (10) day enlargement of time to file an objection to Magistrate, Delores R. Boyd's, April 10th, 2006 recommendation in this case, and as grounds, shows as follows:

1. On April 10th, 2006 the Honorable, Delores R. Boyd entered a recommendation in this case recommending that the Plaintiff's claims against the Florala, Alabama Police Department, the Opp, Alabama Police Department, the Covington County, Alabama Sheriff's Department, the Walton County, Florida Sheriff's Department and the Covington County Drug Task Force be dismissed prior to service pursuant to the provisions of 28

1

1. U.S.C. § 1915 (e)(2)(B)(i), and ordered that on or before April 24th, 2006 the parties may file objections to the Recommendation.

2. It appears that the Plaintiff has valid grounds for objection and it also is now clear that the Plaintiff is going to need a ten (10) day enlargement of time to file his objection because:

(A) This Plaintiff is a state prisoner and knows virtually nothing about law, the tactics involved therein and thus had to try and locate an inmate to assist him in trying to file an objection to Magistrate Boyd's recommendation, which, in itself is no simple task here at Limestone Prison.

(B) The Plaintiff finally managed to locate an inmate that knows something about litigating a civil case, but he was finishing up an appeal brief when the Plaintiff managed to locate him.

(C) Both the Plaintiff and the inmate willing to assist him have assigned institutional jobs which substantially limits the time they have access to a law library.

(D) Since receiving the Magistrate's April 10th, 2006 Recommendation several severe storms have passed across north Alabama causing the Limestone Prison to be locked down, hence no access to the law library.

(E) The Limestone Prison Law Library is located in the gym along with the Chapel, Hobby Craft Shop, Reading Library and other facilities. The gym area, including the law library was closed and off limits to the general population inmates on 4/20/06 and will remain closed until Tuesday 4/25/06 due to a Kiaro's religous program and Monday being a state holiday.

Wherefore, all facts and circumstances considered, the Plaintiff prays that this court will, in the interest of fundamental fairness and justice, grant him a ten (10) day enlargement of time to and including May 9th, 2006 in which to file his objection to Magistrate Boyd's Recommendation.

Done this the 21st day of April, 2006.

Respectfully submitted,

Scotty Edwards

Scotty Edwards - Plaintiff
AIS # 207067 - Dorm # 14-A
LCF- 28779 Nick Davis Rd.
Harvest, Alabama 35749-7009

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 21st day of April, 2006 served a copy of the foregoing upon:

The Clerk of the United States District Court
For The Middle District of Alabama
P.O. Box 711
Montgomery, Alabama 36101-0711

by placing copies of the same in the U.S. mail properly addressed postage prepaid at the Limestone Correctional Facility in Harvest, Alabama.

Respectfully submitted,

Scotty Edwards

Scotty Edwards - Plaintiff

3