IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SCOTTY J. EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-214-WKW |
| | ) | |
| FLORALA, ALABAMA, POLICE DEPARTMENT, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Delores R. Boyd for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this the 1st day of May, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE