IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SCOTTY J. EDWARDS, #207067, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-214-MEF |
| | ) |
| FLORALA, AL. POLICE DEPT., et al., | ) |
| | ) |
| Defendants. | ) |

ORDER ON MOTION

Pursuant to the *Plaintiff's Motion for Enlargement of Time to File an Objection to Magistrate Delores R. Boyd's April 10, 2006 Recommendation in this Case* (Doc. 10, filed April 27, 2006), and for good cause therein, it is

ORDERED that the Motion is GRANTED. The Plaintiff is allowed to and including May 9, 2006, to file an objection to the Recommendation filed on April 10, 2006 (Doc. 6).

Done 3rd day of May, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE BOYD