IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SCOTTY J. EDWARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number 2:06-cv-214-WKW |
| | ) |
| FLORALA POLICE DEPARTMENT, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ENLARGEMENT

Pursuant to Federal Rule of Civil Procedure 6(b), defendants Jason Sutherland and Keith Wise move for an enlargement of time to file their reports under the Court's order of April 10, 2006. (See Doc. 7.)

1. Defendants Sutherland's and Wise's copies of the order were served on the Opp Police Department, and not on the defendants themselves. (See Doc. 8.)

2. The undersigned attorney for defendants Sutherland and Wise was retained today, May 17, 2006.

3. The complaint includes allegations of mistreatment by numerous law enforcement officers on several occasions. (See Doc. 5 at 5-15.)

4. Defendants Sutherland and Wise need additional time to determine which allegations relate to them, to investigate those allegations, and to prepare their report.

WHEREFORE, defendants Sutherland and Wise move the Court to enlarge their time to file a report until Monday, June 19, 2006.

                **/s/ James H. Pike**
                James H. Pike  (PIK003)
                Attorney for Defendants
                Jason Sutherland and Keith Wise

OF COUNSEL:

COBB, SHEALY, CRUM & DERRICK, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail jpike@cobb-shealy.com

## CERTIFICATE OF SERVICE

I, James H. Pike, certify that on May 17, 2006, I mailed a copy of this document, postage prepaid and properly addressed, to:

Scotty J. Edwards
AIS# 207067
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama  35749

                **/s/ James H. Pike**
                James H. Pike