IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SCOTTY J. EDWARDS, #207067,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:06-CV-214-MEF |
| | ) |
| **FLORALA, AL. POLICE DEPT., et al.,** | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION TO EXTEND TIME

COME NOW, Covington County Sheriff's Deputies Greg Jackson and Chris Inabinett, Defendants in the above-entitled action, and request that the Court extend the time for the filing of their Special Report by fourteen (14 days). In support thereof, Defendants state as follows:

1. Currently, these Defendants' Special Report is due on May 22, 2006.

2. Counsel for the remaining Defendants has just been appointed and made an appearance.

3. Counsel for these Defendants will require additional time to coordinate with co-Counsel and arrange to meet with his clients in this case.

4. Counsel for these Defendants also requires additional time to gather further information in order to fully prepare a special report.

5. No party will be prejudiced as a result of the granting of an extension of time.

WHEREFORE, premises considered, Defendants request that the Court extend the time for them to file a Special Report to June 5, 2006.

Respectfully submitted on this the 18th day of May, 2006.

>**s/Gary L. Willford, Jr.**
>GARY L. WILLFORD, JR. Bar Number:  WIL198
>Attorneys for Defendants
>WEBB & ELEY, P.C.
>7475 Halcyon Pointe Road
>Post Office Box 240909
>Montgomery, Alabama  36124
>Telephone:  (334) 262-1850
>Fax:  (334) 262-1889
>E-mail:  gwillford@webbeley.com

### CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of May, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to **Jim Pike** and served the following by U.S. Mail:

Scotty J. Edwards
AIS# 207067
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

>**s/Gary L. Willford, Jr.**
>OF COUNSEL

2