IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SCOTTY J. EDWARDS, #207067, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FLORALA, AL. POLICE DEPT., et al., )<br>)<br>Defendants. ) | CASE NO.<br>2:06-CV-214-WKW-DRB |

### ORDER ON MOTION

Upon consideration of the *Motion for Enlargement* by Defendants Sutherland and Wise (Doc. 15, filed May 17, 2006), it is, for good cause,

**ORDERED** that the *Motion* is **GRANTED** to the extent of its request for an enlargement of time until June 19, 2006, to file their written report pursuant to the procedural order entered April 10, 2006.

Done 19th day of May, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE BOYD