IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SCOTTY J. EDWARDS, #207067, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FLORALA, AL. POLICE DEPT., et al., )<br>)<br>Defendants. ) | CASE NO.<br>2:06-CV-214-WKW-DRB |

### ORDER ON MOTION

Upon consideration of *Defendants' Motion to Extend Time* filed by Covington County Sheriff's Deputies Greg Jackson and Chris Inabinett (Doc. 16, May 18, 2006), it is, for good cause,

**ORDERED** that the Motion is GRANTED to the extent of its request for an extension from May 22, 2006, to June 5, 2006, for the filing of their written report pursuant to the procedural order entered April 10, 2006.

Done this 19th day of May, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE BOYD