IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SCOTTY J. EDWARDS, #207067,   )<br>                                                            )<br>      Plaintiff,                                    )<br>                                                            )<br>v.                                                        )<br>                                                            )<br>FLORALA, AL. POLICE DEPT., et al.,   )<br>                                                            )<br>      Defendants.                              )  | CASE NO. 2:06-CV-214-WKW<br>(WO) |

**<u>ORDER</u>**

On April 10, 2006, the Magistrate Judge filed a Recommendation (Doc. # 6) in this case that named defendants that are not legal entities subject to suit are due to be dismissed prior to service. The Magistrate Judge extended the time period in which the plaintiff could file objections to the Recommendation. Plaintiff timely filed an Objection (Doc. # 14); however, the plaintiff erroneously relies on the ability to sue counties and municipalities to save the claims against police departments, sheriff's departments, and a drug task force. If the plaintiff wishes to make a claim against the cities of Florala and Opp and the counties of Covington and Walton, he may move the Court for leave to file an amended complaint in which he names the proper entities.

After an independent and de novo review of the record, it ORDERED that:

1. The Objection (Doc. # 14) is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. # 6) is ADOPTED;

3. The claims against defendants Florala, Alabama Police Department; Opp, Alabama Police Department; Covington County Sheriff Department; Walton County, Florida Sheriff Department; and Covington County Drug Task Force are DISMISSED;

4. The aforementioned defendants are DISMISSED as parties to this action;

5. This case with respect to the remaining defendants is referred back to the Magistrate Judge for additional proceedings.

DONE this the 25th day of May, 2006.

          /s/  W.  Keith Watkins
          UNITED STATES DISTRICT JUDGE