IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SCOTTY J. EDWARDS, #207067** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:06-cv-214-MEF |
| | ) |
| **FLORALA, AL. POLICE DEPT., et al.,** | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' ANSWER

COME NOW Covington County Sheriff's Deputies Greg Jackson and Chris Inabinett, Defendants in the above-styled cause, and answer the Plaintiff's Amended Complaint as follows:

### Answer

These Defendants deny each and every allegation made by the Plaintiff, Scotty J. Edwards, and demand strict proof thereof. These Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

### Affirmative Defenses

1. The Plaintiff's Amended Complaint, separately and severally, fails to state a claim upon which relief may be granted.

2. Deputies Jackson and Inabinett, in their individual capacities, are entitled to qualified immunity from the Plaintiff's claims.

3. Deputies Jackson and Inabinett, in their official capacities, are entitled to absolute immunity from the Plaintiff's claims pursuant to the Eleventh Amendment to the United States Constitution.

4. Deputies Jackson and Inabinett in their official capacities are not "persons" under 42 U.S.C. § 1983.

5. The Plaintiff's claims are barred by the statute of limitations.

6. The Plaintiff fails to allege any affirmative causal link between the alleged acts of Deputies Jackson and Inabinett and any alleged constitutional deprivation or these Defendants' direct participation in any alleged constitutional violation.

7. The Court should decline jurisdiction under the <u>Younger</u> abstention doctrine.

8. The Plaintiff's claims are barred under <u>Heck v. Humphrey</u>, 512 U.S. 477, 487 (1994).

9. Deputies Jackson and Inabinett reserve the right to supplement this Answer by adding additional affirmative defenses as the facts of this case are developed and if discovery is ordered by the Court.

Respectfully submitted on this the 5th day of June, 2006.

> **s/Gary L. Willford, Jr.**
> GARY L. WILLFORD, JR. Bar Number: WIL198
> Attorneys for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Road
> Post Office Box 240909
> Montgomery, Alabama 36124
> Telephone: (334) 262-1850
> Fax: (334) 262-1889
> E-mail: gwillford@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 5th day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to **James H. Pike, Esq.,** and served the following by U.S. Mail:

Scotty J. Edwards
AIS# 207067
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

> **s/Gary L. Willford, Jr.**
> OF COUNSEL

2