# EXHIBIT A

**Affidavit of Greg Jackson**

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SCOTTY J. EDWARDS, #207067 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 2:06-cv-214-MEF |
| ) | |
| FLORALA, AL. POLICE DEPT., et al., ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF GREG JACKSON

STATE OF ALABAMA        )
                        )
COUNTY OF COVINGTON     )

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Greg Jackson, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is Greg Jackson. I am over the age of nineteen and competent to make this affidavit.

2. At all times relevant to the Plaintiff's Complaint, I was a deputy with the Covington County Sheriff's Department.

3. I continue to serve as a deputy with the Covington County Sheriff's Department and have done so since 2000.

4. I have reviewed the Plaintiff's Complaint filed in this matter. I have no personal knowledge of the facts stated in the Complaint.

5. In 2004, the Plaintiff had the reputation in the Covington County law enforcement community of being involved in narcotics trafficking. This reputation stemmed from

1

information received from various sources by several agencies including the Covington County Sheriff's Department, the 22nd Judicial Circuit Drug Task Force (hereinafter "DTF"), Opp Police Department, Florala Police Department and the Andalusia Police Department.

6. However, no one was able to get a confidential informant (hereinafter "CI") to make a buy off of the Plaintiff. The CIs were too afraid of the Plaintiff.

7. In my capacity as a law enforcement officer, I have had no involvement whatsoever with the Plaintiff since March 5, 2004.

8. In fact, the only interaction I ever had with the Plaintiff occurred in 2001 or 2002 when the Plaintiff was stopped at a drivers' license checkpoint. The Plaintiff had a passenger in his car who was a known drug dealer. I obtained consent to search the Plaintiff's car. When nothing was found in the search the Plaintiff was released.

9. I was not involved in any of the incidents described by the Plaintiff in his Complaint.

10. I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

Executed on this the 4TH day of May, 2006.

_____
GREG JACKSON

**SWORN TO** and **SUBSCRIBED** before me this 4 day of May, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 1-29-09

2