# EXHIBIT C

**Order, Covington County Circuit Court Case No. CC-1999-56**

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | * | **IN THE CIRCUIT COURT OF** |
| **PLAINTIFF,** | * | **COVINGTON COUNTY, ALABAMA** |
| **VS.** | * | **CASE NO. CC-1999-56** |
| **SCOTTY EDWARDS, JR.,** | | |
| **DEFENDANT.** | | |

FILED IN OFFICE
SEP 28 1999
CLERK

**ORDER**

The Defendant appeared in open Court in person with Honorable Ab Powell, III, his attorney of record, and pleaded guilty to Unlawful Distribution of a Controlled Substance (Cocaine), as charged in Count One of the indictment. Upon his plea of guilty, the Court adjudged the Defendant guilty of Unlawful Distribution of a Controlled Substance (Cocaine) under Count One of the indictment and sentenced the Defendant and/or imposed orders as follows:

(1) Defendant was sentenced to serve fifteen (15) years imprisonment in the Penitentiary of Alabama and a User's Fee in the amount of $1,000.00 was imposed upon him pursuant to Act 90-655. Said sentence is to run concurrently with the sentence imposed in Case No. CC-98-167.

(2) The above sentence shall be split, pursuant to Defendant's plea agreement, as follows: Defendant shall serve one (1) year of actual incarceration to begin October 14, 1999 at 9:00 o'clock a.m. and the balance shall be served on probation.

(3) Defendant was ordered to pay all Court costs, including the fees of his Court appointed attorney, $50.00 to the Victim's

Compensation Fund, $100.00 to the Forensic Trust Fund and any other assessments required by law.

(4) Defendant was ordered to surrender his driver's license for a period of six (6) months upon notification by the State Department of Public Safety.

(5) Counts Two and Three of the indictment were dismissed on motion of the State of Alabama.

(6) Defendant is to receive credit for any time incarcerated on this charge.

Done this 28th day of September, 1999.

_____
CIRCUIT JUDGE

FILED IN OFFICE

SEP 28 1999

_____
CLERK