# EXHIBIT D

**SJIS Case Action Summary for Covington County Circuit Court Case No. CC-1998-167**



*alacourt.com's*

## Alabama SJIS CC/DC Case Detail

| Settings | Disposition | Sentence | Case Action Summary | Witness List | Financial | Enforcem |

### Case

| County | 23 COVINGTON | Case Number | CC 1998 000167 00 | JID | MAM | DEF Status | B BOND ESTS: A |
|---|---|---|---|---|---|---|---|
| Name | EDWARDS SCOTTY JR | | | Alias | | | |
| Address 1 | P O BOX 986 | | | Alias | | | |
| Address 2 | | | | SID | 000000000 | YDate | |
| Zip | 36467 0000 OPP AL US | | | AS | | PR | 2000 008869 00 |
| DLNO | | DOB | 12161970 | SSN | | Race/Sex | B/M |
| Height | 6 01 | Weight | 190 | Eyes | BRO | Hair | BLK |
| Filed | 06231998 | AAGCY | C | Muni# | 00 | City | |
| Arrest | 12141997 | OffDT | 12141997 | ORI | 0230000 | OFFC | MITCHELL |
| Indict | 06121998 | Grand Jury | 112-14 | Atty 1 | | Tkt# | 970120092 |
| Bond | 0002300000 | Type | | Bond Co | | REL | 12171997 |
| Sure | | CWIT | | JDMD | | APPL | |
| Tracking No's | 0000 000000 00 / 0000 000000 00 / 0000 000000 00 | | | | | | |
| Date | 3 12202004 | Que | 001 | Time | 0900 A | Desc | SHOW |
| Charge 1 | VPCO | POSS/REC CONTR. SUBS | | 13A-012-212 | F DR | Counts | 001 |
| Charge 2 | VAPM | POSS MARIJUANA 2ND | | 13A-012-214 | M DR | Counts | 001 |
| Charge 3 | FNLE | GIVING FALSE NAME TO | | 13A-009-018.1 | M GP | Counts | 001 |
| More | N | Dom Viol | | Case Type | F | Case Cat | DR |
| Comment | CONSOLIDATED W/CC-99-56 9810006700 | | | | | | |

### Settings

| Date 1 | 07292002 | Que | 001 | Time | 0345 P | Desc | HEAR INITIAL APPEARANC |
|---|---|---|---|---|---|---|---|
| Date 2 | 04172002 | Que | 000 | Time | 0900 A | Desc | SHOW SHOW CAUSE DKT/HE |
| Date 3 | 12202004 | Que | 001 | Time | 0900 A | Desc | SHOW SHOW CAUSE DKT/HE |
| Date 4 | | Que | 000 | Time | 0000 | Desc | |
| Prosecutor | LOGGINS EUGENIA L | Atty 1 | | Atty 2 | | | |
| Flag | N | Flag | N | Flag | | | |
| WARISS | 08132004 F | WARACT | 08182004 S | WARLOC | 08202004 H | | |
| BP ISS | | BP RTN | | | | | |

### Disposition

| CRT ACT | G GUILTY PLEA | CADATE | 09281999 | Jury | Y | More | N |
|---|---|---|---|---|---|---|---|
| Charge 1 | VPCO POSS/REC CONTR. SUB 13A-012-212 F D | | | Counts | 001 | CA | G 09281999 |
| Charge 2 | VAPM POSS MARIJUANA 2ND 13A-012-214 M D | | | Counts | 001 | CA | G 09281999 |
| Charge 3 | FNLE GIVING FALSE NAME T 13A-009-018.1 M G | | | Counts | 001 | CA | N 09281999 |
| Admin | | Why | | TBNV1 | | TBNV2 | |
| Appeal | | CAPP | T | Type | GJCA | GJCA | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | |
| Comment | | | | | | | |
| CMP:N | SPRO:Y | Due | 0000183112 | Warr:008 | SUBP:000 | Updated | 04062005 |

### Sentence

| Sent | 09281999 | Begin | 10141999 | End | | PRB BEG | |
|---|---|---|---|---|---|---|---|
| IMP CONF | 01 00 000 | SUSP CONF | 04 00 000 | TOTAL CONF | 05 00 000 | JAIL CRED | 00 00 003 |
| LICN SUSP | 00 06 000 | PROBATION | 04 00 000 | PRB REV | 00000000 | | |
| Monetary: | X COST | FINE IMP: 00000000 | SUSP: 00000000 | X CVCC | | X HIS | |
| | WCCS | MCOS 00000000 | JFEE 00000000 | X DRGF 2 | | ASU | |
| | WCDA | REMB 00000000 | 3CVC 00000000 | X WARR 008 | X USF | | |

|        | PREL | X DRUG 00100000 | X RCUP 00000000 | X SUBP 000 |         |        |
|--------|------|------|------|------|------|------|
|        | RES1 00000000 |      | RES2 00000000 |      | RES3 00000000 |        |
|        | RES4 00000000 |      | RES5 00000000 |      | RES6 00000000 |        |
| Confine: | X PENT | LIFE | LWOP | DEATH | X SPLIT | BOOT 000 | EMON 00 |
|        | JAIL | X CCUR | CSEC | CTERM | RVSPL | GANG 000 |        |
| Programs: | JDVR | IPROB | AASCH | DUI | DDC | CSV 0000 | SAPP |
|        | PTRL | BCSCH | MNTL | CRO | ASCH | ANGER | DRUGCT |
| Enhanced: | PROJ | CNOT | SCH | VDOB 00000000 | HOOF 000 |        |        |
|        | DRUG CODE: |    | MEAS: | VOL: 00000000 |        |        |        |
| SEC/CUR: | 00 | 000000000000 00 | 00 | 000000000000 00 | 00 | 000000000000 |        |
| Comment: |   |   |   |   |   |   |   |
| BAL DUE | 0000183112 | DUE | 05012006 | CRO |   | Updated | 10011999 |

**Case Action Summary**

| Date | Time | Code | Comments | Operator |
|------|------|------|----------|----------|
| 12161997 | 1509 | TEXT | WARRANT SLIP (GJ #112) | DED |
| 12161997 | 1509 | TEXT | COMPLAINT (GJ #112) | DED |
| 12161997 | 1509 | TEXT | ARREST WARRANT (GJ #112) | DED |
| 12161997 | 1509 | TEXT | INITIAL APPEARANCE HEARING (GJ #112) | DED |
| 12161997 | 1510 | TEXT | WARRANT SLIP (GJ #113) | DED |
| 12161997 | 1510 | 0EXT | COMPLAINT (GJ #113) | DED |
| 12161997 | 1510 | TEXT | ARREST WARRANT (GJ #113) | DED |
| 12161997 | 1510 | TEXT | INITIAL APPEARANCE HEARING (GJ #113) | DED |
| 12161997 | 1511 | TEXT | WARRANT SLIP (GJ #114) | DED |
| 12161997 | 1511 | 0EXT | COMPLAINT (GJ #114) | DED |
| 12161997 | 1511 | TEXT | ARREST WARRANT (GJ #114) | DED |
| 12161997 | 1511 | TEXT | INITIAL APPEARANCE HEARING (GJ #114) | DED |
| 12171997 | 1509 | TEXT | CONSOLIDATED APPEARANCE AND COST BOND (GJ #112) | DED |
| 12171997 | 1510 | TEXT | CONSOLIDATED APPEARANCE AND COST BOND (GJ #113) | DED |
| 12171997 | 1511 | TEXT | CONSOLIDATED APPEARANCE AND COST BOND (GJ #114) | DED |
| 06121998 | 1513 | TEXT | INDICTMENT | DED |
| 06231998 | 1513 | TEXT | COURT APPEARANCE NOTICE | DED |
| 07151998 | 1006 | ATY1 | ATTORNEY FOR DEFENDANT: POWELL, A R, III | ROP |
| 07151998 | 1309 | TEXT | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER | ROP |
| 08051998 | 1602 | TEXT | PLEA OF NOT GUILTY AND WAIVER OF ARRAIGNMENT | DES |
| 08061998 | 1635 | TEXT | MOTION FOR DISCOVERY | RHM |
| 08071998 | 1033 | TEXT | ANSWER TO MOTION FOR DISCOVERY | ROP |
| 08071998 | 1033 | TEXT | REQUEST FOR DISCOVERY | ROP |
| 08141998 | 1430 | TEXT | AMENDED ANSWER TO MOTOIN FOR DISCOVERY | ROP |
| 08241998 | 1725 | TEXT | REQUEST FOR DISCOVERY | ROP |
| 08271998 | 0935 | TEXT | AMENDED ANSWER TO MOTION FOR DISCOVERY | ROP |
| 08311998 | 0949 | DAT1 | SET FOR: SETTLEMENT DOCKET/ ON 11/13/98 AT 0900A | CAG |
| 11181998 | 1642 | TEXT | WARRANT OF ARREST FOR FAILURE OF DEFENDANT TO | ROP |
| 11181998 | 1642 | TEXT | APPEAR; EXECUTED AS TO SCOTTY EDWARDS JR | ROP |
| 11181998 | 1642 | TEXT | ON: | ROP |
| 11201998 | 1137 | TEXT | MOTION TO SET ASIDE BOND FORFEITURE | RHM |
| 11201998 | 1644 | ARCL | WARRANT RECALLED ON 112098 AT 1644 | ROP |
| 11201998 | 1647 | TEXT | ORDER; PENDING ALIAS AND FORFEITURE SET ASIDE | ROP |
| 11201998 | 1647 | TEXT | AND HELD FOR NAUGHT UPON MOTION OF THE DEFEND- | ROP |
| 11201998 | 1647 | TEXT | ANT WITH DIRECT ASSURANCE THAT HE WILL APPEAR | ROP |
| 11201998 | 1647 | TEXT | FOR NEXT SETTLEMENT CONFERENCE | ROP |
| 04211999 | 0840 | TEXT | MOTION TO CONSOLIDATE CHARGES FOR TRIAL | PAH |
| 04211999 | 0840 | TEXT | AND MOTION FOR HEARING ON THE ISSUE | PAH |
| 04211999 | 0840 | TEXT | ORDER; HEARING SET FOR 5/11/99 ON MOTION. | PAH |
| 04211999 | 0840 | TEXT | DEFENDANT SHALL BE PERSONALLY PRESENT FOR THE | PAH |
| 04211999 | 0840 | TEXT | HEARING AS SHALL ALL COUNSEL OF RECORD. | PAH |
| 04211999 | 0905 | TEXT | AMENDED ANSWER TO MOTION FOR DISCOVERY | PAH |
| 04221999 | 0901 | DAT1 | SET FOR: HEARING ON 05/11/99 AT 0900A | PAH |
| 05051999 | 1646 | TEXT | AMENDED ANSWER TO MOTION FOR DISCOVERY | LEG |

```
05111999 0852 TEXT  OBJECTION TO CONSOLIDATION                              PAH
05111999 0852 TEXT  ORDER; HEARING SCHEDULED FOR 6/15/99 AT 9:00 A.M.       PAH
05121999 0853 DAT1  SET FOR: HEARING ON 06/15/1999 AT 0900A (AR01)          PAH
06091999 1421 TEXT  ORDER; THE ABOVE STYLED CASE IS HEREBY ADVANCED FR      ROP
06091999 1421 TEXT  FROM ITS PRESENT SETTING OF 6-15-99 UNTO 6-14-99        ROP
06091999 1421 TEXT  AT 10:30 A.M. ON MOTION OF THE DEFENDANT                ROP
06091999 1424 DAT1  SET FOR: HEARING ON 06/14/1999 AT 1030A (AR10)          ROP
06141999 1527 DAT1  SET FOR: HEARING ON 07/07/1999 AT 1030A (AR10)          ROP
07071999 1348 TEXT  ORDER THE ABOVE STYLED CASES ARE CONSOLIDATED FOR       CAG
07071999 1348 TEXT  TRIAL. /S/ MAM                                          CAG
07081999 1349 COMM  CONSOLIDATED W/CC-99-6 (AR01)                           CAG
07081999 1349 COMM  9810006700 (AR01)                                       CAG
07081999 1349 COMM  CONSOLIDATED W/CC-99-56 (AR01)                          CAG
07081999 1349 COMM  9810006700 (AR01)                                       CAG
09161999 0944 DAT1  SET FOR: JURY TRIAL ON 09/27/1999 AT 0900A (AR01)       PAH
09161999 0950 PRTY  PARTY ADDED W001 BRUCE MADDOX (A                        PAH
09161999 0950 PRTY  PARTY ADDED W002 DENNIS MEEKS (A                        PAH
09161999 0951 PRTY  PARTY ADDED W003 SONNY EDSOLE (A                        PAH
09161999 0951 PRTY  PARTY ADDED W004 MARK ANDERSON (A                       PAH
09161999 0951 PRTY  PARTY ADDED W005 JOHN BRUNNER (A                        PAH
09161999 0952 PRTY  PARTY ADDED W006 MARC CREWS (A                          PAH
09161999 0952 PRTY  PARTY ADDED W007 MIKE HAYSE (A                          PAH
09161999 0952 PRTY  PARTY ADDED W008 DAVID HARRELL (A                       PAH
09161999 0953 PRTY  PARTY ADDED W009 MIKE COWART (A                         PAH
09161999 1029 PRTY  PARTY ADDED W010 MARVIN WILLIFORD (A                    PAH
09161999 1043 PRTY  PARTY ADDED W011 INZELL THOMAS (A                       PAH
09161999 1100 SUBP  WITNESS SUBPOENA ISSUED                                 PAH
09161999 1235 PNME  PARTY W003 NAME CHANGED FROM: SONNY EDSOLE              PAH
09161999 1235 SUBP  WITNESS SUBPOENA ISSUED TO W003 SONNY BEDSOLE           PAH
09231999 1529 SERV  PARTY W001 SERVED DATE: 09171999 TYPE: SERVED PER       AML
09231999 1529 SERV  PARTY W002 SERVED DATE: 09171999 TYPE: SERVED PER       AML
09241999 1616 SERV  PARTY W007 SERVED DATE: 09221999 TYPE: SERVED PER       AML
09241999 1616 SERV  PARTY W003 SERVED DATE: 09201999 TYPE: SERVED PER       AML
09241999 1616 SERV  PARTY W008 SERVED DATE: 09221999 TYPE: SERVED PER       AML
09241999 1616 SERV  PARTY W009 SERVED DATE: 09221999 TYPE: SERVED PER       AML
09241999 1617 SERV  PARTY W010 SERVED DATE: 09201999 TYPE: SERVED PER       AML
09281999 1141 TEXT  PLEA AGREEMENT                                          PAH
09281999 1141 TEXT  EXPLANATION OF RIGHTS AND PLEA OF GUILTY                PAH
09291999 1451 SERV  PARTY W006 SERVED DATE: 09221999 TYPE: SERVED PER       AML
09291999 1453 SERV  PARTY W005 SERVED DATE: 09221999 TYPE: SERVED PER       AML
10011999 1141 DISP  CHARGE 01: POSS/REC CONTR. SUB/#CNTS: 001 (AR10)        PAH
10011999 1141 DISP  CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 09/28/1999       PAH
10011999 1141 DISP  CHARGE 02: POSS MARIJUANA 2ND /#CNTS: 001 (AR10)        PAH
10011999 1141 DISP  CHARGE 03: GIVING FALSE NAME T/#CNTS: 001 (AR10)        PAH
10011999 1141 DISP  CHARGE 02 DISPOSED BY: GUILTY PLEA ON: 09/28/1999       PAH
10011999 1141 DISP  CHARGE 03 DISPOSED BY: GUILTY PLEA ON: 09/28/1999       PAH
10011999 1141 CH01  DRUG FEE 2 PROVISION ORDERED BY THE COURT (AR10)        PAH
10011999 1141 CH02  DRUG FEE 1 PROVISION ORDERED BY THE COURT (AR10)        PAH
10011999 1142 DISP  CHARGE 03: GIVING FALSE NAME T/#CNTS: 001 (AR10)        PAH
10011999 1142 DISP  CHARGE 03 DISPOSED BY: NOL PRS/DA ON: 09/28/1999        PAH
10011999 1418 CH01  DEFENDANT SENTENCED ON: 09/28/1999 (AR05)               PAH
10011999 1418 CH01  SENTENCE TO BEGIN ON: 10/14/1999 (AR05)                 PAH
10011999 1418 CH01  IMPOSED CONFINEMENT: 01 YEARS (AR05)                    PAH
10011999 1418 CH01  SUSPENDED CONFINEMENT: 04 YEARS (AR05)                  PAH
10011999 1418 CH01  TOTAL CONFINEMENT: 05 YEARS (AR05)                      PAH
10011999 1418 CH01  PROBATION OF: 04 YEARS (AR05)                           PAH
10011999 1418 CH01  COST PROVISION ORDERED BY THE COURT (AR05)              PAH
```

Case 2:06-cv-00214-WKW-DRB   Document 21-5   Filed 06/05/2006   Page 5 of 8
On-Line SJIS CC/DC Case Detail: WEBB & ELEY, P.C.                              Page 4 of 7

| Date | Time | Code | Description | By |
|---|---|---|---|---|
| 10011999 | 1418 | CH01 | HISTORY FEE PROVISION ORDERED BY THE COURT (AR05) | PAH |
| 10011999 | 1418 | CH01 | USER FEE PROVISION ORDERED BY THE COURT (AR05) | PAH |
| 10011999 | 1418 | CH01 | WARRANT FEE PROVISION ORDERED BY THE COURT (AR05) | PAH |
| 10011999 | 1418 | CH01 | CVCC PROVISION ORDERED BY THE COURT (AR05) | PAH |
| 10011999 | 1418 | CH01 | DRUG FEE PROVISION ORDERED BY THE COURT (AR05) | PAH |
| 10011999 | 1418 | CH01 | RECOUPMENT PROVISION ORDERED BY THE COURT (AR05) | PAH |
| 10011999 | 1418 | CH01 | SUBPOENA FEE PROVISION ORDERED BY THE COURT (AR05) | PAH |
| 10011999 | 1418 | CH01 | DRUG FEE AMOUNT ORDERED: $1000.00 (AR05) | PAH |
| 10011999 | 1418 | CH01 | CONCURRENT SENTENCE ORDERED BY THE COURT (AR05) | PAH |
| 10011999 | 1418 | CH01 | PENITENTIARY PROVISION ORDERED BY THE COURT (AR05) | PAH |
| 10011999 | 1418 | CH01 | SPLIT SENTENCE PROVISION ORDERED BY THE COURT | PAH |
| 10011999 | 1424 | CH01 | JAIL CREDIT: 003 DAYS (AR05) | PAH |
| 10011999 | 1424 | CH01 | LICENSE SUSPENDED: 06 MONTHS (AR05) | PAH |
| 10011999 | 1424 | D001 | PAYMENT FREQUENCY SET TO: "L" (FE52) | PAH |
| 10011999 | 1442 | TRSC | TRANSCRIPT OF RECORD ISSUED ON 10/01/99 (AR08) | PAH |
| 10011999 | 1459 | CH02 | DEFENDANT SENTENCED ON: 09/28/1999 (AR05) | PAH |
| 10011999 | 1459 | CH02 | SENTENCE TO BEGIN ON: 10/14/1999 (AR05) | PAH |
| 10011999 | 1459 | CH02 | IMPOSED CONFINEMENT: 01 YEARS (AR05) | PAH |
| 10011999 | 1459 | CH02 | TOTAL CONFINEMENT: 01 YEARS (AR05) | PAH |
| 10011999 | 1459 | CH02 | FINE PROVISION ORDERED BY THE COURT (AR05) | PAH |
| 10011999 | 1459 | CH02 | LICENSE SUSPENDED: 06 MONTHS (AR05) | PAH |
| 10011999 | 1459 | CH02 | FINE IMPOSED: $750.00 (AR05) | PAH |
| 10011999 | 1459 | CH02 | JAIL CONFINEMENT ORDERED BY THE COURT (AR05) | PAH |
| 10011999 | 1459 | CH02 | CONCURRENT SENTENCE ORDERED BY THE COURT (AR05) | PAH |
| 10021999 | 0200 | FELN | DEFENDANT REPORTED AS FELON TO BOARD OF REGISTRARS | ROP |
| 11151999 | 0000 | DRUG | DRUG CONV REPORTED TO DPS ON 11151999 FOR VPCO | AOC |
| 02102000 | 1613 | D001 | ENFORCEMENT STATUS SET TO: "J" (FE52) | ROP |
| 10132000 | 0757 | TEXT | ORDER OF PROBATION | ROP |
| 10162000 | 0756 | D001 | PAYMENT DUE DATE SET TO: 11/13/2000 (FE52) | ROP |
| 01072002 | 0732 | TEXT | MOTION TO REVOKE PROBATION AND MOTION TO SHOW | ROP |
| 01072002 | 0732 | TEXT | CAUSE | ROP |
| 02142002 | 0732 | TEXT | ORDER SETTING HEARING 4-17-02; EXECUTED AS TO | ROP |
| 02142002 | 0732 | TEXT | SCOTTY EDWARDS JR ON: RET NOT FOUND | ROP |
| 02152002 | 0731 | DAT2 | SET FOR: SHOW CAUSE DKT/HE ON 04/17/2002 AT 0900A | ROP |
| 02152002 | 0731 | ADD1 | ADDR1 CHANGED FROM: 703 BARNES STREET (AR01) | ROP |
| 02152002 | 0731 | ADD2 | ADDR2 CHANGED FROM: P O BOX 618 (AR01) | ROP |
| 02152002 | 0731 | CITY | HOME CITY CHANGED FROM: OPP (AR01) | ROP |
| 02152002 | 0732 | ATTH | CAS ATTACHMENT PRINTED (AR08) | ROP |
| 04102002 | 0219 | DOCK | NOTICE SENT: 04/10/2002 EDWARDS SCOTTY JR | ROP |
| 04102002 | 1046 | DAT3 | SET FOR: SHOW CAUSE DKT/HE ON 04/17/2002 AT 0200P | ROP |
| 04172002 | 1402 | D001 | FREQUENCY SET TO "M" (EC01) | PAH |
| 04172002 | 1402 | D001 | PAYMENT DUE DATE SET TO 05/08/2002 (EC01) | PAH |
| 04172002 | 1402 | D001 | FREQUENCY AMOUNT SET TO $30.00 (EC01) | PAH |
| 04172002 | 1404 | D001 | PAYMENT DUE DATE SET TO 04/17/2002 (EC01) | PAH |
| 04172002 | 1406 | D001 | PAYMENT DUE DATE SET TO: 06/04/2004 (FE52) | LEG |
| 04172002 | 1610 | DAT1 | SET FOR: SHOW CAUSE DKT/HE ON 05/08/2002 AT 0900A | PAH |
| 05022002 | 0297 | DOCK | NOTICE SENT: 05/02/2002 EDWARDS SCOTTY JR | ROP |
| 05022002 | 1525 | DAT3 | SET FOR: SHOW CAUSE DKT/HE ON 05/08/2002 AT 0134P | ROP |
| 05082002 | 0851 | TEXT | ORDER; DEFT FAILED TO APPEAR; SHERIFF SHALL NOW | ROP |
| 05082002 | 0851 | TEXT | ARREST SAID DEFT; EXECUTED AS SCOTTY EDWARDS | ROP |
| 05082002 | 0851 | TEXT | ON: | ROP |
| 05092002 | 0855 | AWAR | ALIAS WARRANT ISSUED: 05/09/2002 (AR08) | ROP |
| 06212002 | 0852 | D001 | PAYMENT DUE DATE SET TO: 08/02/2004 (FE52) | LEG |
| 06212002 | 1344 | TEXT | ORDER; THE DEFT, BEING ARRESTED, HAS MADE A | LEG |
| 06212002 | 1344 | TEXT | PAYMENT PRIOR TO BEING BROUGHT BEFORE THE | LEG |
| 06212002 | 1344 | TEXT | UNDERSIGNED. BY CONSENT, HE IS RELEASED, ALIAS | LEG |
| 06212002 | 1344 | TEXT | COSTS TAXED TO HIM, WITH SPECIFIC INSTRUCTIONS | LEG |

```
06212002 1344 TEXT   THAT HE COME BEFORE THE UNDERSIGNED FOR AN              LEG
06212002 1344 TEXT   INITIAL APPEARANCE ON 7/15/02 AT 9 AM. FAILING          LEG
06212002 1344 TEXT   THEREIN, A FURTHER ALIAS WILL BE ISSUED /S/ MAM         LEG
06212002 1345 REOR   RELEASE ORDER ISSUED: 06/21/2002 (AR08)                 LEG
06212002 1353 DAT1   SET FOR: HEARING ON 07/15/2002 AT 0900A (AR01)          LEG
06252002 0908 WARR   "S" WARRANT SERVICE ON: 06/19/2002 (AR10)               ROP
06252002 0908 WARR   WARRANT LOCATION IS: H ON: 06/24/2002 (AR10)            ROP
07172002 0916 DAT1   SET FOR: INITIAL APPEARANC ON 07/29/2002 AT 0345P       PAH
07192002 1219 D001   PAYMENT DUE DATE SET TO: 08/31/2004 (FE52)              CAG
07292002 1607 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 08/05/2002 AT 0900A       ROP
08062002 1659 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 08/20/2002 AT 0830A       ROP
08202002 1031 TEXT   ORDER; DEFT FAILED TO APPEAR; SHERIFF SHALL ARREST      ROP
08202002 1031 TEXT   SAID DEFENDANT; EXECUTED ON:                            ROP
08202002 1032 AWAR   ALIAS WARRANT ISSUED: 08/20/2002 (AR08)                 ROP
08272002 1447 D001   PAYMENT DUE DATE SET TO: 10/29/2004 (FE52)              RHM
08272002 1553 TEXT   ORDER; ALIAS SET ASIDE; COSTS TAXED TO                  ROP
08272002 1553 TEXT   DEFT (PAH)                                              ROP
10102002 0215 DOCK   NOTICE SENT: 10/10/2002 EDWARDS SCOTTY JR               ROP
10102002 1036 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 10/21/2002 AT 0216P       ROP
10222002 1442 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 10/28/2002 AT 0800A       ROP
10282002 1618 TEXT   ORDER; CONTINUED TO 11-1-02 AT 8:00 A.M.                ROP
11012002 1618 TEXT   ORDER; DEFT FTA; ISSUE WARRANT OF ARREST;               ROP
11012002 1618 TEXT   EXECUTED ON:                                            ROP
11012002 1619 AWAR   ALIAS WARRANT ISSUED: 11/01/2002 (AR08)                 ROP
11042002 1023 TEXT   ORDER ALIAS SET ASIDE, COSTS TAXED TO DEFT;             ROP
11042002 1023 TEXT   HEARING CONTINUED FROM 11-1-02 TO 11-27-02 AT           ROP
11042002 1023 TEXT   9:00 A.M. DEFT TO PAY ANOTHER $40.00                    ROP
11042002 1251 D001   PAYMENT DUE DATE SET TO: 11/27/2004 (FE52)              LEG
11052002 1008 ARCL   WARRANT RECALLED ON: 11/05/2002 AT: 10:08:07(AR08)      ROP
11052002 1025 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 11/27/2002 AT 0900A       ROP
11272002 0811 TEXT   ORDER; THAT THE SHERIFF FORTHWITH ARREST SAID           ROP
11272002 0811 TEXT   DEFT; EXECUTED ON:                                      ROP
12022002 0811 AWAR   ALIAS WARRANT ISSUED: 12/02/2002 (AR08)                 ROP
12132002 0918 D001   PAYMENT DUE DATE SET TO: 12/26/2004 (FE52)              RHM
12132002 1611 TEXT   ORDER SETTING ALIAS ASIDE AND SETTING HEARING           ROP
12132002 1611 TEXT   1-10-03 AT 9:00 .A.M.; PAY $30.00                       ROP
12132002 1612 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 01/10/2003 AT 0900A       ROP
12132002 1612 ARCL   WARRANT RECALLED ON: 12/13/2002 AT: 16:12:52(AR08)      ROP
12132002 1613 ARCL   WARRANT RECALLED ON: 12/13/2002 AT: 16:13:04(AR08)      ROP
12132002 1613 ARCL   WARRANT RECALLED ON: 12/13/2002 AT: 16:13:19(AR08)      ROP
01022003 1452 WARR   WARRANT LOCATION IS: H ON: 12/17/2002 (AR10)            ROP
01082003 1431 D001   PAYMENT DUE DATE SET TO: 01/24/2005 (FE52)              RHM
01132003 1517 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 02/19/2003 AT 0900A       CAG
02202003 1321 TEXT   ORDER; DEFT FTA; SHERIFF SHALL NOW ARREST SAID          ROP
02202003 1321 TEXT   DEFENDANT; EXECUTED                                     ROP
02212003 1322 AWAR   ALIAS WARRANT ISSUED: 02/21/2003 (AR08)                 ROP
03032003 0759 D001   PAYMENT DUE DATE SET TO: 04/23/2005 (FE52)              PEH
03032003 1644 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 04/16/2003 AT 0900A       ROP
03032003 1644 D001   PAYMENT DUE DATE SET TO: 04/16/2003 (FE52)              ROP
03032003 1644 TEXT   ORDER OF RELEASE FROM JAIL                              ROP
03102003 1719 WARR   "S" WARRANT SERVICE ON: 03/01/2003 (AR10)               ROP
03102003 1719 WARR   WARRANT LOCATION IS: H ON: 03/10/2003 (AR10)            ROP
04042003 1225 D001   PAYMENT DUE DATE SET TO: 05/15/2003 (FE52)              DED
04232003 1123 D001   PAYMENT DUE DATE SET TO: 05/07/2003 (FE52)              ROP
04232003 1123 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 05/07/2003 AT 0900A       ROP
05022003 0209 DOCK   NOTICE SENT: 05/02/2003 EDWARDS SCOTTY JR               ROP
05022003 0953 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 05/07/2003 AT 0200P       ROP
```

```
05072003 1149 D001   PAYMENT DUE DATE SET TO: 06/05/2003 (FE52)           PAH
05082003 1435 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 06/11/2003 AT 0900A    ROP
05082003 1435 D001   PAYMENT DUE DATE SET TO: 06/11/2003 (FE52)           ROP
06062003 1006 D001   PAYMENT DUE DATE SET TO: 07/10/2003 (FE52)           LEG
06122003 1451 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 07/10/2003 AT 0900A    ROP
07032003 1426 D001   PAYMENT DUE DATE SET TO: 08/08/2003 (FE52)           PAH
07152003 0957 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 08/12/2003 AT 0900A    CAG
08082003 1219 D001   PAYMENT DUE DATE SET TO: 09/06/2003 (FE52)           LEG
08142003 0823 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 09/04/2003 AT 0900A    ROP
08142003 0823 D001   PAYMENT DUE DATE SET TO: 09/04/2003 (FE52)           ROP
09052003 0906 D001   PAYMENT DUE DATE SET TO: 10/03/2003 (FE52)           LEG
09052003 1521 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 09/29/2003 AT 0400P    ROP
09292003 1111 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 10/20/2003 AT 0900A    ROP
09292003 1112 D001   PAYMENT DUE DATE SET TO: 10/20/2003 (FE52)           ROP
10202003 0902 D001   PAYMENT DUE DATE SET TO: 11/18/2003 (FE52)           LEG
10222003 0948 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 11/12/2003 AT 0900A    CAG
11072003 0859 D001   PAYMENT DUE DATE SET TO: 12/17/2003 (FE52)           PAH
11132003 1520 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 12/16/2003 AT 0900A    DES
12042003 1012 D001   PAYMENT DUE DATE SET TO: 01/15/2004 (FE52)           RHM
12172003 1450 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 01/13/2004 AT(AR01)    ROP
12172003 1450 D001   ENFORCEMENT STATUS SET TO: "A" (FE52)                ROP
12172003 1450 D001   PAYMENT DUE DATE SET TO: 01/13/2004 (FE52)           ROP
01052004 1009 D001   PAYMENT DUE DATE SET TO: 02/11/2004 (FE52)           LEG
01142004 1359 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 02/17/2004 AT(AR01)    CAG
02182004 1451 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 02/27/2004 AT(AR01)    CAG
02182004 1452 ADD1   ADDR1 CHANGED FROM: 834 ROOSEVELT DRIVE (AR01)       CAG
02182004 1452 CITY   HOME CITY CHANGED FROM: ELBA (AR01)                  CAG
03012004 0916 TEXT   ORDER; DEFT FTA/FTP; ISSUE ALIAS; EXECUTED:          ROP
03012004 1000 FTPW   FTP WARRANT ISSUED: 03/01/2004 (AR08)                ROP
03042004 0922 D001   PAYMENT DUE DATE SET TO: 03/11/2004 (FE52)           DES
04122004 1013 D001   PAYMENT DUE DATE SET TO: 04/09/2004 (FE52)           RHM
06152004 0751 TEXT   ORDER; ALIAS SET ASIDE; COSTS TAXED; SET 7-8-04      ROP
06152004 0751 TEXT   AT 9:00 AM; DEFT PAY $30.00                          ROP
06152004 1132 D001   PAYMENT DUE DATE SET TO: 05/08/2004 (FE52)           LEG
06152004 1637 ARCL   WARRANT RECALLED ON: 06/15/2004 AT: 16:37:35(AR08)   ROP
06162004 0750 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 07/08/2004 AT 0800A    ROP
06162004 0751 D001   PAYMENT DUE DATE SET TO: 07/08/2004 (FE52)           ROP
07142004 1408 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 08/05/2004 AT(AR01)    CAG
07142004 1417 ATTH   CAS ATTACHMENT PRINTED (AR08)                        CAG
07192004 1137 D001   PAYMENT DUE DATE SET TO: 08/06/2004 (FE52)           DED
08062004 0909 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 08/13/2004 AT 0800A    ROP
08132004 0949 D001   PAYMENT DUE DATE SET TO: 09/04/2004 (FE52)           RHM
08132004 1025 TEXT   ORDER; DEFT FTA/FTP; ISSUE ALIAS; EXEC:8-18-04       ROP
08132004 1030 FTPW   FTP WARRANT ISSUED: 08/13/2004 (AR08)                ROP
08202004 1433 DAT3   SET FOR: SHOW CAUSE DKT/HEAR ON 09/07/2004 (FE52)    ROP
08202004 1433 D001   PAYMENT DUE DATE SET TO: 09/07/2004 (FE52)           ROP
08202004 1647 WARR   "S" WARRANT SERVICE ON: 08/18/2004 (AR10)            ROP
08202004 1647 WARR   WARRANT LOCATION IS: H ON: 08/20/2004 (AR10)         ROP
09032004 1526 D001   PAYMENT DUE DATE SET TO: 10/06/2004 (FE52)           ROP
09092004 1327 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 10/14/2004 AT(AR01)    ROP
09092004 1329 D001   PAYMENT DUE DATE SET TO: 10/14/2004 (FE52)           ROP
10142004 0854 D001   PAYMENT DUE DATE SET TO: 11/12/2004 (FE52)           DED
10192004 1328 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 11/09/2004 AT(AR01)    CAG
11052004 1132 D001   PAYMENT DUE DATE SET TO: 12/11/2004 (FE52)           RHM
11122004 1636 TEXT   MOTION TO DISMISS STATE'S PETITION TO REVOKE         CAG
11122004 1636 TEXT   PROBATION " DENIED "                                 CAG
11152004 1405 DAT3   SET FOR: SHOW CAUSE DKT/HE ON 12/20/2004 AT(AR01)    CAG
```

| | | | |
|---|---|---|---|
| 12202004 1334 | TEXT | ORDER; MOTION TO REVOKE/SHOW CAUSE DISMISSED | ROP |
| 12202004 1334 | TEXT | WITHOUT PREJUDICE | ROP |
| 04052005 0832 | D001 | ENF PLACEMENT STATUS SET TO: "D" (EC01) | ROP |
| 04062005 1356 | D001 | ENF PLACEMENT STATUS SET TO: "H" (EC01) | ROP |
| 04062005 1356 | D001 | AMOUNT DUE CHANGED FROM: " $4053.84" (EC01) | ROP |
| 04062005 1356 | D001 | ENFORCEMENT STATUS SET TO: "J" (FE52) | ROP |
| 04062005 1356 | D001 | PAYMENT DUE DATE SET TO: 05/01/2006 (FE52) | ROP |
| 04062005 1357 | D001 | ENFORCEMENT STATUS SET TO: "A" (FE52) | ROP |