# EXHIBIT E

**Covington County dispatch logs for Deputy Inabinett dated 4/18/2004**

Event Description: 10-42 CG//OP15
Unit: 2316
Event Type: 10-41 Event Time: 04/08/2004 01:44:08 Dispatcher: CG
Event Description: 10-41 CG//OP15

DAUGHTER POSS BEING KIDNAPPED FROM FLEE
TA SCHOOL TODAY.  ALLEN OPER/09
Unit: 2316
Event Type: 10-6 Event Time: 04/08/2004 15:32:04 Dispatcher: AL
Event Description: 10-6 CH.23
Unit: 2316
Event Type: 10-8 Event Time: 04/08/2004 13:21:10 Dispatcher: JOD
Event Description: 10-8 OP/J17
Unit: 2316
Event Type: 10-6 Event Time: 04/08/2004 11:57:45 Dispatcher: JOD
Event Description: 10-6 CH OP/J17
Unit: 2316
Event Type: 80 Event Time: 04/08/2004 11:06:31 Dispatcher: JOD
Call #: 60904 Sub Call #: 1 Unit: 2316
Timestamp: Available Event Time: 04/08/2004 11:06:31 Dispatcher: JOD
Call #: 60904 Sub Call #: 1 Unit: 2316
Event Type: LKP Event Event Time: 04/08/2004 10:57:25 Dispatcher: JD
Event Description: 30851 COTTLE CREEK RD
Call #: 60904 Sub Call #: 1 Unit: 2316
Event Type: TS Event Time: 04/08/2004 10:57:25 Dispatcher: JD
Call #: 60904 Sub Call #: 1 Unit: 2316
Event Type: LKP Event Event Time: 04/08/2004 10:57:23 Dispatcher: AL
Event Description: 30851 COTTLE CREEK RD
Call #: 60904 Sub Call #: 1 Unit: 2316
Timestamp: Arrived Event Time: 04/08/2004 10:57:23 Dispatcher: AL
Call #: 60904 Sub Call #: 1 Unit: 2316
Timestamp: Enroute Event Time: 04/08/2004 10:40:12 Dispatcher: AL
Call #: 60904 Sub Call #: 1 Unit: 2316
Timestamp: Acknow Event Time: 04/08/2004 10:40:11 Dispatcher: AL
Unit: 2316
Event Type: 86 Event Time: 04/08/2004 10:40:02 Dispatcher: AL
Call #: 60904 Sub Call #: 1 Unit: 2316
Timestamp: Dispatch Event Time: 04/08/2004 10:40:02 Dispatcher: AL
Unit: 2316
Event Type: 10-8 Event Time: 04/08/2004 10:10:31 Dispatcher: AS
Event Description: 2316 10-8;  NEG CONTACT WITH ANY SEVERE
                WEATHER EAST OF HWY 29 NORTH / COTTLE CR
                EEK RD AREA.  ALLEN OPER/09
Unit: 2316
Event Type: 10-18 Event Time: 04/08/2004 09:58:25 Dispatcher: AS
Event Description: 2316 WAS ADV BY LINC OF GOLF BALL SIZE H
                AIL IN THE MCVAY HILL AREA (COTTLE CREEK
                 RD/STRAUGHN SCHOOL RD AREA).  ALLEN OPE
                R/09
Unit: 2316
Event Type: 10-41 Event Time: 04/08/2004 07:55:23 Dispatcher: JOD
Event Description: 10-41 OP/J17
Unit: 2316
Event Type: 10-42 Event Time: 04/08/2004 04:24:17 Dispatcher: CG

```
Event Type: 10-42 Event Time: 04/08/2004 23:09:41 Dispatcher: CG
Event Description: 10-42 CG//OP15
Unit: 2316
Event Type: 10-8 Event Time: 04/08/2004 21:49:01 Dispatcher: CG
Event Description: 10-8  CG//OP15
Unit: 2316
Event Type: 10-6 Event Time: 04/08/2004 21:39:12 Dispatcher: CS
Event Description: 10-6 W/2310/OPD UNITS KELLUM ST. CS/OPR2
                    1
Unit: 2316
Event Type: 10-41 Event Time: 04/08/2004 21:35:28 Dispatcher: CG
Event Description: 10-41 CG//OP15
Unit: 2316
Event Type: 10-42 Event Time: 04/08/2004 21:27:40 Dispatcher: CG
Event Description: 10-42 CG//OP15
Unit: 2316
Event Type: 10-8 Event Time: 04/08/2004 21:22:53 Dispatcher: CG
Event Description: 10-8 CG//OP15
Unit: 2316
Event Type: 10-39 Event Time: 04/08/2004 21:19:24 Dispatcher: CG
Event Description: 10-39 23B118L RJ ON 84 CG//OP15
Unit: 2316
Event Type: 10-6 Event Time: 04/08/2004 20:46:53 Dispatcher: CS
Event Description: 10-6 CJ. END. MI. 142516. CS/OPR21
Unit: 2316
Event Type: 10-84 Event Time: 04/08/2004 20:24:12 Dispatcher: CG
Event Description: 10-84  10-16 1 W/F TO CJ STARTING MILEAG
                   E 14247 CG//OP15
Unit: 2316
Event Type: 80 Event Time: 04/08/2004 17:27:28 Dispatcher: AS
Call #: 60923 Sub Call #: 1 Unit: 2316
Timestamp: Available Event Time: 04/08/2004 17:27:28 Dispatcher: AS
Call #: 60923 Sub Call #: 1 Unit: 2316
Event Type: LKP Event Event Time: 04/08/2004 16:46:50 Dispatcher: AL
Event Description: 28382 BELL CROSSING RD
Call #: 60923 Sub Call #: 1 Unit: 2316
Timestamp: Arrived Event Time: 04/08/2004 16:46:50 Dispatcher: AL
Call #: 60923 Sub Call #: 1 Unit: 2316
Timestamp: Enroute Event Time: 04/08/2004 16:23:43 Dispatcher: AS
Call #: 60923 Sub Call #: 1 Unit: 2316
Timestamp: Acknow Event Time: 04/08/2004 16:23:42 Dispatcher: AS
Unit: 2316
Event Type: 86 Event Time: 04/08/2004 16:22:36 Dispatcher: AS
Call #: 60923 Sub Call #: 1 Unit: 2316
Timestamp: Dispatch Event Time: 04/08/2004 16:22:36 Dispatcher: AS
Unit: 2316
Event Type: 10-18 Event Time: 04/08/2004 16:14:34 Dispatcher: AS
Event Description: 2314, 2316 WAS ADV TO CONTACT RICKY KEND
                   RICK AT 493-2302 IN REF TO HIS 12 YR OLD
```

```
                    IOER25
Unit: 2316
Event Type: 10-27 Event Time: 04/12/2004 10:07:47 Dispatcher: JW
Event Description: 10-27 AL  6197511 OPER25
Unit: 2316
Event Type: 10-39 Event Time: 04/12/2004 10:05:46 Dispatcher: JW
Event Description: 10-39 23B119P WOODFIELD APTS ON 84 HAS F
                   LASHER ON 1-95 ATTEMPTING 10-39 VEHICLE
                   IS STOPPING ON 11 ST IN OPP OPER25
Unit: 2316
Event Type: 80 Event Time: 04/12/2004 09:43:22 Dispatcher: JW
Call #: 61108 Sub Call #: 1 Unit: 2316
Timestamp: Available Event Time: 04/12/2004 09:43:22 Dispatcher: JW
Call #: 61108 Sub Call #: 1 Unit: 2316
Event Type: 10-28 Event Time: 04/12/2004 09:31:30 Dispatcher: JW
Event Description: 10-28 23A891N OPER25
Call #: 61108 Sub Call #: 1 Unit: 2316
Timestamp: Enroute Event Time: 04/12/2004 09:03:46 Dispatcher: AL
Call #: 61108 Sub Call #: 1 Unit: 2316
Timestamp: Acknow Event Time: 04/12/2004 09:03:45 Dispatcher: AL
Unit: 2316
Event Type: 86 Event Time: 04/12/2004 09:03:35 Dispatcher: AL
Call #: 61108 Sub Call #: 1 Unit: 2316
Timestamp: Dispatch Event Time: 04/12/2004 09:03:35 Dispatcher: AL
Unit: 2316
Event Type: 10-8 Event Time: 04/12/2004 08:19:15 Dispatcher: AL
Event Description: 10-8.23
Unit: 2316
Event Type: 10-27 Event Time: 04/12/2004 08:17:37 Dispatcher: AL
Event Description: 10-27 425339709.23
Unit: 2316
Event Type: 10-39 Event Time: 04/12/2004 08:15:52 Dispatcher: AL
Event Description: 10-39 967HAP MS ON S 3RD.23
Unit: 2316
Event Type: 10-41 Event Time: 04/12/2004 07:54:22 Dispatcher: JW
Event Description: 10-41 10-8 OER25
Unit: 2316
Event Type: 10-42 Event Time: 04/10/2004 18:43:18 Dispatcher: ES
Event Description: NEVER CALLED 10-42 LOGGED 42 BY ES
Unit: 2316
Event Type: 10-6 Event Time: 04/10/2004 11:29:24 Dispatcher: ES
Event Description: DETAIL ES
Unit: 2316
Event Type: 10-41 Event Time: 04/10/2004 11:28:57 Dispatcher: ES
Event Description: 10-41 ES
Unit: 2316
Event Type: 10-18 Event Time: 04/09/2004 13:13:07 Dispatcher: JD
Event Description: 10-18 VEHICLE MAINT JD/14
Unit: 2316
```