# EXHIBIT F

**Covington County dispatch logs for Deputy Inabinett dated April 12-19, 2004**

```
Timestamp: 10-15 Event Time: 04/12/2004 19:44:25 Dispatcher: CS
Unit: 2316
Event Type: 86 Event Time: 04/12/2004 19:44:11 Dispatcher: CS
Call #: 61139 Sub Call #: 1 Unit: 2316
Timestamp: Dispatch Event Time: 04/12/2004 19:44:11 Dispatcher: CS
Unit: 2316
Event Type: 80 Event Time: 04/12/2004 17:11:32 Dispatcher: AS
Call #: 61135 Sub Call #: 1 Unit: 2316
Timestamp: Available Event Time: 04/12/2004 17:11:32 Dispatcher: AS
Unit: 2316
Event Type: 86 Event Time: 04/12/2004 17:09:55 Dispatcher: AS
Call #: 61135 Sub Call #: 1 Unit: 2316
Timestamp: Dispatch Event Time: 04/12/2004 17:09:55 Dispatcher: AS
Unit: 2316
Event Type: 80 Event Time: 04/12/2004 17:09:38 Dispatcher: AS
Call #: 61134 Sub Call #: 1 Unit: 2316
Timestamp: Available Event Time: 04/12/2004 17:09:38 Dispatcher: AS
Unit: 2316
Event Type: 86 Event Time: 04/12/2004 17:08:54 Dispatcher: AS
Call #: 61134 Sub Call #: 1 Unit: 2316
Timestamp: Dispatch Event Time: 04/12/2004 17:08:54 Dispatcher: AS
Unit: 2316
Event Type: 10-6 Event Time: 04/12/2004 16:58:52 Dispatcher: AS
Event Description: 2316 10-6 AT THE COUNTY JAIL.   ALLEN OPE
                   R/09
Unit: 2316
Event Type: 10-84 Event Time: 04/12/2004 16:33:31 Dispatcher: JD
Event Description: 10-84 TO CJ JD/14
Unit: 2316
Event Type: 10-6 Event Time: 04/12/2004 13:48:52 Dispatcher: AS
Event Description: 2316 10-6 AT TUTWILER.   ENDING MILEAGE:
                   142891.   ALLEN OPER/09
Unit: 2316
Event Type: 10-6 Event Time: 04/12/2004 12:15:22 Dispatcher: JW
Event Description: 10-6 TRIP TO TUTWEILER 1 WF STARTING MIL
                   EAGE  142782    OPER25
Unit: 2316
Event Type: 10-6 Event Time: 04/12/2004 10:20:19 Dispatcher: JW
Event Description: 10-6 OPP PD OPER25
Unit: 2316
Event Type: 10-18 Event Time: 04/12/2004 10:19:23 Dispatcher: JW
Event Description: 10-18 2316 GAVE LAST 10-39 A WARNING FOR
                   RECKLESS DRIVING OPER25
Unit: 2316
Event Type: 10-8 Event Time: 04/12/2004 10:12:54 Dispatcher: AL
Event Description: 10-8.23
Unit: 2316
Event Type: 10-18 Event Time: 04/12/2004 10:09:05 Dispatcher: JW
Event Description: 10-18 WIL BE IN 500 BLOCK OF 11TH STREET
```

```
Event Type: 80 Event Time: 04/13/2004 10:49:25 Dispatcher: JW
Call #: 61165 Sub Call #: 1 Unit: 2316
Timestamp: Available Event Time: 04/13/2004 10:49:25 Dispatcher: JW
Unit: 2316
Event Type: 86 Event Time: 04/13/2004 10:49:11 Dispatcher: JW
Call #: 61165 Sub Call #: 1 Unit: 2316
Timestamp: Dispatch Event Time: 04/13/2004 10:49:11 Dispatcher: JW
Unit: 2316
Event Type: 10-6 Event Time: 04/13/2004 10:33:47 Dispatcher: JOD
Event Description: 10-6 CH OP/J17
Unit: 2316
Event Type: 10-84 Event Time: 04/13/2004 10:23:25 Dispatcher: JOD
Event Description: 10-84 CH REF 10-72 OP/J17
Unit: 2316
Event Type: 80 Event Time: 04/13/2004 10:22:44 Dispatcher: JOD
Call #: 61161 Sub Call #: 3 Unit: 2316
Timestamp: Available Event Time: 04/13/2004 10:22:44 Dispatcher: JOD
Call #: 61161 Sub Call #: 3 Unit: 2316
Event Type: LKP Event Event Time: 04/13/2004 10:09:14 Dispatcher: JOD
Event Description: US HWY 84
Call #: 61161 Sub Call #: 3 Unit: 2316
Timestamp: Arrived Event Time: 04/13/2004 10:09:14 Dispatcher: JOD
Call #: 61161 Sub Call #: 3 Unit: 2316
Timestamp: Enroute Event Time: 04/13/2004 09:45:32 Dispatcher: AL
Call #: 61161 Sub Call #: 3 Unit: 2316
Timestamp: Acknow Event Time: 04/13/2004 09:45:31 Dispatcher: AL
Call #: 61161 Sub Call #: 3 Unit: 2316
Timestamp: Dispatch Event Time: 04/13/2004 09:45:27 Dispatcher: AL
Unit: 2316
Event Type: 10-28 Event Time: 04/13/2004 08:20:03 Dispatcher: JOD
Event Description: 10-28 AL 34A457J OP/J17
Unit: 2316
Event Type: 10-41 Event Time: 04/13/2004 07:54:46 Dispatcher: JOD
Event Description: 10-41 OP/J17
Unit: 2316
Event Type: 10-42 Event Time: 04/12/2004 20:54:19 Dispatcher: JM
Event Description: 10-42 OP/24
Unit: 2316
Event Type: 10-42 Event Time: 04/12/2004 20:54:19 Dispatcher: CG
Event Description: 10-42 CG//OP15
Unit: 2316
Event Type: 80 Event Time: 04/12/2004 20:27:14 Dispatcher: CS
Call #: 61139 Sub Call #: 1 Unit: 2316
Timestamp: Available Event Time: 04/12/2004 20:27:14 Dispatcher: CS
Call #: 61139 Sub Call #: 1 Unit: 2316
Timestamp: Dest. Event Time: 04/12/2004 19:58:50 Dispatcher: CG
Call #: 61139 Sub Call #: 1 Unit: 2316
Timestamp: Depart Event Time: 04/12/2004 19:44:28 Dispatcher: CS
Call #: 61139 Sub Call #: 1 Unit: 2316
```

```
Event Type: 10-8  Event Time: 04/16/2004 09:14:14 Dispatcher: JW
Event Description: 10-8 OPER25
Unit: 2316
Event Type: 10-6  Event Time: 04/16/2004 09:08:48 Dispatcher: JW
Event Description: 10-6 ON LINC OUT OF CAR OPER25
Unit: 2316
Event Type: 10-41 Event Time: 04/16/2004 07:57:19 Dispatcher: JW
Event Description: 10-41 OPER25
Unit: 2316
Event Type: 10-27 Event Time: 04/15/2004 16:14:31 Dispatcher: MV
Event Description: 10-27 7039555 MV
Unit: 2316
Event Type: 10-42 Event Time: 04/14/2004 16:59:26 Dispatcher: ES
Event Description: 10-42 ES
Unit: 2316
Event Type: 10-18 Event Time: 04/14/2004 13:46:01 Dispatcher: ES
Event Description: 10-8 ON VEH TO COURTHOUSE ES
Unit: 2316
Event Type: 10-42 Event Time: 04/13/2004 20:43:08 Dispatcher: JD
Event Description: 10-42 JD/14
Unit: 2316
Event Type: 10-8  Event Time: 04/13/2004 19:43:17 Dispatcher: CS
Event Description: 10-8 BACK IN COUNTY. CS/OPR21
Unit: 2316
Event Type: 10-6  Event Time: 04/13/2004 18:36:58 Dispatcher: JOD
Event Description: 10-6 DIVERSION CTR END MIL 143255 OP/J17
Unit: 2316
Event Type: 10-84 Event Time: 04/13/2004 17:20:14 Dispatcher: JOD
Event Description: 10-84 DIVERSION CTR IN DOTHAN 1 JUV MALE
                   BEG MIL 143188 OP/J17
Unit: 2316
Event Type: 10-8  Event Time: 04/13/2004 17:19:42 Dispatcher: JOD
Event Description: 10-8 OP/J17
Unit: 2316
Event Type: 10-6  Event Time: 04/13/2004 16:14:47 Dispatcher: JOD
Event Description: 10-6 OUT OF VEH ON LINC OP/J17
Unit: 2316
Event Type: 10-6  Event Time: 04/13/2004 14:23:31 Dispatcher: AL
Event Description: 10-6 FLORALA WITH DTF.23
Unit: 2316
Event Type: 10-6  Event Time: 04/13/2004 13:41:18 Dispatcher: JW
Event Description: 10-6 LINC OPER25
Unit: 2316
Event Type: 10-8  Event Time: 04/13/2004 13:21:54 Dispatcher: JOD
Event Description: 10-8 OP/J17
Unit: 2316
Event Type: 10-6  Event Time: 04/13/2004 12:22:00 Dispatcher: JOD
Event Description: 10-6 CH SECURITY OP/J17
Unit: 2316
```

```
                IN YARD OPER25
Unit: 2316
Event Type: 10-8 Event Time: 04/16/2004 17:54:26 Dispatcher: AL
Event Description: 10-8.23
Unit: 2316
Event Type: 10-6 Event Time: 04/16/2004 17:29:29 Dispatcher: JW
Event Description: 10-6 YELLOW RIVER BRIDGE WITH 10-46 AL 5
                5 SOUTH OPER25
Unit: 2316
Event Type: 10-8 Event Time: 04/16/2004 17:17:06 Dispatcher: JW
Event Description: 10-8 OPER25
Unit: 2316
Event Type: 10-39 Event Time: 04/16/2004 17:16:33 Dispatcher: JW
Event Description: 10-39 ALABAMA STREET IN FLORALA 10-28 FL
                A E51CBP  OPER25
Unit: 2316
Event Type: 10-8 Event Time: 04/16/2004 15:55:01 Dispatcher: JW
Event Description: 10-8 OPER25
Unit: 2316
Event Type: 10-6 Event Time: 04/16/2004 15:36:09 Dispatcher: JW
Event Description: 10-6 7TH AVE REF J4 OPER25
Unit: 2316
Event Type: 10-8 Event Time: 04/16/2004 15:23:35 Dispatcher: JW
Event Description: 10-8 OPER25
Unit: 2316
Event Type: 10-39 Event Time: 04/16/2004 15:21:48 Dispatcher: AL
Event Description: 10-39 ON 55 S OF CO RD 4 ON 23B789W.23
Unit: 2316
Event Type: 10-8 Event Time: 04/16/2004 14:10:59 Dispatcher: JW
Event Description: 10-8 NEGATIVE CONTACT ALL THE WAY TO BAB
                BIE OPER25
Unit: 2316
Event Type: 10-84 Event Time: 04/16/2004 13:54:31 Dispatcher: JW
Event Description: 10-84 TO 84 AT YELLOW RIVER BRIDGE W/F W
                ITH BLACK CLOTHING CALLED IN BY 705 OPER
                25
Unit: 2316
Event Type: 10-8 Event Time: 04/16/2004 13:54:01 Dispatcher: JW
Event Description: 10-8 OPER25
Unit: 2316
Event Type: 10-10 Event Time: 04/16/2004 12:15:40 Dispatcher: AL
Event Description: 10-10.23
Unit: 2316
Event Type: 10-8 Event Time: 04/16/2004 11:26:58 Dispatcher: AL
Event Description: 10-8.23
Unit: 2316
Event Type: 10-6 Event Time: 04/16/2004 11:14:21 Dispatcher: AL
Event Description: 10-6 OPP.23
Unit: 2316
```

```
Unit: 2316
Event Type: 10-18 Event Time: 04/17/2004 09:47:24 Dispatcher: JW
Event Description: 10-18 10-72 BY PX PAM COX 469-5331 REF C
                   HILD CUSTODY OPER25
Unit: 2316
Event Type: 10-10 Event Time: 04/17/2004 09:33:02 Dispatcher: JW
Event Description: 10-10 SO OPER25
Unit: 2316
Event Type: 10-8 Event Time: 04/17/2004 09:28:38 Dispatcher: JW
Event Description: 10-8 OPER25
Unit: 2316
Event Type: 10-10 Event Time: 04/17/2004 09:16:25 Dispatcher: JW
Event Description: 10-10 PEFORMANCE QUICK CHANGE OPER25
Unit: 2316
Event Type: 10-18 Event Time: 04/17/2004 08:49:38 Dispatcher: JW
Event Description: 10-18 VIN/   1B3BC4638KD519190    10-46 O
                   N SIDE OF RD IN LOCKHART OPER25
Unit: 2316
Event Type: 10-28 Event Time: 04/17/2004 08:48:44 Dispatcher: AS
Event Description: 2316 10-28 BY VIN: 1B3BV4638KD519190.  A
                   LLEN OPER/09
Unit: 2316
Event Type: 10-41 Event Time: 04/17/2004 07:58:57 Dispatcher: JW
Event Description: 10-41 OPER25
Unit: 2316
Event Type: 10-42 Event Time: 04/16/2004 19:50:35 Dispatcher: JOD
Event Description: 10-42 OP/J17
Unit: 2316
Event Type: 10-8 Event Time: 04/16/2004 19:29:36 Dispatcher: CG
Event Description: 10-8 CG//OP15
Unit: 2316
Event Type: 10-39 Event Time: 04/16/2004 19:26:29 Dispatcher: JOD
Event Description: 10-39 WHITE DODGE INTREPID NO TAG; 331S
                   ONYCHA AREA OP/J17
Unit: 2316
Event Type: 10-6 Event Time: 04/16/2004 19:15:30 Dispatcher: JOD
Event Description: 10-6 OPP PD OP/J17
Unit: 2316
Event Type: 10-18 Event Time: 04/16/2004 18:40:03 Dispatcher: JW
Event Description: 10-18 LOG LAST 10-27 AT CHURCH ON FIREHO
                   USE RD IN SANFORD OPER25
Unit: 2316
Event Type: 10-27 Event Time: 04/16/2004 18:38:26 Dispatcher: JW
Event Description: 10-27  AL    7464135    OPER25
Unit: 2316
Event Type: 10-84 Event Time: 04/16/2004 18:28:44 Dispatcher: JW
Event Description: 10-84 TO CHURCH ON FIREHOUSE RD IN SANFO
                   RD REF BLUE 4 WHEELER WITH 4 BOYS SHOOTI
                   NG BIORDS AT PASSER BY AND DOING DONUTS
```

```
Event Description: 19096 US HIGHWAY 84
Call #: 61406 Sub Call #: 1 Unit: 2316
Timestamp: Arrived Event Time: 04/17/2004 14:49:58 Dispatcher: JW
Call #: 61406 Sub Call #: 1 Unit: 2316
Timestamp: Enroute Event Time: 04/17/2004 14:44:38 Dispatcher: AS
Call #: 61406 Sub Call #: 1 Unit: 2316
Timestamp: Acknow Event Time: 04/17/2004 14:44:35 Dispatcher: AS
Unit: 2316
Event Type: 86 Event Time: 04/17/2004 14:44:30 Dispatcher: AL
Call #: 61406 Sub Call #: 1 Unit: 2316
Timestamp: Dispatch Event Time: 04/17/2004 14:44:30 Dispatcher: AL
Unit: 2316
Event Type: 10-18 Event Time: 04/17/2004 14:17:40 Dispatcher: AS
Event Description: 2316 ADV OF A CONTROLLED BURN IN THE RED
                   OAK AREA.  RED OAK FIRE WILL BE TAKING
                   A BRUSH TRUCK THERE TO KEEP IT CONTAINED
                   .  ALLEN OPER/09
Unit: 2316
Event Type: 10-8 Event Time: 04/17/2004 14:03:08 Dispatcher: AS
Event Description: 2316 1-8.
Unit: 2316
Event Type: 10-27 Event Time: 04/17/2004 13:59:35 Dispatcher: AS
Event Description: 2316 10-27 ON FL OLN: P660516440510.  AL
                   LEN OPER/09
Unit: 2316
Event Type: 10-4 Event Time: 04/17/2004 13:57:32 Dispatcher: AS
Event Description: 2316 10-4 AT HIS LOCATION.  ALLEN OPER/0
                   9
Unit: 2316
Event Type: 10-6 Event Time: 04/17/2004 13:56:56 Dispatcher: AS
Event Description: 2316 10-6 AT THE LOCKHART JD SIGN WITH A
                   L TAG: 23B924R;  A F/M SUB IS SITTING IN
                    THE VEH AND A MALE SUB IS SITTING OFF I
                   N THE WOODLINE OFF THE RD.  ALLEN OEPR/0
                   9
Unit: 2316
Event Type: 10-8 Event Time: 04/17/2004 13:53:58 Dispatcher: AS
Event Description: 2316 10-8.
Unit: 2316
Event Type: 10-16 Event Time: 04/17/2004 13:49:13 Dispatcher: AS
Event Description: 2316 10-16 ONE MALE SUB DOWN TO CHANCE R
                   D REF: THAT 10-46.  ALLEN OPER/09
Unit: 2316
Event Type: 10-6 Event Time: 04/17/2004 13:48:49 Dispatcher: AS
Event Description: 2316 10-6 WITH A 10-46 VEH ON HWY 55 SOU
                   TH.  ALLEN OPER/09
Unit: 2316
Event Type: 10-8 Event Time: 04/17/2004 12:46:09 Dispatcher: AS
Event Description: 2316 10-8.
```

```
Unit: 2316
Event Type: 10-10 Event Time: 04/18/2004 08:12:08 Dispatcher: AS
Event Description: 2316 10-10 ON LINC IF NEEDED.  ALLEN OPE
                   R/09
Unit: 2316
Event Type: 10-41 Event Time: 04/18/2004 07:52:20 Dispatcher: AS
Event Description: 2316 10-41/10-8.
Unit: 2316
Event Type: 10-42 Event Time: 04/17/2004 22:33:10 Dispatcher: JOD
Event Description: 10-42 CALLED BY LINC AND STATED HE'D BEE
                   N 10-42 FOR A WHILE/FORGOT TO CALL OP/J1
                   7
Unit: 2316
Event Type: 10-8 Event Time: 04/17/2004 21:32:40 Dispatcher: CG
Event Description: 10-8 CG//OP15
Unit: 2316
Event Type: 10-39 Event Time: 04/17/2004 21:30:30 Dispatcher: CS
Event Description: 10-39 FL D52SYF W. 5TH ST. CS/OPR21
Unit: 2316
Event Type: 10-8 Event Time: 04/17/2004 20:22:24 Dispatcher: CG
Event Description: 10-8 CG//OP15
Unit: 2316
Event Type: 10-6 Event Time: 04/17/2004 16:54:05 Dispatcher: AS
Event Description: 2316 10-6 AT THE S.O.  ALLEN OPER/09
Unit: 2316
Event Type: 10-6 Event Time: 04/17/2004 16:02:14 Dispatcher: AS
Event Description: 2316 10-6 IN OPP AREA ON LINC.  ALLEN OP
                   ER/09
Call #: 61411 Sub Call #: 3 Unit: 2316
Timestamp: Available Event Time: 04/17/2004 15:47:52 Dispatcher: JW
Call #: 61411 Sub Call #: 3 Unit: 2316
Timestamp: Enroute Event Time: 04/17/2004 15:46:31 Dispatcher: JW
Unit: 2316
Event Type: 86 Event Time: 04/17/2004 15:46:28 Dispatcher: JW
Call #: 61411 Sub Call #: 3 Unit: 2316
Timestamp: Dispatch Event Time: 04/17/2004 15:46:28 Dispatcher: JW
Unit: 2316
Event Type: 10-8 Event Time: 04/17/2004 15:27:24 Dispatcher: AS
Event Description: 2316 10-8.
Unit: 2316
Event Type: 10-23 Event Time: 04/17/2004 15:25:28 Dispatcher: JW
Event Description: 10-23 AT JENNA DENNYS ON LOD SALT RD REF
                   DIST OPER25
Unit: 2316
Event Type: 80 Event Time: 04/17/2004 15:24:02 Dispatcher: AS
Call #: 61406 Sub Call #: 1 Unit: 2316
Timestamp: Available Event Time: 04/17/2004 15:24:02 Dispatcher: AS
Call #: 61406 Sub Call #: 1 Unit: 2316
Event Type: LKP Event Event Time: 04/17/2004 14:49:58 Dispatcher: JW
```

Event Description: 2316 10-16 SUB TO FLORALA PD.    ALLEN OPE
                    R/09
Unit: 2316
Event Type: 10-8 Event Time: 04/18/2004 13:26:38 Dispatcher: AS
Event Description: 2316 10-8.
Unit: 2316
Event Type: 10-6 Event Time: 04/18/2004 12:32:24 Dispatcher: AS
Event Description: 2316 10-6 AT THE COUNTY JAIL.    ALLEN OPE
                    R/09
Unit: 2316
Event Type: 80 Event Time: 04/18/2004 12:26:13 Dispatcher: AS
Call #: 61443 Sub Call #: 2 Unit: 2316
Timestamp: Available Event Time: 04/18/2004 12:26:13 Dispatcher: AS
Call #: 61443 Sub Call #: 2 Unit: 2316
Timestamp: Enroute Event Time: 04/18/2004 12:06:49 Dispatcher: AL
Unit: 2316
Event Type: 86 Event Time: 04/18/2004 12:06:44 Dispatcher: AL
Call #: 61443 Sub Call #: 2 Unit: 2316
Timestamp: Dispatch Event Time: 04/18/2004 12:06:44 Dispatcher: AL
Unit: 2316
Event Type: 10-8 Event Time: 04/18/2004 11:55:27 Dispatcher: AL
Event Description: 10-8.23
Unit: 2316
Event Type: 10-10 Event Time: 04/18/2004 11:21:01 Dispatcher: AS
Event Description: 2316 10-10 ON SIGNAL 7 ON LINC AND W/T.
                    ALLEN OPER/09
Unit: 2316
Event Type: 10-8 Event Time: 04/18/2004 11:13:37 Dispatcher: AS
Event Description: 2316 10-8.
Unit: 2316
Event Type: 10-6 Event Time: 04/18/2004 09:55:08 Dispatcher: AS
Event Description: 2316 10-6 AT THE SO.    ALLEN OPER/09
Unit: 2316
Event Type: 80 Event Time: 04/18/2004 09:44:04 Dispatcher: JW
Call #: 61439 Sub Call #: 1 Unit: 2316
Timestamp: Available Event Time: 04/18/2004 09:44:04 Dispatcher: JW
Unit: 2316
Event Type: 86 Event Time: 04/18/2004 09:19:24 Dispatcher: JW
Call #: 61439 Sub Call #: 1 Unit: 2316
Timestamp: Dispatch Event Time: 04/18/2004 09:19:24 Dispatcher: JW
Unit: 2316
Event Type: 10-8 Event Time: 04/18/2004 09:14:22 Dispatcher: JW
Event Description: 10-8 OPER25
Unit: 2316
Event Type: 10-27 Event Time: 04/18/2004 09:11:52 Dispatcher: JW
Event Description: 10-27 419943659    OPER25
Unit: 2316
Event Type: 10-8 Event Time: 04/18/2004 08:51:26 Dispatcher: AS
Event Description: 2316 10-8.

```
Unit: 2316
Event Type: 10-18 Event Time: 04/19/2004 16:46:02 Dispatcher: ES
Event Description: HAVE 2309 CALL ME ON MY LINC ES
Unit: 2316
Event Type: 10-42 Event Time: 04/18/2004 20:02:15 Dispatcher: CS
Event Description: 10-42. CS/OPR21
Unit: 2316
Event Type: 10-6 Event Time: 04/18/2004 18:58:05 Dispatcher: AS
Event Description: 2316 10-6 AT THE CJ FOR DRAGER TEST ON S
                UB FOR POSS RELEASE.   ALLEN OPER/09
Unit: 2316
Event Type: 10-84 Event Time: 04/18/2004 18:26:20 Dispatcher: AS
Event Description: 2316 10-84 TO THE COUNTY JAIL TO RUN THE
                DRAGER ON A SUB FOR POSS RELEASE.  ALLE
                N OPER/09
Unit: 2316
Event Type: 80 Event Time: 04/18/2004 18:08:08 Dispatcher: AS
Call #: 61456 Sub Call #: 2 Unit: 2316
Timestamp: Available Event Time: 04/18/2004 18:08:08 Dispatcher: AS
Call #: 61456 Sub Call #: 2 Unit: 2316
Event Type: LKP Event Event Time: 04/18/2004 17:59:34 Dispatcher: AS
Event Description: NINTH AVE
Call #: 61456 Sub Call #: 2 Unit: 2316
Timestamp: Arrived Event Time: 04/18/2004 17:59:34 Dispatcher: AS
Call #: 61456 Sub Call #: 2 Unit: 2316
Timestamp: Enroute Event Time: 04/18/2004 17:59:17 Dispatcher: AS
Unit: 2316
Event Type: 86 Event Time: 04/18/2004 17:59:10 Dispatcher: AS
Call #: 61456 Sub Call #: 2 Unit: 2316
Timestamp: Dispatch Event Time: 04/18/2004 17:59:10 Dispatcher: AS
Unit: 2316
Event Type: 10-10 Event Time: 04/18/2004 17:00:21 Dispatcher: AS
Event Description: 2316 10-10 ON LINC.   ALLEN OPER/09
Unit: 2316
Event Type: 10-8 Event Time: 04/18/2004 15:51:24 Dispatcher: JW
Event Description: 10-8 OER25
Unit: 2316
Event Type: 10-6 Event Time: 04/18/2004 15:26:34 Dispatcher: AS
Event Description: 2316 10-6 AT THE COUNTY JAIL.   ALLEN OPE
                R/09
Unit: 2316
Event Type: 10-16 Event Time: 04/18/2004 14:56:49 Dispatcher: JW
Event Description: 10-16 1 MALE TO THE CJ FROM FLORALA PD O
                PER25
Unit: 2316
Event Type: 10-6 Event Time: 04/18/2004 14:29:38 Dispatcher: JW
Event Description: 10-6 FLORALAL PD WITH SUBJECT OPER25
Unit: 2316
Event Type: 10-16 Event Time: 04/18/2004 14:20:20 Dispatcher: AS
```