# EXHIBIT G

**Application and Affidavit for Search Warrant**

# APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

COPY

[X] STATE OF ALABAMA

CASE NUMBER [ ][ ][ ][ ][ ][ ][ ][ ][ ]

[ ] MUNICIPALITY OF

_____

STATE OF ALABAMA

In the Circuit Court

VS

of Covington County

Scotty Edwards

Defendant

Before me, Charles Short _____, the undersigned authority, personally appeared

Chris Byrd _____ (Name of Affiant) who being by me first duly sworn, deposes and says :

in the residence of Scotty Edwards located at 1914 W. 8th Avenue Florala, Al 36442 which is wood frame house with a screened in front porch that there is concealed crack cocaine, powder cocaine, marihuana, and paraphernalia which is violation of The Drug Crime Act of 1987.

My name is Chris Byrd and I am currently employed with the Covington County Sheriff's Department assigned to the 22nd Judicial Drug Task Force as an investigator. I have held the position at the Drug Task Force since December 2003 and have been involved in a minumum of 100 drug cases involving marihuana and cocaine. During my course of my duties I have been trained in the recognition of cocaine and marihuana through the Basic Police Academy, Surviving America Training, and have attended schooling in Biloxi, MS.

Within the past two hours I received information from a good citizen informant who stated she had seen at the residence of Scotty Edwards a large amount of crack cocaine in a pill bottle, marihuana, and drug paraphernalia. While at the residence the citizen informant stated that at several different times she witnessed several people come to the residence to purchase and did purchase crack cocaine from Scotty Edwards. Each time Scotty Edwards would go into his residence and return with crack cocaine. Also while at the residence she observed the ingestion of crack cocaine several different times. THIS INFORMATION WAS RECEIVED FROM THIS INFORMANT FOLLOWING A TRAFFIC STOP OF A VEHICLE IN WHICH SHE WAS A PASSENGER. THIS INFORMATION WAS CORROBERATED BY A STATEMENT GIVEN BY THE DRIVER OF THE VEHICLE WHO ALSO STATED THAT THEIR WAS CRACK COCAINE, POWDER COCAINE, MARIHUANA, AND PARAPHERNALIA AT THIS RESIDENCE. THESE TWO STATEMENTS WERE GIVEN INDEPENDATELY AFTER THE TWO INDIVIDUALS HAD BEEN SEPERATED AND OUTSIDE THE HEARING OF EACH OTHER.

Affiant shows that based on the above and foregoing facts and information, affiant has probable cause to believe that the above described property is concealed upon the aforesaid (premises) (person) (vehicle) and is subject to seizure and makes this affidavit so that a warrant may be issued to search the said (premises) (person) (vehicle).

_____
Signature of Affiant

22nd Judicial Circuit Drug Task Force, Agent
Agency and Title

Sworn to and Subscribed before me
this the 23 day of June, 2004.

_____
Judge/Magistrate
Rule 3.9

**FILED IN OFFICE**

JUL 9 2004

_____
CLERK