# EXHIBIT H

**Search Warrant**

# COPY

## SEARCH WARRANT

☒ STATE OF ALABAMA
☐ MUNICIPALITY OF

WARRANT NUMBER [ ][ ][ ][ ][ ][ ][ ][ ]
CASE NUMBER [ ][ ][ ][ ][ ][ ][ ][ ]

STATE OF ALABAMA
In the  Circuit  Court
of Covington County

_____

VS

Scotty Edwards

### TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA

Affidavit in support of application for a search warrant having been made before me, and the Court's finding that grounds for the issuance exist or that there is probable cause to believe that they exist, pursuant to Rule 3.8, Alabama Rules of Criminal Procedure, your are hereby ordered and authorized to forthwith search :

THE FOLLOWING PERSON OR PLACE: in the residence of Scotty Edwards located at 1914 W. 8th Avenue Florala, Al 36442 which is wood frame house with a screened in front porch, any an all out-buildings, and any and all vehicles.

FOR THE FOLLOWING PROPERTY: crack cocaine, powder cocaine, marihuana, and drug paraphernalia used in the ingestion, sale, transportation of crack cocaine, powder cocaine and marihuana.

and make return of this warrant and an inventory of all property seized thereunder before me within ten (10) days [not to exceed ten (10) days] as required by law.

( ) This warrant may only be executed
   ( ) in the daytime between the hours of
       _____ ___.M, and
       _____ ___.M.

**FILED IN OFFICE**

JUL  9 2004

Roy A Powell

(X) The Court finds probable cause to believe that a nighttime search is necessary, and this warrant may be executed at anytime of the day or night.

ISSUED TO : _Chris Dyal  22nd JCDTF, Agent_____
           (Name and Agency of Officer)

_____
Judge