# EXHIBIT I

**22nd Judicial Circuit Drug Task Force Warrant Form**



# 22nd Judicial Circuit Drug Task Force
## WARRANT FORM

CASE# 2004-06-016    DETECTIVE: CHRIS BYRD
STATE VS. SCOTTY JUNIOR EDWARDS
RACE: B   SEX: M   D.O.B. 12-06-70   SSN: 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   GJ# 432
HEIGHT: 6'02   WEIGHT: 218   EYE: BROWN   HAIR: BROWN
ADDRESS: 1914 W. 8TH AVENUE FLORALA, AL    PHONE:
CHARGES: POSSESSION OF CONTROLLED SUBSTANCE $10,000   SECTION: 13A-12-212
CHARGES: POSSESSION OF MARIHUANA I   $10,000   SECTION: 13A-12-213
CHARGES: POSSESSION OF DRUG PARAPHERNALIA  $3,000   SECTION: 13A-12-260
CHARGES:  4-3-210     SECTION:
VICTIM:   INDIVIDUAL   PARTNERSHIP   CORPORATION   OTHER
VICTIM'S NAME: STATE OF ALABAMA
PLACE OF OCCURRENCE: 1914 W. 8TH AVENUE FLORALA, AL
DATE OF OCCURRENCE: 06-23-04    TIME OF OCCURRENCE: 04:10 MT
STATEMENT/CONFESSION  X NONE   ORAL   SIGNED   AUDIO   VIDEO
STATEMENT/CONFESSION MADE TO:

Affidavit:
ON 06-23-04 A SEARCH WARRANT WAS CONDUCTED AT THE RESIDENCE OF SCOTTY EDWARDS IN FLORALA, AL. A SEARCH OF THE RESIDENCE AND THE PREMISE LED TO THE DISCOVERY OF A PIECE OF BLACK PLASTIC CONTAINING A GREEN LEAFY SUBSTANCE BELIEVED TO BE MARIHUANA IN A CLEAR PLASTIC BAG. ALSO FOUND WAS A PLASTIC BAGGIE CONTAINING A WHITE POWDERY SUBSTANCE BELIEVED TO BE COCAINE AND DID TEST POSITIVE WITH A NIK TEST KIT FOR THE PRESENCE OF COCAINE. MR. EDWARDS WAS ARRESTED AND BOOKED INTO THE COVINGTON COUNTY JAIL. MR. EDWARDS POSSESSION OF MARIHUANA CHARGE RESULTED FROM A PREVIOUS POSSESSION OF MARIHUANA II CONVICTION.

_____, Agent
22nd JUDICIAL CIRUIT DRUG TASK FORCE