# EXHIBIT J

**Confiscated Item/Search Warrant Inventory**

COPY

# 22° Judicial Circuit Drug Task Force
# Confiscated Item/Search Warrant Inventory

Date of Search/Seizure 6/23/04    Time Entered 0,30    Time Exited 0425    S M T ⓦ T F S

Officers Present   Paul Dees            Paul Hudson
                Mark Odom            Chris Byrd
                Brett Holmes

| Item # | Description | Location Found | Time | Officer |
|---|---|---|---|---|
| 1 | Black Plastic bag Containing merihuena | Yard outside of Residence | 0410 | odom |
| 2 | Blue Canvass bag containing Digital Scales and one plastic bag | First bedroom on left | 0415 | odom |
| 3 | Plastic Straw | Third shelf on Entertainment Center in living room | 0418 | odom |
| 4 | Plastic bag with white powder residue | Bathroom floor in front of toilet | 0419 | odom |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

FILED IN OFFICE

JUL 9 2004

Ray A Powell   CLERK

Page 1 of 1