# EXHIBIT K

**SJIS Case Action Summary for Covington County Circuit Court Case No. CC-2004-345**

 *alacourt.com's*

### *Alabama SJIS CC/DC Case Detail*

| Settings | Disposition | Sentence | Case Action Summary | Witness List | Financial | Enforcem |
|---|---|---|---|---|---|---|

| **Case** | | | | | | | |
|---|---|---|---|---|---|---|---|
| County | 23 COVINGTON | Case Number | ●CC 2004 000345 00 | JID | CHS | DEF Status | B BOND ESTS: A |
| Name | **EDWARDS SCOTTY JUNIOR** | | | Alias | | | |
| Address 1 | **1914 W 8TH ST** | | | Alias | | | |
| Address 2 | | | | SID | AL 000000000 | YDate | |
| Zip | 36442 0000 FLORALA AL US | | | AS | | PR | 0000 000000 00 |
| DLNO | AL | DOB | **12061970** | SSN | | Race/Sex | B/M |
| Height | 6 02 | Weight | 218 | Eyes | BRO | Hair | BRO |
| Filed | 10222004 | AAGCY | S | Muni# | 00 | City | |
| Arrest | 10192004 | OffDT | 06232004 | ORI | 0230800 | OFFC | |
| Indict | 10122004 | Grand Jury | 432 - 434 | Atty 1 | BUR142 A | Tkt# | |
| Bond | 0010000000 | Type | P | Bond Co | | REL | 10192004 |
| Sure | | CWIT | | JDMD | | APPL | |
| Tracking No's | GJ 2004 300432 00 / DC 2004 001620 00 / GJ 2004 300433 00 | | | | | | |
| Date | 1 05222006 | Que | 001 | Time | 0900 A | Desc | JTRL |
| Charge 1 | VPCO | **POSS/REC CONTR. SUBS** | | 13A-012-212 | F DR | Counts | 001 |
| Charge 2 | VAPF | **POSS MARIJUANA 1ST** | | 13A-012-213 | F DR | Counts | 001 |
| Charge 3 | VDR1 | **USE/POSS DRUG PARAPH** | | 13A-012-260 (C) | M DR | Counts | 001 |
| More | N | Dom Viol | N | | | Case Type | F | Case Cat | DR |
| Comment | | | | | | | |
| **Settings** | | | | | | | |
| Date 1 | 05222006 | Que | 001 | Time | 0900 A | Desc | JTRL JURY TRIAL |
| Date 2 | 02162005 | Que | 000 | Time | 0900 A | Desc | HEAR HEARING |
| Date 3 | 08082005 | Que | 000 | Time | 0100 P | Desc | SETT SETTLEMENT DOCKET/ |
| Date 4 | | Que | | Time | 0000 | Desc | |
| Prosecutor | GAMBRIL GREGORY LEE | Atty 1 | BURGESS CHARLES M III | Atty 2 | | | |
| Flag | | Flag | N | Flag | Y | Flag | |
| WARISS | 11102004 A | WARACT | 12072004 R | WARLOC | 12022004 H | | |
| BP ISS | | BP RTN | | | | | |
| **Disposition** | | | | | | | |
| CRT ACT | | CADATE | | Jury | Y | More | N |
| Charge 1 | | | | Counts | 001 | CA | |
| Charge 2 | | | | Counts | | CA | |
| Charge 3 | | | | Counts | | CA | |
| Admin | | Why | | TBNV1 | | TBNV2 | |
| Appeal | | CAPP | T | Type | GJCA | GJCA | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | N |
| Comment | | | | | | | |
| CMP:N | SPRO:N | Due | 0000003200 | Warr:001 | SUBP:028 | Updated | 05032006 |
| **Sentence** | | | | | | | |
| Sent | | Begin | | End | | PRB BEG | |
| IMP CONF | | SUSP CONF | | TOTAL CONF | | JAIL CRED | |
| LICN SUSP | | PROBATION | | PRB REV | | | |
| Monetary: | COST | FINE IMP: | | SUSP: | | CVCC | HIS |
| | WCCS | MCOS | | JFEE | | DRGF | ASU |
| | WCDA | REMB | | 3CVC | | WARR | USF |
| | PREL | DRUG | | RCUP | | SUBP | |

| | RES1 | | RES2 | | RES3 | |
|---|---|---|---|---|---|---|
| | RES4 | | RES5 | | RES6 | |
| Confine: | PENT | LIFE | LWOP | DEATH | SPLIT | BOOT | EMON |
| | JAIL | CCUR | CSEC | CTERM | RVSPL | GANG | |
| Programs: | JDVR | IPROB | AASCH | DUI | DDC | CSV | SAPP |
| | PTRL | BCSCH | MNTL | CRO | ASCH | ANGER | DRUGCT |
| Enhanced: | PROJ | CNOT | SCH | VDOB | | HOOF | |
| | DRUG | CODE: | | MEAS: | VOL: | | |
| SEC/CUR: | | | | | | | |
| Comment: | | | | | | | |
| BAL DUE | | DUE | | CRO | | Updated | |

**Case Action Summary**

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 10132004 | 1043 | TEXT | INDICTMENT | CAG |
| 10192004 | 1043 | TEXT | WARRANT OF ARREST RET'D | CAG |
| 10192004 | 1043 | TEXT | CONSOLIDATED APPEARANCE BOND | CAG |
| 10222004 | 1039 | DAT1 | SET FOR: APPOINTMENT OF COU ON 11/08/2004 AT(AR01) | CAG |
| 10222004 | 1042 | DOC1 | DOCKET DATE NOTICE SENT TO DEFENDANT (AR09) | CAG |
| 10222004 | 1048 | PRTY | PARTY ADDED S001 JUDY ANN BURTON (AW21) | CAG |
| 10222004 | 1049 | PRTY | PARTY ADDED S002 MARILYN LEWIS (AW21) | CAG |
| 10222004 | 1050 | DOC1 | DOCKET DATE NOTICE SENT TO S001 (AR09) | CAG |
| 10222004 | 1050 | DOC1 | DOCKET DATE NOTICE SENT TO S002 (AR09) | CAG |
| 10222004 | 1051 | CASU | CASE ACTION SUMMARY PRINTED (AR08) | CAG |
| 10282004 | 1524 | TEXT | DEFENDANT'S ANSWER TO STATE'S REQUEST FOR DISCOVER | PAH |
| 11092004 | 1400 | TEXT | PLEA OF NOT GUILTY AND WAIVER OF ARRAIGNMENT | ROP |
| 11102004 | 0911 | AWAR | ALIAS WARRANT ISSUED: 11/10/2004 (AR08) | PAH |
| 12022004 | 1415 | WARR | "S" WARRANT SERVICE ON: 11/30/2004 (AR10) | ROP |
| 12022004 | 1415 | WARR | WARRANT LOCATION IS: H ON: 12/02/2004 (AR10) | ROP |
| 12032004 | 1110 | TEXT | MOTION TO WITHDRAWAL OF GUILTY PLEA | ROP |
| 12072004 | 1655 | ARCL | WARRANT RECALLED ON: 12/07/2004 AT: 16:55:04(AR08) | ROP |
| 12072004 | 1655 | TEXT | ORDER ALIAS WARRANT SET ASIDE AND HELD FOR NAUGHT | ROP |
| 01272005 | 0954 | TEXT | MOTION TO WITHDRAW GUILTY PLEA | ROP |
| 01272005 | 0954 | TEXT | ORDER SETTING HEARING 2-16-05 AT 9:00 AM | ROP |
| 01272005 | 0955 | DAT2 | SET FOR: HEARING ON 02/16/2005 AT 0900A (AR10) | ROP |
| 02082005 | 1145 | TEXT | TRANSPORT ORDER FOR 2-16-05; EXECUTED: 2-16-05 | ROP |
| 02082005 | 1435 | TEXT | STATE'S RESPONSE TO DEFENDANT'S MOTION TO | ROP |
| 02082005 | 1435 | TEXT | WITHDRAW GUILTY PLEA | ROP |
| 02092005 | 1149 | ATY1 | ATTORNEY FOR DEFENDANT: POWELL A RILEY IV (AR10) | ROP |
| 02092005 | 1435 | TEXT | ORDER; DEFT'S MOTION TO WITHDRAW HIS GUILTY | ROP |
| 02092005 | 1435 | TEXT | PLEA BE DISMISSED ON GROUNDS THAT SAID MOTION IS | ROP |
| 02092005 | 1435 | TEXT | MOOT | ROP |
| 02172005 | 1326 | TEXT | MOTION FOR APPOINTMENT OF COUNSEL | ROP |
| 02182005 | 1308 | TEXT | ORDER; A COPY OF THIS ORDER AND OF DEFENDANT'S | ROP |
| 02182005 | 1308 | TEXT | MOTION TO WITHDRAW HIS GUILTY PLEA BE FILED | ROP |
| 02182005 | 1308 | TEXT | IN CC-1999-56.70 WITH THAT CASE NUMBER NOTED IN | ROP |
| 02182005 | 1308 | TEXT | THE STYLE OF DEFENDANT'S MOTION AND FOR THE SAME | ROP |
| 02182005 | 1308 | TEXT | TO BE PRESENTED TO JUDGE M ASHLEY MCKATHAN FOR | ROP |
| 02182005 | 1308 | TEXT | FURTHER ORDERS AND DIRECTIONS | ROP |
| 04122005 | 0918 | TEXT | REQUEST FOR DISCOVERY | ROP |
| 04132005 | 1128 | TEXT | DEFENDANT'S ANSWER TO THE STATE REQUEST FOR | ROP |
| 04132005 | 1128 | TEXT | DISCOVERY | ROP |
| 04272005 | 0915 | TEXT | MOTION FOR SETTLEMENT CONFERENCE | CAG |
| 04272005 | 1112 | TEXT | MOTION FOR SETTLEMENT CONFERENCE | CAG |
| 04282005 | 1112 | TEXT | ORDER SETTING HEARING FOR 5/12/2005 AT 10:00 A.M. | CAG |
| 04292005 | 1106 | DAT1 | SET FOR: SETTLEMENT DOCKET/ ON 05/12/2005 AT 1000A | CAG |
| 05102005 | 0824 | TEXT | MOTION TO TRANSPORT DEFT FROM LIMESTONE | LEG |
| 05102005 | 0824 | TEXT | CORRECTIONAL FACILITY TO COVINGTON COUNTY JAIL | LEG |
| 05102005 | 1313 | TEXT | ORDER; THAT THE SHEIRFF REMOVE SAID DEFT FROM THE | CAG |

| | | | | |
|---|---|---|---|---|
| 05102005 | 1313 | TEXT | CUSTODY OF THE DOC TO THE COV CO JAIL EXECUTED | CAG |
| 05102005 | 1313 | TEXT | AS TO DEFT ON: 5-12-05 | ROP |
| 06012005 | 0750 | TEXT | MOTION TO SUPPRESS | ROP |
| 08042005 | 0955 | DAT3 | SET FOR: SETTLEMENT DOCKET/ ON 08/08/2005 AT 0100P | ROP |
| 09302005 | 1533 | TEXT | MOTION TO SCHEDULE HEARING | PAH |
| 09302005 | 1533 | TEXT | MOTION FOR SPEEDY TRIAL | PAH |
| 10032005 | 1447 | TEXT | MOTION TO SUPPRESS | ROP |
| 10062005 | 1139 | TEXT | ORDER; DEFT IS DIRECTED TO CORRESPOND W/THE D A | ROP |
| 10062005 | 1139 | TEXT | AND HAVE THE DEFT ADDED TO THE NEXT REGULARLY | ROP |
| 10062005 | 1139 | TEXT | SCHEDULED DAY FOR ACCEPTING GUILTY PLEAS | ROP |
| 10062005 | 1140 | ATTH | CAS ATTACHMENT PRINTED (AR08) | ROP |
| 10182005 | 1510 | TEXT | TRANSPORT ORDER - EXECUTED ON: | PAH |
| 11072005 | 1439 | TEXT | TRANSPORT ORDER; EXECUTED: 11-9-05 | ROP |
| 11142005 | 1610 | TEXT | MOTION TO WITHDRAW | LEG |
| 11172005 | 1603 | TEXT | ORDER ALLOWING RILEY POWELL TO WITHDRAW AND | ROP |
| 11172005 | 1603 | TEXT | APPOINTING TREY BURGESS | ROP |
| 11172005 | 1603 | ATY1 | ATTORNEY FOR DEFENDANT: BURGESS CHARLES M III | ROP |
| 01062006 | 1619 | TEXT | TRANSPORT ORDER; EXEC:1-16-06 | ROP |
| 01202006 | 1105 | DAT1 | SET FOR: JURY TRIAL ON 01/23/2006 AT 0900A (AR10) | PAH |
| 01202006 | 1106 | PRTY | PARTY ADDED W002 CHRIS BYRD (AW21) | PAH |
| 01202006 | 1106 | PRTY | PARTY ADDED W003 MARK ODOM (AW21) | PAH |
| 01202006 | 1106 | PRTY | PARTY ADDED W004 PAUL DEAN (AW21) | PAH |
| 01202006 | 1107 | PRTY | PARTY ADDED W005 BRETT HOLMES (AW21) | PAH |
| 01202006 | 1107 | PRTY | PARTY ADDED W006 PAUL HUDSON (AW21) | PAH |
| 01202006 | 1108 | PRTY | PARTY ADDED W007 VAUGHN BARRON (AW21) | PAH |
| 01202006 | 1108 | SUBP | WITNESS SUBPOENA ISSUED TO W002 CHRIS BYRD (AW21) | PAH |
| 01202006 | 1108 | SUBP | WITNESS SUBPOENA ISSUED TO W003 MARK ODOM (AW21) | PAH |
| 01202006 | 1108 | SUBP | WITNESS SUBPOENA ISSUED TO W004 PAUL DEAN (AW21) | PAH |
| 01202006 | 1108 | SUBP | WITNESS SUBPOENA ISSUED TO W005 BRETT HOLMES(AW21) | PAH |
| 01202006 | 1108 | SUBP | WITNESS SUBPOENA ISSUED TO W006 PAUL HUDSON (AW21) | PAH |
| 01202006 | 1108 | SUBP | WITNESS SUBPOENA ISSUED TO W007 VAUGHN BARRON | PAH |
| 01242006 | 1317 | SERC | SERVICE OF SERVED PERSON ON 01202006 FOR W006 (A | AMC |
| 01242006 | 1317 | SERC | SERVICE OF SERVED PERSON ON 01202006 FOR W005 (A | AMC |
| 01242006 | 1318 | SERC | SERVICE OF SERVED PERSON ON 01202006 FOR W004 (A | AMC |
| 01242006 | 1318 | SERC | SERVICE OF SERVED PERSON ON 01202006 FOR W003 (A | AMC |
| 01242006 | 1318 | SERC | SERVICE OF SERVED PERSON ON 01202006 FOR W002 (A | AMC |
| 02012006 | 1412 | SERC | SERVICE OF NO SERVICE ON 01202006 FOR W007 (A | AMC |
| 03072006 | 1610 | TEXT | MOTION FOR INDEPENDENT ANALYSIS-DRUGS | ROP |
| 03072006 | 1610 | TEXT | DEFENDANT'S MOTION TO SUPPRESS GOVERNMENT'S | ROP |
| 03072006 | 1610 | TEXT | EVIDENCE | ROP |
| 03072006 | 1610 | TEXT | MOTION FOR DISCOVERY | ROP |
| 03132006 | 1435 | DAT1 | SET FOR: JURY TRIAL ON 03/27/2006 AT 0900A (AR10) | PAH |
| 03132006 | 1631 | SERV | PARTY W002 SERVED DATE: TYPE: (AW21) | PAH |
| 03132006 | 1636 | SERV | PARTY W003 SERVED DATE: TYPE: (AW21) | PAH |
| 03132006 | 1636 | SUBP | WITNESS SUBPOENA ISSUED TO W003 MARK ODOM (AW21) | PAH |
| 03132006 | 1636 | SERV | PARTY W004 SERVED DATE: TYPE: (AW21) | PAH |
| 03132006 | 1636 | SUBP | WITNESS SUBPOENA ISSUED TO W004 PAUL DEAN (AW21) | PAH |
| 03132006 | 1636 | SERV | PARTY W005 SERVED DATE: TYPE: (AW21) | PAH |
| 03132006 | 1636 | SUBP | WITNESS SUBPOENA ISSUED TO W005 BRETT HOLMES(AW21) | PAH |
| 03132006 | 1637 | SERV | PARTY W006 SERVED DATE: TYPE: (AW21) | PAH |
| 03132006 | 1637 | SUBP | WITNESS SUBPOENA ISSUED TO W006 PAUL HUDSON (AW21) | PAH |
| 03132006 | 1637 | SERV | PARTY W007 SERVED DATE: TYPE: (AW21) | PAH |
| 03132006 | 1637 | SUBP | WITNESS SUBPOENA ISSUED TO W007 VAUGHN BARRON | PAH |
| 03142006 | 1148 | SUBP | WITNESS SUBPOENA ISSUED TO W002 CHRIS BYRD (AW21) | PAH |
| 03202006 | 1108 | SERC | SERVICE OF SERVED PERSON ON 03162006 FOR W002 (A | AMC |
| 03202006 | 1109 | SERC | SERVICE OF SERVED PERSON ON 03162006 FOR W004 (A | AMC |
| 03202006 | 1113 | SERC | SERVICE OF SERVED PERSON ON 03162006 FOR W003 (A | AMC |

| | | | | |
|---|---|---|---|---|
| 03202006 | 1116 | SERC | SERVICE OF SERVED PERSON ON 03162006 FOR W005 (A | AMC |
| 03202006 | 1119 | SERC | SERVICE OF SERVED PERSON ON 03162006 FOR W006 (A | AMC |
| 03242006 | 1405 | TEXT | MOTION FOR ADDITIONAL DISCOVERY | ROP |
| 03242006 | 1414 | PRTY | PARTY ADDED W008 MARC CREWS (AW21) | ROP |
| 03242006 | 1414 | ISSD | PARTY W008 ISSUED DATE: 03242006 TYPE: SHERIFF | ROP |
| 03242006 | 1414 | PRTY | PARTY ADDED W009 BRETT HOLMES (AW21) | ROP |
| 03242006 | 1414 | ISSD | PARTY W009 ISSUED DATE: 03242006 TYPE: SHERIFF | ROP |
| 03242006 | 1414 | PRTY | PARTY ADDED W010 MARK ODOM (AW21) | ROP |
| 03242006 | 1414 | ISSD | PARTY W010 ISSUED DATE: 03242006 TYPE: SHERIFF | ROP |
| 03242006 | 1415 | PRTY | PARTY ADDED W011 CHRIS BYRD (AW21) | ROP |
| 03242006 | 1415 | ISSD | PARTY W011 ISSUED DATE: 03242006 TYPE: SHERIFF | ROP |
| 03242006 | 1415 | PRTY | PARTY ADDED W012 PAUL DEAN, COMMANDER (AW21) | ROP |
| 03242006 | 1415 | ISSD | PARTY W012 ISSUED DATE: 03242006 TYPE: SHERIFF | ROP |
| 03242006 | 1415 | PRTY | PARTY ADDED W013 PAUL HUDSON (AW21) | ROP |
| 03242006 | 1415 | ISSD | PARTY W013 ISSUED DATE: 03242006 TYPE: SHERIFF | ROP |
| 03242006 | 1416 | PRTY | PARTY ADDED W014 JUDY BARTON (AW21) | ROP |
| 03242006 | 1416 | ISSD | PARTY W014 ISSUED DATE: 03242006 TYPE: SHERIFF | ROP |
| 03242006 | 1416 | PRTY | PARTY ADDED W015 MARILYN RODGERS (AW21) | ROP |
| 03242006 | 1416 | ISSD | PARTY W015 ISSUED DATE: 03242006 TYPE: SHERIFF | ROP |
| 03242006 | 1419 | PRTY | PARTY ADDED W016 GRADY HOBBS (AW21) | ROP |
| 03242006 | 1419 | ISSD | PARTY W016 ISSUED DATE: 03242006 TYPE: SHERIFF | ROP |
| 03282006 | 1328 | TEXT | PETITION FOR WRIT OF HABEAS CORPUS | ROP |
| 03282006 | 1328 | TEXT | MOTION TO DISMISS FOR WANT OF SPEEDY TRIAL | ROP |
| 03282006 | 1328 | TEXT | DEMAND FOR TRIAL | ROP |
| 03292006 | 0935 | TEXT | SET FOR TRIAL MARCH 29, 2006/NOT REACHED | PAH |
| 03312006 | 1636 | SERC | SERVICE OF NO SERVICE ON 03302006 FOR W014 (A | PEH |
| 03312006 | 1636 | SERC | SERVICE OF NO SERVICE ON 03302006 FOR W015 (A | PEH |
| 03312006 | 1637 | SERC | SERVICE OF NO SERVICE ON 03202006 FOR W016 (A | PEH |
| 04042006 | 1258 | SERC | SERVICE OF SERVED PERSON ON 03272006 FOR W009 (A | AMC |
| 04042006 | 1258 | SERC | SERVICE OF SERVED PERSON ON 03272006 FOR W010 (A | AMC |
| 04042006 | 1258 | SERC | SERVICE OF SERVED PERSON ON 03272006 FOR W011 (A | AMC |
| 04042006 | 1300 | SERC | SERVICE OF SERVED PERSON ON 03272006 FOR W012 (A | AMC |
| 04042006 | 1300 | SERC | SERVICE OF SERVED PERSON ON 03272006 FOR W013 (A | AMC |
| 04042006 | 1306 | SERC | SERVICE OF NO SERVICE ON 03312006 FOR W008 (A | AMC |
| 04102006 | 1026 | TEXT | MOTION TO REINSTATE PROBATION-DENIED 4-27-06 | ROP |
| 04272006 | 0929 | TEXT | ORDER DISMISSING PETITION FOR WRIT OF HABEAS | ROP |
| 04272006 | 0929 | TEXT | CORPUS AS IMPROPERLY FILED | ROP |
| 05032006 | 1608 | DAT1 | SET FOR: JURY TRIAL ON 05/22/2006 AT 0900A (AR01) | PAH |
| 05042006 | 0903 | SERV | PARTY W002 SERVED DATE: TYPE: (AW21) | PAH |
| 05042006 | 0903 | SUBP | WITNESS SUBPOENA ISSUED TO W002 CHRIS BYRD (AW21) | PAH |
| 05042006 | 0903 | SERV | PARTY W003 SERVED DATE: TYPE: (AW21) | PAH |
| 05042006 | 0903 | SUBP | WITNESS SUBPOENA ISSUED TO W003 MARK ODOM (AW21) | PAH |
| 05042006 | 0904 | SERV | PARTY W004 SERVED DATE: TYPE: (AW21) | PAH |
| 05042006 | 0904 | SUBP | WITNESS SUBPOENA ISSUED TO W004 PAUL DEAN (AW21) | PAH |
| 05042006 | 0904 | SERV | PARTY W005 SERVED DATE: TYPE: (AW21) | PAH |
| 05042006 | 0904 | SUBP | WITNESS SUBPOENA ISSUED TO W005 BRETT HOLMES(AW21) | PAH |
| 05042006 | 0904 | SERV | PARTY W006 SERVED DATE: TYPE: (AW21) | PAH |
| 05042006 | 0904 | SUBP | WITNESS SUBPOENA ISSUED TO W006 PAUL HUDSON (AW21) | PAH |
| 05042006 | 0904 | SUBP | WITNESS SUBPOENA ISSUED TO W007 VAUGHN BARRON | PAH |
| 05042006 | 0919 | PAD2 | PARTY W007 ADD2 CHANGED FROM: 1001 13TH ST S(AW21) | PAH |
| 05042006 | 0919 | PZCS | PARTY W007 ZCS CHANGED FROM: 35205 0000 BIRMINGHAM | PAH |
| 05042006 | 0919 | SUBP | WITNESS SUBPOENA ISSUED TO W007 VAUGHN BARRON | PAH |
| 05112006 | 1451 | SERC | SERVICE OF SERVED PERSON ON 05082006 FOR W006 (A | AMC |
| 05112006 | 1453 | SERC | SERVICE OF SERVED PERSON ON 05082006 FOR W004 (A | AMC |
| 05112006 | 1454 | SERC | SERVICE OF SERVED PERSON ON 05082006 FOR W005 (A | AMC |
| 05112006 | 1454 | SERC | SERVICE OF SERVED PERSON ON 05082006 FOR W002 (A | AMC |
| 05112006 | 1454 | SERC | SERVICE OF SERVED PERSON ON 05082006 FOR W003 (A | AMC |

| | | | | |
|---|---|---|---|---|
| 05152006 | 1057 | PRTY | PARTY ADDED W017 JUDY BARTON (AW21) | PAH |
| 05152006 | 1057 | ISSD | PARTY W017 ISSUED DATE: 08112004 TYPE: SHERIFF | PAH |
| 05152006 | 1058 | SERV | PARTY W008 SERVED DATE: TYPE: (AW21) | PAH |
| 05152006 | 1058 | SUBP | WITNESS SUBPOENA ISSUED TO W008 MARC CREWS (AW21) | PAH |
| 05152006 | 1058 | SERV | PARTY W009 SERVED DATE: TYPE: (AW21) | PAH |
| 05152006 | 1058 | SUBP | WITNESS SUBPOENA ISSUED TO W009 BRETT HOLMES(AW21) | PAH |
| 05152006 | 1058 | SERV | PARTY W010 SERVED DATE: TYPE: (AW21) | PAH |
| 05152006 | 1058 | SUBP | WITNESS SUBPOENA ISSUED TO W010 MARK ODOM (AW21) | PAH |
| 05152006 | 1058 | SERV | PARTY W011 SERVED DATE: TYPE: (AW21) | PAH |
| 05152006 | 1058 | SUBP | WITNESS SUBPOENA ISSUED TO W011 CHRIS BYRD (AW21) | PAH |
| 05152006 | 1059 | SERV | PARTY W012 SERVED DATE: TYPE: (AW21) | PAH |
| 05152006 | 1059 | SUBP | WITNESS SUBPOENA ISSUED TO W012 PAUL DEAN, COMMAND | PAH |
| 05152006 | 1059 | SERV | PARTY W013 SERVED DATE: TYPE: (AW21) | PAH |
| 05152006 | 1059 | SUBP | WITNESS SUBPOENA ISSUED TO W013 PAUL HUDSON (AW21) | PAH |
| 05152006 | 1059 | SERV | PARTY W014 SERVED DATE: TYPE: (AW21) | PAH |
| 05152006 | 1059 | SUBP | WITNESS SUBPOENA ISSUED TO W014 JUDY BARTON (AW21) | PAH |
| 05152006 | 1101 | SERV | PARTY W015 SERVED DATE: TYPE: (AW21) | PAH |
| 05152006 | 1101 | SUBP | WITNESS SUBPOENA ISSUED TO W015 MARILYN RODGERS | PAH |
| 05152006 | 1102 | SERV | PARTY W016 SERVED DATE: TYPE: (AW21) | PAH |
| 05152006 | 1102 | SUBP | WITNESS SUBPOENA ISSUED TO W016 GRADY HOBBS (AW21) | PAH |
| 05152006 | 1102 | AWPR | JUDY BARTON DELETED W017 (AW21) | PAH |
| 05192006 | 1514 | SERC | SERVICE OF SERVED PERSON ON 05112006 FOR W008 (A | AMC |
| 05192006 | 1520 | SERC | SERVICE OF SERVED PERSON ON 05162006 FOR W006 (A | AMC |
| 05192006 | 1520 | SERC | SERVICE OF SERVED PERSON ON 05162006 FOR W013 (A | AMC |
| 05192006 | 1520 | SERC | SERVICE OF SERVED PERSON ON 05162006 FOR W012 (A | AMC |
| 05192006 | 1521 | SERC | SERVICE OF SERVED PERSON ON 05162006 FOR W011 (A | AMC |
| 05192006 | 1521 | SERC | SERVICE OF SERVED PERSON ON 05162006 FOR W010 (A | AMC |
| 05192006 | 1521 | SERC | SERVICE OF SERVED PERSON ON 05162006 FOR W009 (A | AMC |
| 05242006 | 1353 | SERC | SERVICE OF SERVED PERSON ON 05182006 FOR W015 (A | AMC |
| 05242006 | 1355 | SERC | SERVICE OF SERVED PERSON ON 05182006 FOR W014 (A | AMC |
| 05302006 | 0811 | SERC | SERVICE OF SERVED PERSON ON 05212006 FOR W016 (A | AMC |