# EXHIBIT L

**SJIS Case Action Summary for Covington County Circuit Court Case No. CC-1999-56.70**

## alacourt.com's

## Alabama SJIS CC/DC Case Detail (Probation Revocation)

[ Settings ] [ Disposition ] [ Sentence ] [ Case Action Summary ] [ Witness List ] [ Financial ] [ Enforcem ]

### Case

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| County | 23 COVINGTON | Case Number | ●CC 1999 000056 70 | JID | MAM | DEF Status | J JAIL ESTS: J |
| Name | EDWARDS SCOTTY JR | | | Alias | | | |
| Address 1 | P O BOX 986 | | | Alias | | | |
| Address 2 | | | | SID | 000000000 | YDate | |
| Zip | 36467 0000 OPP AL US | | | AS | 207067 | PR | 2000 008869 00 |
| DLNO | | DOB | 12161970 | SSN | | Race/Sex | B/M |
| Height | 6 02 | Weight | 185 | Eyes | BRO | Hair | BLK |
| Filed | 08132004 | AAGCY | C | Muni# | 00 | City | |
| Arrest | | OffDT | | ORI | 0230000 | OFFC | |
| Indict | | Grand Jury | 199 | Atty 1 | POW017 A | Tkt# | |
| Bond | 0001500000 | Type | N | Bond Co | | REL | 08202004 |
| Sure | | CWIT | | JDMD | | APPL | |
| Tracking No's | 0000 000000 00 / 0000 000000 00 / 0000 000000 00 | | | | | | |
| Date | 1 11092004 | Que | 001 | Time | 0900 A | Desc | PREV |
| Charge 1 | PREV | PROBATION REV | | PROBATION REV | F OT | Counts | 001 |
| Charge 2 | | | | | | Counts | |
| Charge 3 | | | | | | Counts | |
| More | N | Dom Viol | | Case Type | F | Case Cat | OT |
| Comment | CONSOLIDATED W CC-98-167 9840019900 | | | | | | |

### Settings

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date 1 | 11092004 | Que | 001 | Time | 0900 A | Desc | PREV PROBATION REV |
| Date 2 | 03172005 | Que | 000 | Time | 0900 A | Desc | HEAR HEARING |
| Date 3 | | Que | 000 | Time | 0000 | Desc | |
| Date 4 | | Que | 000 | Time | 0000 | Desc | |
| Prosecutor | LOGGINS EUGENIA L | Atty 1 | POWELL A R III | Atty 2 | | | |
| Flag | N | Flag | Y | Flag | | Y | |
| WARISS | 08132004 P | WARACT | 08182004 S | WARLOC | 08202004 H | | |
| BP ISS | | BP RTN | | | | | |

### Disposition

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CRT ACT | 1 PROBATION REVOKED | CADATE | 11122004 | Jury | Y | More | N |
| Charge 1 | PREV PROBATION REV | PROBATION REV F O | | Counts | 001 | CA | 1 11122004 |
| Charge 2 | | | | Counts | | CA | |
| Charge 3 | | | | Counts | | CA | |
| Admin | | Why | | TBNV1 | | TBNV2 | |
| Appeal | | CAPP | T | Type | GJCA | GJCA | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | |
| Comment | | | | | | | |
| CMP:N | SPRO:N | Due | 0000004000 | Warr:001 | SUBP:001 | Updated | 03252005 |

### Sentence

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sent | | Begin | | End | | PRB BEG | |
| IMP CONF | 00 00 000 | SUSP CONF | 00 00 000 | TOTAL CONF | 00 00 000 | JAIL CRED | 00 00 000 |
| LICN SUSP | 00 00 000 | PROBATION | 00 00 000 | PRB REV | 00000000 | | |
| Monetary: | COST | FINE IMP: 00000000 | SUSP: 00000000 | | CVCC | HIS | |
| | WCCS | MCOS 00000000 | JFEE 00000000 | | DRGF 0 | ASU | |
| | WCDA | REMB 00000000 | 3CVC 00000000 | | WARR 001 | USF | |
| | PREL | DRUG 00000000 | RCUP 00000000 | | SUBP 001 | | |
| | RES1 00000000 | | RES2 00000000 | | RES3 00000000 | | |

| Confine: | RES4 00000000 | | RES5 00000000 | | | RES6 00000000 | | |
|---|---|---|---|---|---|---|---|---|
| | PENT | LIFE | LWOP | DEATH | SPLIT | BOOT 000 | EMON 00 | |
| | JAIL | CCUR | CSEC | CTERM | RVSPL | GANG 000 | | |
| Programs: | JDVR | IPROB | AASCH | DUI | DDC | CSV 0000 | SAPP | |
| | PTRL | BCSCH | MNTL | CRO | ASCH | ANGER | DRUGCT | |
| Enhanced: | PROJ | CNOT | SCH | VDOB 00000000 | | HOOF 000 | | |
| | DRUG CODE: | | | MEAS: | VOL: 00000000 | | | |
| SEC/CUR: | 00 | 000000000000 | 00 | 00 | 000000000000 | 00 | 00 | 000000000000 |
| Comment: | | | | | | | | |
| BAL DUE | 0000004000 | | DUE | | | CRO | Updated | 11222004 |

### Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 08122004 | 1033 | TEXT | MOTION FOR REVOCATION AND/OR MODIFICATION | ROP |
| 08122004 | 1033 | TEXT | OF PROBATION | ROP |
| 08132004 | 1033 | TEXT | ORDER OF ARREST; EXECUTED: 8-18-04 | ROP |
| 08132004 | 1034 | WARR | "P" WARRANT ISSUED ON: 08/13/2004 (AR10) | ROP |
| 08202004 | 1405 | BOND | BOND SET AT: $15000.00 (AR01) | ROP |
| 08202004 | 1405 | ATY1 | ATTORNEY FOR DEFENDANT: POWELL A R III (AR10) | ROP |
| 08202004 | 1405 | DAT1 | SET FOR: PROBATION REV ON 09/07/2004 AT 0900A | ROP |
| 08202004 | 1647 | WARR | "S" WARRANT SERVICE ON: 08/18/2004 (AR10) | ROP |
| 08202004 | 1647 | WARR | WARRANT LOCATION IS: H ON: 08/20/2004 (AR10) | ROP |
| 08242004 | 0835 | TEXT | NOTICE OF APPEARANCE | ROP |
| 08242004 | 0835 | TEXT | MOTION FOR DISCOVERY | ROP |
| 08262004 | 1017 | REDT | DEFENDANT RELEASED FROM JAIL: 08/20/2004 (AR01) | PAH |
| 09032004 | 1054 | TEXT | ORDER; THIS MOTION IS GRANTED. THE HEARING TO | PAH |
| 09032004 | 1054 | TEXT | DETERMINE WHETHER OR NOT THE DEFENDANT'S PROBATION | PAH |
| 09032004 | 1054 | TEXT | OUGHT TO BE REVOKED IS THUS CONTINUED, AND, | PAH |
| 09032004 | 1054 | TEXT | FURTHER, THE SAME SHOULD BE, AND IT THEREFORE | PAH |
| 09032004 | 1054 | TEXT | IS, RESCHEDULED SO AS TO TRANSPIRE ON THE | PAH |
| 09032004 | 1054 | TEXT | 14TH DAY OF OCTOBER, 2004, AT 9:00 A.M. | PAH |
| 09032004 | 1436 | TEXT | MOTION FOR CONTINUANCE | LEG |
| 09072004 | 1056 | DAT1 | SET FOR: PROBATION REV ON 10/14/2004 AT 0900(AR01) | PAH |
| 10182004 | 0833 | DAT1 | SET FOR: PROBATION REV ON 11/09/2004 AT 0900A | ROP |
| 10262004 | 1129 | TEXT | ANSWER TO MOTION FOR DISCOVERY PERTAINING TO | CAG |
| 10262004 | 1131 | TEXT | REVOCATION HEARING AND REQUEST FOR DISCOVERY | CAG |
| 10272004 | 1426 | PRTY | PARTY ADDED W001 CHRIS BYRD (AW21) | PAH |
| 10272004 | 1426 | SUBP | WITNESS SUBPOENA ISSUED TO W001 CHRIS BYRD (AW21) | PAH |
| 11032004 | 1136 | SERV | PARTY W001 SERVED DATE: 10292004 TYPE: SERVED PER | AML |
| 11122004 | 1350 | TEXT | ORDER BY THE COURT THAT DEFT'S PROBATION SHOULD BE | CAG |
| 11122004 | 1350 | TEXT | REVOKED. IT IS THEREFORE ORDERED BY THE COURT THAT | CAG |
| 11122004 | 1350 | TEXT | DEFT SHALL NOW SERVE TWO YEARS UPON HIS TOTAL | CAG |
| 11122004 | 1350 | TEXT | SENTENCE. DEFT IS NOW INSTRUCTED TO REPORT FOR | CAG |
| 11122004 | 1350 | TEXT | INCARCERATION ON 11/26/04 AT 5:00 P.M. AFTER THE | CAG |
| 11122004 | 1350 | TEXT | 2 YEARS DEFT'S PROBATION SHALL BE DEEMED TO BE | CAG |
| 11122004 | 1350 | TEXT | REINSTATED ON PREVIOUS TERMS AND CONDITIONS IMPOSE | CAG |
| 11122004 | 1350 | TEXT | D./S/ MAM | CAG |
| 11222004 | 1151 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: MAM | CAG |
| 11222004 | 1151 | DISP | CHARGE 01: PROBATION REV/#CNTS: 001 (AR10) | CAG |
| 11222004 | 1151 | DISP | CHARGE 01 DISPOSED BY: PRB REVOKED ON: 11/12/2004 | CAG |
| 11222004 | 1151 | D001 | ENFORCEMENT STATUS SET TO: "N" (AR10) | CAG |
| 11222004 | 1351 | TEXT | TRANSCRIPT OF RECORD | CAG |
| 11222004 | 1411 | CASU | CASE ACTION SUMMARY PRINTED (AR08) | CAG |
| 11292004 | 1415 | TEXT | ORDER FOR SHERIFF TO TRANSPORT DEFT TO DOC TO | ROP |
| 11292004 | 1415 | TEXT | SERVE TIME HERETOFORE IMPOSED; EXECUTED 11-29-04 | ROP |
| 02162005 | 1016 | TEXT | ORDER APPOINTING RILEY POWELL | ROP |
| 02182005 | 1313 | TEXT | ORDER AND DEFENDANT'S MOTION TO WITHDRAWAL OF | ROP |
| 02182005 | 1313 | TEXT | GUILTY PLEA FILED 1-26-2005 IN CC-2004-345 | ROP |
| 02252005 | 1635 | TEXT | ORDER SETTING HEARING 3-17-05 AT 9:00 AM | ROP |

| | | | | |
|---|---|---|---|---|
| 02252005 | 1635 | DAT2 | SET FOR: HEARING ON 03/17/2005 AT 0900A (AR10) | ROP |
| 03082005 | 1627 | TEXT | MOTION TO TRANSPORT DEFENDANT FROM LIMESTONE | ROP |
| 03082005 | 1627 | TEXT | CORRECTIONA FACILITY TO COVINGTON COUNTY JAIL | ROP |
| 03082005 | 1627 | TEXT | MOTION TO WITHDRAW CONSENT SETTLEMENT | ROP |
| 03142005 | 1320 | TEXT | LETTER FROM DEFENDANT - RE: RELEASE ON BOND | PAH |
| 03142005 | 1320 | TEXT | ORDER; HEARING SET FOR 3/17/05 AT 9:00 A.M. | PAH |
| 03142005 | 1321 | TEXT | ORDER; THAT THE SHERIFF REMOVE SAID DEFENDANT | PAH |
| 03142005 | 1321 | TEXT | FROM DOC NO LATER THAN 31/7/05 AT 9:00 A.M. | PAH |
| 03142005 | 1321 | TEXT | EXECUTED ON: 3-16-05 | ROP |
| 03172005 | 0920 | D001 | ENFORCEMENT STATUS SET TO: "J" (FE52) | ROP |
| 03252005 | 1126 | TEXT | ORDER; EVERY PENDING POST TRIAL MOTION FILED BY | ROP |
| 03252005 | 1126 | TEXT | THE DEFENDANT IN THIS PROCEEDING SHOULD BE AND | ROP |
| 03252005 | 1126 | TEXT | IT THEREFORE IS OVERRULED AND DENIED EXCEPT: | ROP |
| 03252005 | 1126 | TEXT | DEFENDANT IS RELEIVED FROM ANY OBLIGATION HE | ROP |
| 03252005 | 1126 | TEXT | HAS UNDER ANY AGREEMENT WITH THE STATE T THIS | ROP |
| 03252005 | 1126 | TEXT | TIME TO PLEAD GUILTY IN SOME CRIMINAL CASE IN THE | ROP |
| 03252005 | 1126 | TEXT | FUTURE BUT ONLY IF THAT CIRMINAL CASE BEARS A | ROP |
| 03252005 | 1126 | TEXT | NUMBER DIFFERENT THAT THE ONE SET FORTH IN THE | ROP |
| 03252005 | 1126 | TEXT | CAPTION OF THIS DOCUMENT | ROP |