IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SCOTTY J. EDWARDS, #207067, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. |
| ) | 2:06-CV-214-WKW-DRB |
| FLORALA, AL. POLICE DEPT., et al., ) | |
| ) | |
| Defendants. ) | |

### **O R D E R**

In his amended complaint filed March 20, 2006, Plaintiff names nine individuals as defendants but has not perfected service on five. Plaintiff provided an incorrect street address– 1407 Wall Street, Florala, AL. 36442 – for the Florala Police Department – the designated address for **Perry William and Tim Snow.** Although the Clerk secured a correct street address for the Department **–** 22654 Wall Street – service failed for refused signatures on the "return receipt" cards. Attempted service on **Paul Dean** failed because he was not found at either the address provided by the plaintiff– One Court Square, Andalusia, AL. 36420 – or the address secured by the Clerk's office– 290 Hillcrest Drive. Nor were **James Perry and Derrick Walters** at the service address provided by Plaintiff – 25295 U.S. Highway 331 South, Defuniak Springs, FL. 32433; their service materials have not been returned to the Clerk as undeliverable.

**Plaintiff is ADVISED and CAUTIONED as follows:**

**a.** If a person named as a defendant has not been served, he is not a party to the lawsuit, except in very unusual circumstances. On its own initiative, the court may proceed

to dismiss the claims against any person who has not been served and is not, therefore, a defendant. The lawsuit will then proceed against only persons who have been duly served as defendants. *See* Rule 4(m), *Federal Rules of Civil Procedure*.

**b.** It is the **plaintiff's responsibility to furnish correct addresses for service and to ensure service on all individuals named as defendants; the court will not continue to monitor this case for that purpose.**

**c.** In an effort to ensure service on Florala Police Officers **Perry William and Tim Snow,** Plaintiff may file a request with this court that the United States Marshal or a deputy United States marshal, in accordance with Rule 4(c)(2), *Federal Rules of Civil Procedure*, effect service.

**It is, therefore, ORDERED that**

1. on or before **June 26, 2006**, **Plaintiff shall furnish** the clerk's office with the correct address of Paul Dean, and

2. the Clerk is **DIRECTED** to attempt service again on James Perry and Derrick Walters at the address provided by the plaintiff.

Done this 8th day of June, 2006.

                              **/s/ Delores R. Boyd**
                              DELORES R. BOYD
                              UNITED STATES MAGISTRATE JUDGE