IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SCOTTY J. EDWARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number 2:06-cv-214-WKW |
| | ) |
| FLORALA POLICE DEPARTMENT, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Comes now Todd Derrick in the above styled cause and enters his appearance as counsel on behalf of the Defendants, Jason Sutherland and Keith Wise.

This the 9th day of June, 2006.

                                                    /s/ R. Todd Derrick
                                                  R. Todd Derrick (DER006)
                                                  Attorney for the Defendants
                                                  Jason Sutherland and Keith Wise

OF COUNSEL:

COBB, SHEALY, CRUM & DERRICK, P.A.
Post Office Box 6346
Dothan, Alabama 36302-6346
Telephone (334) 677-3000
Fax (334) 677-0030

## CERTIFICATE OF SERVICE

I certify that on this date, I mailed a copy of this document, postage prepaid and properly addressed, to:

Scotty J. Edwards
AIS# 207067
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama  35749

This the 9th day of June, 2006.

/s/ R. Todd Derrick
R. Todd Derrick