**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **SCOTTY J. EDWARDS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case Number 2:06-cv-214-WKW |
| ) | |
| **FLORALA POLICE DEPARTMENT,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' MOTION TO EXTEND TIME

COME NOW, Defendants, Jason Sutherland and Keith Wise, in the above-styled case, and request that this Honorable Court extend the time for filing of his Special Report by thirty (30) days. In support thereof, Defendants state as follows:

1. Currently, the Defendants' Special Report and Answer is due on June 19, 2006.

2. Before the Answer and Report is due, counsel for this Defendant is required to be out of state for four days and his wife is having major surgery.

3. Counsel acknowledges that an extension has previously been granted, and significant work has been done toward completion of the report. Because of the circumstances above Counsel for the Defendants respectfully seeks this extension.

4. No party will be prejudiced as a result of the granting of an extension of time.

WHEREFORE, premises considered, Defendants request that this Honorable Court Extend the time for him to file an Answer and Special Report to July 19, 2006.

Respectfully submitted this the 9th day of June, 2006.

       /s/ R. Todd Derrick
R. Todd Derrick (DER006)
Attorney for the Defendants
Jason Sutherland and Keith Wise

OF COUNSEL:

COBB, SHEALY, CRUM & DERRICK, P.A.
Post Office Box 6346
Dothan, Alabama  36302-6346
Telephone (334) 677-3000
Fax (334) 677-0030

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/EFC participant:

Scotty J. Edwards
AIS# 207067
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama  35749

This the 9th day of June, 2006.

/s/ R. Todd Derrick
R. Todd Derrick