IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SCOTTY J. EDWARDS, #207067, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. |
| | ) 2:06-CV-214-WKW-DRB |
| FLORALA, AL. POLICE DEPT., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Upon consideration of the *Motion to Extend Time* by Defendants Sutherland and Wise (Doc. 24, filed June 9, 2006), it is, for good cause,

**ORDERED** that the *Motion* is **GRANTED** to the extent of its request for an enlargement of time until July 19, 2006, to file their written report pursuant to the procedural order entered April 10, 2006.

Done this 12th day of June, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE BOYD