DEFENDANT'S EXHIBIT 1

EMP.#01-0093

JASON SUTHERLAND

REG. HRS.      O.T. HRS.

CITY OF OPP

APR 0 1 2004      APR 0 7 2004

CARD MUST BE SIGNED AND COMPLETED BY WEDNESDAY

SIGNED: Jason A. Sutherland

NET WAGES

| EXTRA TIME | | REGULAR TIME | | | |
|---|---|---|---|---|---|
| | | THURSDAY | AM | IN | |
| | | | | OUT | |
| | | | NOON | IN | 4/1 1:30 |
| | | | | OUT | |
| | | | PM | IN | |
| | | | | OUT | 9:30 |
| | | FRIDAY | AM | IN | |
| | | | | OUT | |
| | | | NOON | IN | 1:30 |
| | | | | OUT | |
| | | | PM | IN | |
| | | | | OUT | 9:30 |
| | | SATURDAY | AM | IN | |
| | | | | OUT | |
| | | | NOON | IN | |
| | | | | OUT | 1:30 |
| | | | PM | IN | |
| | | | | OUT | 9:30 |
| | THIS | SUNDAY | AM | IN | |
| | | | | OUT | |
| | | | NOON | IN | |
| | | | | OUT | OFF |
| | | | PM | IN | |
| | | | | OUT | |
| | SIDE | MONDAY | AM | IN | |
| | | | | OUT | |
| | | | NOON | IN | |
| | | | | OUT | OFF |
| | | | PM | IN | 4/5 |
| | | | | OUT | |
| | OUT | TUESDAY | AM | IN | |
| | | | | OUT | |
| | | | NOON | IN | 4/6 1:30 |
| | | | | OUT | |
| | | | PM | IN | |
| | | | | OUT | 9:30 |
| | | WEDNESDAY | AM | IN | |
| | | | | OUT | |
| | | | NOON | IN | 4/7 1:30 |
| | | | | OUT | |
| | | | PM | IN | |
| | | | | OUT | 9:30 |
| TOTAL | | TOTAL 40 | | | |