# OPP POLICE DEPARTMENT

TAPE# 1371                    **IN-CAR VIDEO TAPE INFORMATION**                    P- 12

Date Tape Placed Into Recorder:                    Date Tape Removed from Recorder:

12/15/02                                           12/17/02

Time: ___:___ AM/PM                                Time: 11:40 AM/**PM**

_Earl Hamper_ (signature)                          _____
Shift Supervisor                                   Shift Supervisor

| DEFENDANTS NAME | DATE | TIME | AM | PM | TYPE INCIDENT / CALL | Officer |
|---|---|---|---|---|---|---|
| Walker | 12-15-02 | 3:40 | | X | 10-56 | 787 |
| W/m Juv | 12-15-02 | | | | Skateboarding | 237 |
| Jeremy Sheldon | 12-15-02 | 21:40 | | X | 10-97 | 237 |
| Donald Dorsey | 12-15-02 | 1630 | X | | 10-39 | 320 |
| Merrill | 12-16-02 | 310 | X | | 10-39 | 320 |
| Edwards Timothy | 12-16-02 | 1010 | X | | 10-39 | 320 |
| Scotty Edwards | 12-17-02 | 134 | X | | 10-39 | 320 |
| Kevin Lawford | 12-17-02 | 155 | X | | 10-38  10-15 | 320 |
| 510 Opine Rd. | 12-17-02 | 000 | X | | B&E | 320 |

* Whenever a tape is removed from the Recorder, this form must go with the tape and then turned over to Connie Kelley or placed into one of the Locking Wall units located in the Booking Room. If placed into a wall unit, there will be a TAG that you will hang on the door indicating that a video is inside.

**DEFENDANT'S EXHIBIT 2**

William A. (Bill) Shaw
Chief of Police