# ALABAMA UNIFORM ARREST REPORT

Fingerprints Completed: ☒ Yes ☐ No   Photo Completed: ☒ Yes ☐ No

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

- **1 ORI #:** 023000
- **2 AGENCY NAME:** OPP Police Dept
- **3 CASE #:** 02-120013
- **4 SFX:**
- **5 LAST, FIRST, MIDDLE NAME:** EDWARDS Timothy Benard
- **6 ALIAS AKA:**
- **7 SEX:** ☒ M  ☐ F
- **8 RACE:** ☐ W ☒ B ☐ A ☐ I
- **9 HGT:** 6'1
- **10 WGT:** 140
- **11 EYE:** BRO
- **12 HAIR:** BLK
- **13 SKIN:**
- **14:** ☐ SCARS ☐ MARKS ☐ TATOOS ☐ AMPUTATIONS
- **15 PLACE OF BIRTH:** OPP COV AL
- **16 SSN:** 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
- **17 DATE OF BIRTH:** 05 20 78
- **18 AGE:** 24
- **19 MISCELLANEOUS ID #:**
- **20 SID #:**
- **21 FINGERPRINT CLASS:**
- **22 DL #:** 6493740
- **23 ST:** AL
- **24 FBI #:**
- **25 IDENTIFICATION COMMENTS:**
- **26:** ☒ RESIDENT  ☐ NON-RESIDENT
- **27 HOME ADDRESS:** Rt 1 Box 169 Kinston, AL
- **28 RESIDENCE PHONE:** ( ) None
- **29 OCCUPATION:**
- **30 EMPLOYER:** Unemployed
- **31 BUSINESS ADDRESS:**
- **32 BUSINESS PHONE:** ( )

## ARREST

- **33 LOCATION OF ARREST:** N Jackson St OPP, AL
- **34 SECTOR #:**
- **35 ARRESTED FOR YOUR JURISDICTION?** ☒ YES ☐ NO; ☐ IN STATE ☐ OUT STATE AGENCY
- **36 CONDITION OF ARRESTEE:** ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS
- **37 RESIST ARREST?** ☐ YES ☒ NO
- **38 INJURIES?** ☒ NONE ☐ OFFICER ☐ ARRESTEE
- **39 ARMED?** ☐ Y ☒ N
- **40 DESCRIPTION OF WEAPON:** ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ OTHER FIREARM ☐ OTHER WEAPON
- **41 DATE OF ARREST:** 12 06 02
- **42 TIME OF ARREST:** 22:08  ☐ AM ☒ MIL
- **43 DAY OF ARREST:** S M T W Th F S (T circled? — marked)
- **44 TYPE ARREST:** ☒ ON VIEW ☐ CALL ☐ WARRANT
- **45 ARRESTED BEFORE?** ☐ YES ☐ NO ☐ UNKNOWN
- **46 CHARGE—1:** ☐ FEL ☒ MISD — Possession of marihuana II
- **47 UCR CODE:**
- **48 CHARGE—2:** ☐ FEL ☒ MISD — Possession of Drug Paraphernalia
- **49 UCR CODE:**
- **50 STATE CODE/LOCAL ORDINANCE:** 13A-12-214
- **51 WARRANT #:**
- **52 DATE ISSUED:** M D Y
- **53 STATE CODE/LOCAL ORDINANCE:** 13A-12-260
- **54 WARRANT #:**
- **55 DATE ISSUED:** M D Y
- **56 CHARGE—3:** ☐ FEL ☐ MISD
- **57 UCR CODE:**
- **58 CHARGE—4:** ☐ FEL ☐ MISD
- **59 UCR CODE:**
- **66 ARREST DISPOSITION:** ☐ HELD ☐ BAIL ☐ RELEASED ☐ TOT-LE ☐ OTHER
- **67 IF OUT ON RELEASE WHAT TYPE?:**
- **68 ARRESTED WITH (1) ACCOMPLICE:**
- **69 ARRESTED WITH (2) ACCOMPLICE:**

## VEHICLE

- **70 VYR:**
- **71 VMA:** Ford
- **72 VMO:** Ranger P/U
- **73 VST:**
- **74 VCO:** TOP / BOTTOM Red
- **75 TAG #:** 23B947C
- **76 LIS:** AL
- **77 LIY:** 2003
- **78 VIN:** 1FTBR10S1FUC61922
- **79 IMPOUNDED?** ☒ YES ☐ NO
- **80 STORAGE LOCATION/IMPOUND #:** B Jones Ford 331 South
- **81 OTHER EVIDENCE SEIZED:** Only the above items seized
- ☐ CONTINUED IN NARRATIVE

## JUVENILE

- **82 JUVENILE DISPOSITION:** ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT
- **83 RELEASED TO:**
- **84 PARENT OR GUARDIAN:**
- **85 ADDRESS:**
- **86 PHONE:** ( )
- **87 PARENTS EMPLOYER:**
- **88 OCCUPATION:**
- **89 ADDRESS:**
- **90 PHONE:** ( )

## RELEASE

- **91 DATE AND TIME OF RELEASE:** M D Y :  ☐ AM ☐ PM ☐ MIL
- **92 RELEASING OFFICER NAME:**
- **93 AGENCY/DIVISION:**
- **94 ID #:**
- **95 RELEASED TO:**
- **96 AGENCY/DIVISION:**
- **97 AGENCY ADDRESS:**
- **98 PERSONAL PROPERTY RELEASED TO ARRESTEE:** ☐ YES ☐ NO ☐ PARTIAL
- **99 PROPERTY NOT RELEASED/HELD AT:**
- **100 PROPERTY #:**
- **101 REMARKS:**
- **102 SIGNATURE OF RECEIVING OFFICER:**
- **103 SIGNATURE OF RELEASING OFFICER:**

DEFENDANT'S EXHIBIT 3

- **MULTIPLE CASES CLOSED:**
- **104 CASE #:**
- **105 SFX:**
- **106 CASE #:**
- **107 SFX:**
- **108 CASE #:**
- **109 SFX:**
- **110 ADDITIONAL CASES CLOSED NARRATIVE:** ☐ Y ☐ N
- **111 ARRESTING OFFICER:** WISE, Kevin
- **112 ID #:** 320
- **113 ARRESTING OFFICER:** SUTHERLAND JASON
- **114 ID #:** 325
- **115 SUPERVISOR:**
- **116 WATCH CMDR:** MSM ID # 227

TYPE OR PRINT IN BLACK INK ONLY

ACJIC—34 REV. 10-90

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**ADDITIONAL ARREST NARRATIVE CONTINUED**

| 117 DATE AND TIME OF ARREST | 118 CASE # | 119 SFX |
|---|---|---|
| 12/16/02 22:05 MIL | | |

EDWARDS, Timothy BERNARD

**120 ADDITIONAL ARREST INFORMATION**

On date and time above I stopped a red Ford Ranger driven by Timothy Edwards. I asked Edwards if he had his licenses he said no that he didn't have any. I asked him to come back to the patrol car. I then advised Edwards that I was going to pat him down to make sure he didn't have any guns on him. I asked him if he did he stated no. While patting him down I felt a big bulge in his left front jacket pocket. I asked Edwards what was in his jacket pocket. Edwards then started emptying all of his pockets and wouldn't never answer me. After several times asking him and Edwards avoiding the question he finally stated it was a pistol. I put Edwards up against the truck and told him keep his hands on the truck. I proceeded to search his pockets searching for the pistol. While doing so I located 2 clear plastic bags containing a green leafy material what I believed to be marihuana. I placed Mr. Edwards under arrest read him his rights and advised him of his charges. Also located in the truck was a white plastic I.G.A. bag containing 4 clear plastic bags (sandwich) containing more of the material that I believe to be marihuana. The IGA bag was located in the rear tool box, on driver side of the truck. The pistol Edwards said he had was never found, and he stated that he just told me that. I asked Edwards if he didn't have a gun why did he tell me that he did. He stated he didn't know. I Officer Wise transported to the police station. Edwards did not make any more statements until we got to the police station. Edwards stated that he forgot his seatbelt and that he was going to Andalusia. The reason he told me he had a gun because he said I was going to search him anyway.

☐ CONTINUE ON ADDITIONAL SUPPLEMENT

**TYPE OR PRINT IN BLACK INK ONLY**