```
                 Dispatch Report - Calls by Number
                 Reporting Period: Dec 16,2002 to Dec 17,2002
```

Printed : Mon Jun 19,2006   5:01 pm                                                    Page #   1

| Date | Time | Nature Of Call<br>Dispatcher | Location | Call #<br>Report # | Responding | Dptch | On<br>Scene | Clrd | Total |
|---|---|---|---|---|---|---|---|---|---|
| 2002-12-16 | 00:06 | 1028  VEH REG INFO<br>MBRUNDI | | 098080136 | SUTHERLAND, JASON | 00:06 | 00:06 | 00:18 | 00:12 |
| 2002-12-16 | 00:18 | 1028  VEH REG INFO<br>MBRUNDI | | 098080137 | BLUE, JASON | 00:18 | 00:18 | 00:18 | 00:00 |
| 2002-12-16 | 00:23 | 1006  POLICE BUSINESS<br>MBRUNDI<br>CAININE TRAINING | | 098080138 | DODSON, PHILLIP | 00:23 | 00:23 | 01:28 | 01:05 |
| 2002-12-16 | 00:30 | 1059  ESCORT<br>MBRUNDI<br>1023 1059     321<br>1024 1008 1059 21    0044 | MCDONALD'S<br>331 WILLIAMS RD | 098080139 | | | | | |
| 2002-12-16 | 00:41 | 1028  VEH REG INFO<br>MBRUNDI | | 098080140 | WISE, KEVIN | 00:41 | 00:41 | 00:42 | 00:01 |
| 2002-12-16 | 00:43 | 1028  VEH REG INFO<br>MBRUNDI | | 098080141 | SUTHERLAND, JASON | 00:43 | 00:43 | 00:56 | 00:13 |
| 2002-12-16 | 00:54 | 1038  SUSP. PERSON<br>MBRUNDI<br>SOUTHERN TRIM  23A384R<br>MALE AND FEMALE<br>1008         320      0058 | | 098080142 | WISE, KEVIN | 00:54 | 00:54 | 00:56 | 00:02 |
| 2002-12-16 | 01:03 | 1038  INV SUSP VEH J1 OCC<br>MBRUNDI<br>WITH LOUISIANA PLATE<br>1008    325    0108 | KERSEY BONDED TERMITE CO<br>200 CUMMINS AVE EAST | 098080143 | SUTHERLAND, JASON | 01:03 | 01:03 | 01:06 | 00:03 |
| 2002-12-16 | 01:07 | 1028  VEH REG INFO<br>MBRUNDI | | 098080144 | SUTHERLAND, JASON | 01:08 | 01:08 | 01:10 | 00:02 |
| 2002-12-16 | 01:28 | 1006  SECURITY CHECK<br>MBRUNDI<br>EAST SECTOR NO DISCREPENCIES | | 098080145 | DODSON, PHILLIP | 01:28 | 01:28 | 01:28 | 00:00 |
| 2002-12-16 | 02:46 | 1028  VEH REG INFO<br>MBRUNDI<br>1038 AROUND BARNES AND WOODHAM ST<br>W/M   MID  30'S | | 098080146 | BLUE, JASON | 02:46 | 02:46 | 02:55 | 00:09 |
| 2002-12-16 | 02:57 | 1038  INV SUSP VEH J2 UNOC<br>MBRUNDI | | 098080147 | BLUE, JASON | 02:58 | 02:58 | 02:58 | 00:00 |

DEFENDANT'S EXHIBIT 4

```
                Dispatch Report - Calls by Number
            Reporting Period: Dec 16,2002 to Dec 17,2002
```

Printed : Mon Jun 19,2006   5:01 pm                                         Page #   2

| Date | Time | Nature Of Call<br>Dispatcher | Location | Call #<br>Report # | Responding | Dptch | On<br>Scene | Clrd | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | SOUTH SIDE BAPTIST | 23A553A | | | | | | |
| 2002-12-16 | 03:01 | JA    JAIL<br>MBRUNDI<br>1004 JA CK        307 | | 098080148 | WISE, KEVIN | 03:01 | 03:01 | 04:01 | 01:00 |
| 2002-12-16 | 03:12 | 1028  VEH REG INFO<br>MBRUNDI | | 098080149 | BLUE, JASON | 03:12 | 03:12 | 03:13 | 00:01 |
| 2002-12-16 | 03:13 | 1039  TRAFFIC STOP<br>MBRUNDI<br>ADAMS RD RUNNING STOP SIGN<br>1027   1029   OLN/5350890           321    0317<br>1006 W/321         320                  0320<br>1008      NEG I/O TAKEN         320    0325 | | 098080150 | BLUE, JASON | 03:13 | 03:13 | 04:01 | 00:48 |
| 2002-12-16 | 04:00 | CD13  CONDUCT WALK PATROL<br>MBRUNDI<br>1024 1008    325    0414 | OPP HIGH SCHOOL<br>502 MALOY ST NORTH | 098080151 | SUTHERLAND, JASON | 04:00 | 04:00 | 04:12 | 00:12 |
| 2002-12-16 | 04:01 | CD13  CONDUCT WALK PATROL<br>MBRUNDI<br>HOSS'S AND COVINGTON  AV 1004 ABOUT  30 MIN AGO | SOUTH HIGHLANDS ELEMENTARY<br>503 BROWN ST | 098080152 | BLUE, JASON | 04:01 | 04:01 | 04:01 | 00:00 |
| 2002-12-16 | 04:59 | 1039  TRAFFIC STOP<br>MBRUNDI<br>84 WEST IN FRONT OF  29'S RES<br>1008       1039         321     0502 | | 098080153 | BLUE, JASON | 04:59 | 04:59 | 05:00 | 00:01 |
| 2002-12-16 | 05:04 | 1039  TRAFFIC STOP<br>MBRUNDI<br>1008   321      0508 | DAWKIN'S DISCOUNT FLOOR COVERING<br>2119 HWY 84 WEST | 098080154 | BLUE, JASON | 05:05 | 05:05 | 05:06 | 00:01 |
| 2002-12-16 | 05:09 | 1006  SECURITY CHECK<br>MBRUNDI<br>GASING MILES   107534     8 GALS P15 | | 098080155 | SUTHERLAND, JASON | 05:10 | 05:10 | 05:10 | 00:00 |
| 2002-12-16 | 05:13 | 1006  REFUELING<br>MBRUNDI<br>GASING MILES   141633    8 GALS P14 | | 098080156 | BLUE, JASON | 05:13 | 05:13 | 05:13 | 00:00 |
| 2002-12-16 | 07:26 | 1006  PERSONAL<br>MGENT | FARMER'S IGA<br>907 LEMAR PLAZA | 098080157 | SHAW, BILL | 07:26 | 07:26 | 07:37 | 00:11 |
| 2002-12-16 | 08:36 | 1006  REFUELING<br>MGENT | CITY YARD | (UV) 098080158 | LUBERT, SUE | 08:36 | 08:36 | 08:44 | 00:08 |

```
Dispatch Report - Calls by Number
Reporting Period: Dec 16,2002 to Dec 17,2002
```

Printed : Mon Jun 19,2006  5:01 pm                                              Page #   3

| Date | Time | Nature Of Call / Dispatcher | Location | Call # Report # | Responding | Dptch | On Scene | Clrd | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | GAS MILES 120596 18.0 GAL | | | | | | | |
| 2002-12-16 | 09:27 | 1006 POLICE BUSINESS MGENT | CITY OF OPP 108 MAIN ST NORTH | 098080159 | HOWARD, DONALD | 09:27 | 09:27 | 09:46 | 00:19 |
| 2002-12-16 | 09:35 | 1006 POLICE BUSINESS MGENT | PHILLIPS OFFICE PRODUCTS 200 COVINGTON AVE WEST | 098080160 | LUBERT, SUE | 09:36 | 09:36 | 09:45 | 00:09 |
| 2002-12-16 | 09:38 | 1046 LOCK JOCK MGENT | MAC ARTHUR TECHNICAL SCHOOL 1706 MAIN ST NORTH | 098080161 | WEATHERFORD, DONNELL | 09:39 | | 10:01 | 00:22 |
| 2002-12-16 | 09:55 | 1006 PERSONAL MGENT | MIZELL MEMORIAL HOSPITAL 702 MAIN ST NORTH | 098080162 | SHAW, BILL | 09:55 | 09:55 | 12:08 | 02:13 |
| 2002-12-16 | 10:27 | 1006 PERSONAL MGENT | OPP NURSING FACILITY 115 PAULK AVE | 098080163 | HOWARD, DONALD | 10:27 | 10:27 | 12:09 | 01:42 |
| 2002-12-16 | 10:40 | 1046 LOCK JOCK MGENT | U S POST OFFICE 710 PERRY STORE RD | 098080164 | LUBERT, SUE | 10:48 | 10:53 | 10:59 | 00:11 |
| 2002-12-16 | 10:47 | 1072 MEET COMPLAINANT MGENT SUBJECT WANTING TO REPORT CHECKS STOLEN. | OPP POLICE DEPARTMENT 106 MAIN ST NORTH | 098080165 | CARNLEY, NICKEY | 10:49 | 10:49 | 11:19 | 00:30 |
| 2002-12-16 | 11:45 | CD8 OUT MEAL BREAK MGENT | | 098080166 | WEATHERFORD, DONNELL | 11:45 | 11:45 | 12:18 | 00:33 |
| 2002-12-16 | 12:06 | 1006 POLICE BUSINESS MGENT | 411 13TH ST | 098080167 | LUBERT, SUE | 12:07 | 12:07 | 12:18 | 00:11 |
| 2002-12-16 | 13:51 | CD13 CONDUCT WALK PATROL MJASINS | LEMAR PLZ | (UV) 098080168 | JOYNER, PHILLIP | 13:52 | 13:52 | 14:00 | 00:08 |
| 2002-12-16 | 14:08 | 1006 REFUELING MJASINS P15 107722 11.4 GALLONS | | 098080169 | PERLMUTER, DAVID | 14:08 | 14:08 | 14:09 | 00:01 |
| 2002-12-16 | 14:12 | JA JAIL MJASINS JAIL CHECK | | 098080170 | JOYNER, PHILLIP | 14:12 | 14:12 | 14:12 | 00:00 |
| 2002-12-16 | 14:16 | CD14 OUT OF CAR AT MJASINS | ON WT | (UV) 098080171 | HARRELL, DAVID | 14:16 | 14:16 | 14:25 | 00:09 |

```
                    Dispatch Report - Calls by Number
                    Reporting Period: Dec 16,2002 to Dec 17,2002
```

Printed : Mon Jun 19,2006  5:01 pm                                            Page #   4

| Date | Time | Nature Of Call / Dispatcher | Location | Call # / Report # | Responding | Dptch | On Scene | Clrd | Total |
|---|---|---|---|---|---|---|---|---|---|
| 2002-12-16 | 14:26 | 1006  SECURITY CHECK<br>MJASINS | FRED'S DOLLAR STORE<br>505 MAIN ST NORTH | 098080172 | HARRELL, DAVID | 14:26 | 14:26 | 14:29 | 00:03 |
| 2002-12-16 | 14:26 | CD13  CONDUCT WALK PATROL<br>MJASINS | MARKET PLACE PLZ | (UV) 098080173 | PERLMUTER, DAVID | 14:26 | 14:26 | 14:33 | 00:07 |
| 2002-12-16 | 14:44 | 1028  VEH REG INFO<br>MJASINS<br>THIS 1028 IS DISPLAYED ON A RED CHEVY CORSICA<br>VIN # 1G1LT54G4LY195706<br>1038 J2 | OLD PERRY STORE RD/MALAY ST | (UV) 098080174 | JOYNER, PHILLIP | 14:45 | 14:45 | 15:05 | 00:20 |
| 2002-12-16 | 15:20 | 1072  MEET COMPLAINANT<br>MJASINS<br>SOMEONE STOLE SUBJECTS GARBAGE CAN | 516 BARNES ST | 098080175 | JOYNER, PHILLIP | 15:23 | 15:29 | 15:44 | 00:21 |
| 2002-12-16 | 15:29 | CD14  OUT OF CAR AT<br>MJASINS<br>SUBJECT CAME BACK TO THIS LOCATION AGAIN TODAY<br>THE ONE FROM LAST NIGHT | 510 10TH STREET | (UV) 098080176 | PERLMUTER, DAVID | 15:30 | 15:30 | 15:40 | 00:10 |
| 2002-12-16 | 15:34 | 1006  REFUELING<br>MJASINS<br>P12  104447<br>12.5 GALLONS | | 098080177 | HARRELL, DAVID | 15:34 | 15:34 | 15:44 | 00:10 |
| 2002-12-16 | 15:49 | CD14  OUT OF CAR AT<br>MJASINS | MR HENRY # 10<br>513 CUMMINS AVE EAST | 098080178 | JOYNER, PHILLIP | 15:49 | 15:49 | 15:55 | 00:06 |
| 2002-12-16 | 16:20 | CD13  CONDUCT WALK PATROL<br>MJASINS | DELTA PLAZ | (UV) 098080179 | HARRELL, DAVID | 16:20 | 16:20 | 16:34 | 00:14 |
| 2002-12-16 | 16:34 | 1028  VEH REG INFO<br>MJASINS | | 098080180 | HARRELL, DAVID | 16:34 | 16:34 | 16:34 | 00:00 |
| 2002-12-16 | 16:35 | 1028  VEH REG INFO<br>MJASINS<br>THE DRIVER OF 24A819J WAS GOING TRHOUGH THIS VEH AT DELTA PLZ | | 098080181 | HARRELL, DAVID | 16:35 | 16:35 | 16:37 | 00:02 |
| 2002-12-16 | 16:36 | CD13  CONDUCT WALK PATROL<br>MJASINS | LEMAR PLZ | (UV) 098080182 | JOYNER, PHILLIP | 16:36 | 16:36 | 17:21 | 00:45 |
| 2002-12-16 | 16:40 | CD14  OUT OF CAR AT<br>MJASINS | IGA<br>905 HWY 331 SOUTH | 098080183 | SHAW, BILL | 16:40 | 16:40 | 16:54 | 00:14 |

```
            Dispatch Report - Calls by Number
            Reporting Period: Dec 16,2002 to Dec 17,2002
```

Printed : Mon Jun 19,2006   5:01 pm                                          Page #   5

| Date | Time | Nature Of Call<br>Dispatcher | Location | Call #<br>Report # | Responding | Dptch On Clrd<br>Scene Total |
|---|---|---|---|---|---|---|
| 2002-12-16 | 17:25 | 1028  VEH REG INFO<br>MJASINS | | 098080184 | PERLMUTER, DAVID | 17:25 17:25 17:25 00:00 |
| 2002-12-16 | 17:47 | 1059  ESCORT<br>MJASINS | MCDONALD'S<br>331 WILLIAMS RD | 098080185 | JOYNER, PHILLIP | 17:54 17:54 17:59 00:05 |
| 2002-12-16 | 17:56 | 1095  RECKLESS DRIVER<br>MJASINS<br>1028 23A543T | 331 N | (UV) 098080186 | HARRELL, DAVID<br>PERLMUTER, DAVID | 17:57 17:59 17:59 00:02<br>17:57 17:59 17:59 00:02 |
| 2002-12-16 | 18:20 | CD8   OUT MEAL BREAK<br>MJASINS | | 098080187 | PERLMUTER, DAVID | 18:20 18:20 19:20 01:00 |
| 2002-12-16 | 18:23 | 1028  VEH REG INFO<br>MJASINS | | 098080188 | INABINETT, CHRIS | 18:23 18:23 18:23 00:00 |
| 2002-12-16 | 18:39 | 1038  INV SUSP VEH J2 UNOC<br>MJASINS<br>1028 19A066D<br>1028 HS CE3443 AT NURSING BLDG | MAC ARTHUR TECHNICAL SCHOOL<br>1706 MAIN ST NORTH | 098080189 | HARRELL, DAVID | 18:39 18:39 18:48 00:09 |
| 2002-12-16 | 18:48 | CD8   OUT MEAL BREAK<br>MJASINS | | 098080190 | JOYNER, PHILLIP | 18:48 18:48 19:20 00:32 |
| 2002-12-16 | 19:29 | CD14  OUT OF CAR AT<br>MJASINS<br>SPEAKING WITH JEREMY SHELDON | 4TH/ARNOLD | (UV) 098080191 | PERLMUTER, DAVID<br>JOYNER, PHILLIP<br>INABINETT, CHRIS | 19:31 19:31 19:33 00:02<br>19:31 19:31 19:33 00:02<br>19:29 19:29 19:33 00:04 |
| 2002-12-16 | 19:37 | 1095  RECKLESS DRIVER<br>MJASINS<br>SMALL PU ONE HEAD LIGTH 1095 THIS AREA<br>NEGATIVE CONTACT | 2ND/MAUDE | (UV) 098080192 | PERLMUTER, DAVID | 19:38 19:38 19:45 00:07 |
| 2002-12-16 | 19:55 | CD13  CONDUCT WALK PATROL<br>MJASINS | EAST COVINGTON | (UV) 098080193 | JOYNER, PHILLIP | 19:55 19:55 20:05 00:10 |
| 2002-12-16 | 20:05 | 1006  SECURITY CHECK<br>MJASINS | HOSS'S AUTO SALES<br>1001 CUMMINS AVE WEST | 098080194 | PERLMUTER, DAVID | 20:06 20:06 20:06 00:00 |
| 2002-12-16 | 20:09 | CD13  CONDUCT WALK PATROL<br>MJASINS | J M JACKSON USED CARS<br>913 HWY 331 SOUTH | 098080195 | JOYNER, PHILLIP | 20:09 20:09 20:12 00:03 |
| 2002-12-16 | 20:19 | 1022  REPORT IN PERSON<br>MJASINS | OPP POLICE DEPARTMENT<br>106 MAIN ST NORTH | 098080196 | PERLMUTER, DAVID<br>JOYNER, PHILLIP | 20:20 20:21 20:30 00:10<br>20:20 20:21 20:41 00:21 |

```
                Dispatch Report - Calls by Number
                Reporting Period: Dec 16,2002 to Dec 17,2002
```

Printed : Mon Jun 19,2006   5:01 pm                                                      Page #   6

| Date | Time | Nature Of Call / Dispatcher | Location | Call # / Report # | Responding | Dptch | On Scene | Clrd | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | ARGUMENT IN PARKING LOT | | | INABINETT, CHRIS | 20:20 | 20:21 | 20:41 | 00:21 |
| 2002-12-16 | 20:30 | CD14  OUT OF CAR AT<br>MJASINS<br>CROWD CONTROL | OPP HIGH SCHOOL<br>502 MALOY ST NORTH | 098080197 42 | | 20:30 | 20:30 | 20:45 | 00:15 |
| 2002-12-16 | 20:56 | 1046  LOCK JOCK<br>MJASINS<br>WHT GRANDAM | 1107 ROSALIE | (UV) 098080198 | PERLMUTER, DAVID<br>JOYNER, PHILLIP | 21:07<br>20:58 | 21:07<br>21:07 | 21:28<br>21:28 | 00:21<br>00:30 |
| 2002-12-16 | 20:58 | 1039  TRAFFIC STOP<br>MJASINS<br>1027 BY OLN 7340597 | SUBWAY<br>101 STEWART AVE EAST | 098080199 | PERLMUTER, DAVID | 20:58 | 20:58 | 21:02 | 00:04 |
| 2002-12-16 | 22:04 | 1028  VEH REG INFO<br>MBRUNDI<br>1039  ON VEH NORTH JACKSON  JUST NORTH OF STWART<br>1006 W/320         325            2208 | | 098080200 | WISE, KEVIN | 22:04 | 22:04 | 22:06 | 00:02 |
| 2002-12-16 | 22:05 | 1015  J3 PRISONER<br>MBRUNDI | | 098080201 | WISE, KEVIN | 22:06 | 22:06 | 01:34 | 03:28 |
| 2002-12-16 | 22:08 | 1077  DRUG RELATED CALL<br>MBRUNDI<br>IN TOOL BOX<br>1021    805           320    2211 | | 098080202 | | | | | |
| 2002-12-16 | 22:17 | 1039  TRAFFIC STOP<br>MBRUNDI<br>N JACKSON AND SPEAR ST DEFECTIVE EQUIP<br>1027 1029  OLN/9118306          342    2223<br>1008 1039 VERBAL           342    2223 | | 098080203 | DODSON, PHILLIP | 22:17 | 22:17 | 22:21 | 00:04 |
| 2002-12-16 | 22:26 | 10-84 EN ROUTE<br>MBRUNDI<br>WITH 1015   325  VEH INVENTORY<br>1010    PD   320         2232<br>1027    1029 SOC/421 15 4987          320    2238 | OPP POLICE DEPARTMENT<br>106 MAIN ST NORTH | 098080204 | | | | | |
| 2002-12-16 | 22:58 | SIG 3 REPORT TO STATION<br>MBRUNDI | | 098080205 | SUTHERLAND, JASON | 22:58 | 22:58 | 00:18 | 01:20 |
| 2002-12-16 | 22:58 | 1059  ESCORT<br>MBRUNDI | IGA<br>905 HWY 331 SOUTH | 098080206 | | | | | |

```
Dispatch Report - Calls by Number
Reporting Period: Dec 16,2002 to Dec 17,2002
```

Printed : Mon Jun 19,2006  5:01 pm                                          Page #   7

| Date | Time | Nature Of Call / Dispatcher | Location | Call # / Report # | Responding | Dptch | On Scene | Clrd | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | 342 | | 342 | | | | | |
| | | 1084   1059 | 2313 | | | | | | |
| | | 1008   1024 | 2316 | | | | | | |
| 2002-12-16 | 23:56 | 1072  MEET COMPLAINANT<br>MBRUNDI<br>F 6 NEED TO TALK W/POLICE REF  1038<br>1023<br>1008 | WOODFIELD APT<br>2205 HWY 84 WEST<br><br>331     0005<br>331     0019 | 098080207 | | | | | |
| 2002-12-17 | 00:24 | 1059  ESCORT<br>MBRUNDI<br>1023   325<br>1024   1008 | MCDONALD'S<br>331 WILLIAMS RD<br>0026<br>325    0033 | 098080208 | | | | | |
| 2002-12-17 | 00:45 | 1006  PERSONAL<br>MBRUNDI | MIZELL MEMORIAL HOSPITAL<br>702 MAIN ST NORTH | 098080209 | HARRELL, DAVID | 00:45 | 00:45 | 03:54 | 03:09 |
| 2002-12-17 | 01:34 | 1028  VEH REG INFO<br>MBRUNDI<br>1039<br>1006 W/320<br>1008   320   25 | <br>331 SO JUST NORTH OF JONES FORD<br>325    0136<br>0149 | 098080210 | WISE, KEVIN | 01:34 | 01:34 | 01:47 | 00:13 |
| 2002-12-17 | 02:48 | 1028  VEH REG INFO<br>MBRUNDI<br>1038  J2 TOM THUMB | | 098080211 | WISE, KEVIN | 02:49 | 02:49 | 02:51 | 00:02 |
| 2002-12-17 | 04:48 | 10-84 EN ROUTE<br>MBRUNDI<br>TO CHECK A VEH CO RD 93  FRIENDSHIP SUBJ IN A CAR AND WILL NOT WAKE UP<br>1023     1028<br>1027 | <br>0456<br>0456 | 098080212 | | | | | |
| 2002-12-17 | 04:57 | 1077  DRUG RELATED CALL<br>MBRUNDI<br>FIND<br>1021     805   0502 | | 098080213 | | | | | |
| 2002-12-17 | 05:11 | 1032  MAN WITH A GUN<br>MBRUNDI<br>LOADED RIFLE AND A PISTOL FIND | | 098080214 | | | | | |
| 2002-12-17 | 05:15 | 1032  MAN WITH A GUN<br>MBRUNDI | | 098080215 | | | | | |

```
                Dispatch Report - Calls by Number
                Reporting Period: Dec 16,2002 to Dec 17,2002
```

Printed : Mon Jun 19,2006   5:01 pm                                           Page #   8

| Date | Time | Nature Of Call Dispatcher | Location | Call # Report # | Responding | Dptch | On Scene | Clrd | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | LOADED SHOT GUN | | 098080216 | | | | | |
| 2002-12-17 | 05:16 | 1032 MAN WITH A GUN MBRUNDI ANOTHER RIFLE RECOVERY  LOADED | | | | | | | |
| 2002-12-17 | 05:18 | 1051 ROTATION WRECKER MBRUNDI | | 098080217 | WISE, KEVIN | 05:18 | 05:18 | 05:19 | 00:01 |
| 2002-12-17 | 05:19 | 1015 J3 PRISONER MBRUNDI AND    331    2 X'S | | 098080218 | WISE, KEVIN | 05:19 | 05:19 | 05:43 | 00:24 |
| 2002-12-17 | 05:29 | 1090 ALARM HOUSE MBRUNDI | 815 BROOKSIDE DR | 098080219 | LUBERT, SUE | 05:34 | 05:38 | 05:40 | 00:06 |
| 2002-12-17 | 07:14 | CD8 OUT MEAL BREAK MBRUNDI | B & B STEAKHOUSE 208 CUMMINS AVE WEST | 098080220 | SHAW, BILL | 07:14 | 07:14 | 08:21 | 01:07 |
| 2002-12-17 | 08:21 | CO COURT MBRUNDI | ANDALUSIA | (UV) 098080221 | CARNLEY, NICKEY | 08:21 | 08:21 | 10:45 | 02:24 |
| 2002-12-17 | 08:28 | 1006 REFUELING MBRUNDI GAS MILES 104573 12.2 GAL | CITY YARD | (UV) 098080222 | LOGAN, JENKINS | 08:28 | 08:28 | 08:29 | 00:01 |
| 2002-12-17 | 09:01 | 1039 TRAFFIC STOP MBRUNDI | HWY 84 EAST/ELLIS RD | (UV) 098080223 | LOGAN, JENKINS | 09:01 | 09:01 | 09:03 | 00:02 |
| 2002-12-17 | 10:43 | 1006 POLICE BUSINESS MGENT | SUPERINTENDENT OF EDUCATION O | (UV) 098080224 | SHAW, BILL | 10:45 | 10:45 | 12:38 | 01:53 |
| 2002-12-17 | 10:50 | 1006 POLICE BUSINESS MGENT | OLD BARN 1006 BARNES ST | 098080225 | LUBERT, SUE | 10:51 | 10:51 | 11:48 | 00:57 |
| 2002-12-17 | 11:49 | 1072 MEET COMPLAINANT MGENT | SUBWAY 101 STEWART AVE EAST | 098080226 | LUBERT, SUE | 11:49 | | 12:38 | 00:49 |
| 2002-12-17 | 13:33 | JA  JAIL GWIGGIN 10-6 STATION REFERENCE JAIL CHECK EVERYTHING CHECKED 10-4 10-8 | ********** | (UV) 098080227 | JOYNER, PHILLIP | 13:33 | 13:33 | 13:38 | 00:05 |
| 2002-12-17 | 13:45 | SIG 3 REPORT TO STATION GWIGGIN | ********** | (UV) 098080228 | THOMPSON, EARL | 13:45 | 13:45 | 14:07 | 00:22 |

```
            Dispatch Report - Calls by Number
            Reporting Period: Dec 16,2002 to Dec 17,2002
```

Printed : Mon Jun 19,2006  5:01 pm                                                  Page #   9

| Date | Time | Nature Of Call / Dispatcher | Location | Call # / Report # | Responding | Dptch | On Scene | Clrd | Total |
|---|---|---|---|---|---|---|---|---|---|

```
          10-6 STATION WITH 10-72 IN LOBBY
          10-8
-------------------------------------------------------------------------------------------------
2002-12-17 13:48 1072  MEET COMPLAINANT    PINEVIEW T/P              (UV) 098080229 JOYNER, PHILLIP    13:49 13:57 14:18 00:29
          GWIGGIN                NONE COOL SPRINGS RD   ********
          10-72 ADVISED NEEDED TO GO TO PINEVIEW TRAILER PARK LOT #91 AND ADVISE
          (WINKLER) SUBJECT THAT HE NEEDED TO GO TO THE FAMILY DOLLAR STORE AND
          CLEAN OUT THEIR TRASH BIN THAT HAD HIS NAME ON IT
          10-84
          10-23
          10-27 ALABAMA OLN 7436439 CUT AND HOLD JUST IN CASE SUBJECT DOES NOT
          GO THE BUSINESS AND CLEAN UP HIS MESS
          10-8
-------------------------------------------------------------------------------------------------
2002-12-17 14:01 CD14  OUT OF CAR AT       WYATT'S FUNERAL HOME      (UV) 098080230 MCDONALD, MICHAEL  14:02 14:02 14:40 00:38
          GWIGGIN                1018 HWY 331 SOUTH     ***********
          10-6 WYATT'S FUNERAL HOME 10-59
          10-8
-------------------------------------------------------------------------------------------------
2002-12-17 14:10 SIG 3 REPORT TO STATION   **********                (UV) 098080231 GIBSON, JIMMY      14:10 14:10 14:30 00:20
          GWIGGIN
          10-6 STATION WITH TRUSTYS
          10-8
-------------------------------------------------------------------------------------------------
2002-12-17 14:18 1064  MESSAGE FOR DEL.    GENERAL MANUFACTORING  ***** (UV) 098080232 JOYNER, PHILLIP  14:19       14:25 00:06
          GWIGGIN
          KIDDIE KORNER CALLED AND ASKED IF A OFFICER COULD PLEASE GO BY THE OLD
          GENERAL MANUFACTORING COMPANY AND RELAY A MESSAGE TO KATHY CHURCHWELL
          THAT WORKED THERE AND ADVISE HER SHE NEEDED TO PICK UP HER CHILD THAT
          WAS RUNNING A FEVER OF 104
          10-84
          201 ADVISED 10-25 MADE CONTACT WITH SUBJECT
          10-8
-------------------------------------------------------------------------------------------------
2002-12-17 14:30 1059  ESCORT              WYATT'S FUNERAL HOME      (UV) 098080233 HOWARD, DONALD     14:30 14:30 14:40 00:10
          GWIGGIN                1018 HWY 331 SOUTH     ***********
          10-6 10-59 WYATT'S FUNERAL HOME
          10-8
-------------------------------------------------------------------------------------------------
2002-12-17 14:49 CD13  CONDUCT WALK PATROL OPP MARKET PLACE  ********** (UV) 098080234 PERLMUTER, DAVID 14:50 14:50 15:05 00:15
          GWIGGIN
          10-6 WALK THROUGH OPP MARKET PLACE
          10-8
-------------------------------------------------------------------------------------------------
2002-12-17 14:52 CD13  CONDUCT WALK PATROL LEMAR PLAZA  ****           (UV) 098080235 JOYNER, PHILLIP   14:52 14:52 15:00 00:08
          GWIGGIN
```

```
                    Dispatch Report - Calls by Number
                    Reporting Period: Dec 16,2002 to Dec 17,2002
```

Printed : Mon Jun 19,2006  5:01 pm                                        Page #   10

| Date | Time | Nature Of Call  Dispatcher | Location | Call #  Report # | Responding | Dptch | On Scene | Clrd | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | 10-6 WALK THROUGH LEMAR PLAZA | | | | | | | |
| | | 10-8 | | | | | | | |
| 2002-12-17 | 15:20 | CD14  OUT OF CAR AT  GWIGGIN | NORTH OF BYPASS/FLORALA HWY | (UV) 098080236 | | | | | |
| | | 10-6 OUT OF VEHICLE WITH A LOG TRUCK NORTH OF BYPASS/FLORALA HWY | | | | | | | |
| | | 10-8 | | | | | | | |
| 2002-12-17 | 15:29 | SIG 3 REPORT TO STATION  GWIGGIN | ******** | (UV) 098080237 | PERLMUTER, DAVID | 15:29 | 15:29 | 15:43 | 00:14 |
| | | 10-6 STATION A MOMENT REFERENCE 227 | | | | | | | |
| | | 10-8 | | | | | | | |
| 2002-12-17 | 15:32 | AC  ANIMAL COMPLAINT  GWIGGIN | PINEVIEW T/P  NONE COOL SPRINGS RD | (UV) 098080238  ********* | THOMPSON, EARL  HOWARD, DONALD | 15:32  15:32 | 15:38  15:41 | 16:13  16:13 | 00:41  00:41 |
| | | KAY SCHOFIELD CALLED AND ADVISED A SUBJECT HAS BEEN BITTEN BY A | | | | | | | |
| | | BULLDOG AT PINEVIEW TRAILER PARK | | | | | | | |
| | | 10-84 | | | | | | | |
| | | 10-23 | | | | | | | |
| | | 10-6 I/O REPORT | | | | | | | |
| | | 10-8 | | | | | | | |
| 2002-12-17 | 15:58 | CD13  CONDUCT WALK PATROL  GWIGGIN | LEMAR PLAZA   ******** | (UV) 098080239 | JOYNER, PHILLIP | 15:59 | 15:59 | 16:07 | 00:08 |
| | | 10-6 WALK THROUGH LEMAR PLAZA | | | | | | | |
| | | 10-8 | | | | | | | |
| 2002-12-17 | 16:08 | 1072  MEET COMPLAINANT  GWIGGIN | HOSS'S AUTO SALES  1001 CUMMINS AVE WEST | (UV) 098080240  ******** | | | | | |
| | | 10-72 HOSS'S AUTO SALES REFERENCE CRIMINAL MISCHIEF | | | | | | | |
| | | 10-84 | | | | | | | |
| | | 10-23 | | | | | | | |
| | | 10-8- | | | | | | | |
| | | 10-6 I/O REPORT | | | | | | | |
| | | 10-8 | | | | | | | |
| 2002-12-17 | 16:11 | SIG 3 REPORT TO STATION  GWIGGIN | ************ | (UV) 098080241 | JOYNER, PHILLIP | 16:11 | 16:11 | 16:37 | 00:26 |
| | | 10-6 STATION A MOMENT | | | | | | | |
| | | 10-8 | | | | | | | |
| 2002-12-17 | 16:30 | 1059  ESCORT  GWIGGIN | COLONIAL BANK  113 HART AVE EAST | (UV) 098080242  ********* | HARRELL, DAVID | 16:30 | 16:32 | 16:47 | 00:17 |
| | | 10-59 COLONIAL BANK | | | | | | | |
| | | 10-84 | | | | | | | |

```
                        Dispatch Report - Calls by Number
                        Reporting Period: Dec 16,2002 to Dec 17,2002
```

Printed : Mon Jun 19,2006   5:01 pm                                            Page #   11

| Date | Time | Nature Of Call<br>Dispatcher | Location | Call #<br>Report # | Responding | Dptch | On Scene | Clrd | Total |
|------|------|------------------------------|----------|--------------------|------------|-------|----------|------|-------|

```
                    10-23
                    10-8

2002-12-17 16:41 1046  LOCK JOCK          U S POST OFFICE              (UV) 098080243 JOYNER, PHILLIP    16:41 16:47 16:57 00:16
                 GWIGGIN                  710 PERRY STORE RD   *******
                 10-46 LOCK JOCK US POST OFFICE
                 10-84
                 10-23
                 10-8

2002-12-17 16:58 1059  ESCORT             MCDONALD'S                   (UV) 098080244 PERLMUTER, DAVID   16:58 17:01 17:09 00:11
                 GWIGGIN                  331 WILLIAMS RD    ************
                 10-59 MCDONALD'S
                 10-84
                 10-23
                 10-8

2002-12-17 17:01 CD14  OUT OF CAR AT      *******                      (UV) 098080245 JOYNER, PHILLIP    17:01 17:01 17:10 00:09
                 GWIGGIN
                 10-6 OUT OF VEHICLE A MOMENT
                 10-8

2002-12-17 17:17 1072  MEET COMPLAINANT   JIMMY ROGERS  APARTMENTS APAR (UV) 098080246 PERLMUTER, DAVID  17:17 17:21 17:36 00:19
                 GWIGGIN                                                              THOMPSON, EARL     17:19 17:21 17:31 00:12
                 10-72 316 BROWN STREET JIMMY ROGERS APARTMENT #1 (HARASSING)         JOYNER, PHILLIP    17:22 17:22 17:35 00:13
                 10-84
                 10-23
                 10-6
                 249 ADVISED CHILD CUSTODY
                 UNITS 10-8

2002-12-17 17:34 CD8   OUT MEAL BREAK     ************                 (UV) 098080247 THOMPSON, EARL     17:34 17:34 18:03 00:29
                 GWIGGIN
                 10-6 SIGNAL 8
                 10-8

2002-12-17 17:43 CD14  OUT OF CAR AT      CHILDRE TRAILER PARK  ****** (UV) 098080248 PERLMUTER, DAVID   17:43 17:44 17:48 00:05
                 GWIGGIN                                                              JOYNER, PHILLIP    17:43 17:43 17:48 00:05
                 10-6 OUT AT CHILDRE TRAILER PARK REFERENCE 10-29'S ON SUBJECT        INABINETT, CHRIS   17:43 17:44 17:48 00:05
                 10-8

2002-12-17 17:50 JA    JAIL               ***********                  (UV) 098080249 HARRELL, DAVID     17:50 17:50 17:55 00:05
                 GWIGGIN
                 331 ADVISED ORDER JAIL MEALS
                 201 ORDERED 4 JAIL MEALS
```

```
             Dispatch Report - Calls by Number
             Reporting Period: Dec 16,2002 to Dec 17,2002
```

Printed : Mon Jun 19,2006   5:01 pm                                                                    Page #   12

| Date | Time | Nature Of Call Dispatcher | Location | Call # Report # | Responding | Dptch | On Scene | Clrd | Total |
|---|---|---|---|---|---|---|---|---|---|
| 2002-12-17 | 17:51 | 1039  TRAFFIC STOP GWIGGIN 10-39 GROCERY OUTLET NO 10-28 WHITE 4-RUNNER 10-27 ALABAMA OLN 5129254 10-8 | GROCERY OUTLET 408 MAIN ST NORTH  ********* | (UV) 098080250 | PERLMUTER, DAVID JOYNER, PHILLIP | 17:51 17:51 | 17:52 17:51 | 17:54 17:54 | 00:03 00:03 |
| 2002-12-17 | 17:55 | CD14  OUT OF CAR AT GWIGGIN 10-6 OUT OF VEHICLE A MOMENT REFERENCE 10-29'S 10-8 | ********** | (UV) 098080251 | JOYNER, PHILLIP | 17:57 | 17:57 | 18:01 | 00:04 |
| 2002-12-17 | 18:05 | CD8   OUT MEAL BREAK GWIGGIN 10-6 SIGNAL 8 10-8 | ******* | (UV) 098080252 | JOYNER, PHILLIP INABINETT, CHRIS | 18:05 18:06 | 18:05 18:06 | 18:42 18:42 | 00:37 00:36 |
| 2002-12-17 | 18:06 | 1039  TRAFFIC STOP GWIGGIN 10-39 OPINE ROAD 10-28 23BZ808 10-27 ALABAMA OLN 4580935 10-8 | OPINE ROAD  ********* | (UV) 098080253 | PERLMUTER, DAVID | 18:06 | 18:06 | 18:11 | 00:05 |
| 2002-12-17 | 18:08 | JA    JAIL GWIGGIN 10-6 STATION FEEDING INMATES EVERYTHING CHECKED 10-4 10-8 | ********** | (UV) 098080254 | HARRELL, DAVID | 18:08 | 18:08 | 18:17 | 00:09 |
| 2002-12-17 | 18:20 | CD13  CONDUCT WALK PATROL GWIGGIN 10-6 WALK PATROL NORTH SECTOR BUSINESS 10-8 | NORTH SECTOR BUSINESS  ***** | (UV) 098080255 | THOMPSON, EARL | 18:20 | 18:20 | 18:36 | 00:16 |
| 2002-12-17 | 18:28 | CD8   OUT MEAL BREAK GWIGGIN 10-6 SIGNAL 8 10-8 | **************** | (UV) 098080256 | PERLMUTER, DAVID | 18:29 | 18:29 | 18:43 | 00:14 |
| 2002-12-17 | 18:40 | CD14  OUT OF CAR AT GWIGGIN 10-6 OUT WITH DTF 805 KINSTON CITY LIMITS A MOMENT 10-8 | KINSTON POLICE DEPARTMENT  ********** | (UV) 098080257 | HARRELL, DAVID | 18:41 | 18:41 | 19:13 | 00:32 |

```
Dispatch Report - Calls by Number
Reporting Period: Dec 16,2002 to Dec 17,2002
```

Printed : Mon Jun 19,2006  5:01 pm                                            Page #   13

| Date | Time | Nature Of Call / Dispatcher | Location | Call # / Report # | Responding | Dptch | On Scene | Clrd | Total |
|---|---|---|---|---|---|---|---|---|---|
| 2002-12-17 | 18:42 | 1072 MEET COMPLAINANT  GWIGGIN | 112 FORMAN CIRCLE | ********* (UV) 098080258 | PERLMUTER, DAVID | 18:45 | 18:46 | 18:49 | 00:04 |
| | | | | | THOMPSON, EARL | 18:45 | 18:46 | 18:49 | 00:04 |
| | | | | | JOYNER, PHILLIP | 18:42 | 18:46 | 18:47 | 00:05 |
| | | | | | INABINETT, CHRIS | 18:42 | 18:46 | 18:49 | 00:07 |

10-72 CALLER ADVISED JUVENILES WERE THROWING FIREWORKS AT THE HOUSES AND VEHICLES THAT WERE PASSING BY
UNITS 10-84
10-23
OUT SPEAKING WITH SUBJECTS AT THIS TIME
10-8

| 2002-12-17 | 18:49 | CD13 CONDUCT WALK PATROL  GWIGGIN | SOUTH HIGHLANDS ELEMENTARY  503 BROWN ST ********** | (UV) 098080259 | PERLMUTER, DAVID | 18:49 | 18:49 | 19:24 | 00:35 |
| | | | | | INABINETT, CHRIS | 18:49 | 18:49 | 19:24 | 00:35 |

10-6 WALK PATROL SOUTH HIGHLANDS
ADVISED OPEN DOOR AT SOUTH HIGHLANDS  TIME   19:05
235 OUT WITH 239
KEYHOLDER OUT WITH UNITS
ADVISED DOOR SECURED AT THIS TIME
UNITS 10-8

| 2002-12-17 | 18:52 | 1097D CIVIL FIGHTING  GWIGGIN | HOOK'S BAR B QUE  406 HWY 331 SOUTH ********* | (UV) 098080260 | THOMPSON, EARL | 18:52 | 18:52 | 18:59 | 00:07 |

10-6 OUT WITH A VEHICLE AT HOOKS POSSIABLE 10-97 (WANDA DAY)
10-8

| 2002-12-17 | 19:17 | 1039 TRAFFIC STOP  GWIGGIN | OPP CO-OP  *********** | (UV) 098080261 | JOYNER, PHILLIP | 19:17 | 19:17 | 19:18 | 00:01 |

10-39 OP CO-OP
10-28 F39007
10-8

| 2002-12-17 | 19:22 | CD14 OUT OF CAR AT  GWIGGIN | SPURLIN BUILDERS  140 COVINGTON AVE EAST ********* | (UV) 098080262 | JOYNER, PHILLIP | 19:22 | 19:22 | 19:24 | 00:02 |

10-6 OUT OF VEHICLE AT SPURLIN BUILDERS (VEHICLE WITH RUNNING LIGHTS ON)
ADVISED MOODY CONSTRUCTION COMPANY DUMP TRUCK CAN NOT GET LIGHTS TURNED OFF
10-8
201 CALLED ROTHEL AND JULIE AND LEFT A MESSAGE ON THE ANSWERING MACHINE

| 2002-12-17 | 19:25 | CD13 CONDUCT WALK PATROL  GWIGGIN | EAST COVINGTON AVENUE | **** (UV) 098080263 | JOYNER, PHILLIP | 19:25 | 19:25 | 19:34 | 00:09 |

10-6 WALK PATROL EAST COVINGTON AVENUE
10-8

| 2002-12-17 | 19:27 | CD13 CONDUCT WALK PATROL  GWIGGIN | WEST COVINGTON AVENUE | ***** (UV) 098080264 | PERLMUTER, DAVID | 19:27 | 19:27 | 19:42 | 00:15 |

```
                    Dispatch Report - Calls by Number
                    Reporting Period: Dec 16,2002 to Dec 17,2002
```

Printed : Mon Jun 19,2006  5:01 pm                                       Page #   14

| Date | Time | Nature Of Call / Dispatcher | Location | Call # / Report # | Responding | Dptch | On Scene | Clrd | Total |
|------|------|------------------------------|----------|-------------------|------------|-------|----------|------|-------|

```
              10-6 WALK PATROL WEST COVINGTON AVENUE
              10-8

2002-12-17 19:39 CD13  CONDUCT WALK PATROL   J M JACKSON USED CARS        (UV) 098080265 JOYNER, PHILLIP    19:39 19:39 19:42 00:03
              GWIGGIN                        913 HWY 331 SOUTH    ********
              10-6 WALK PATROL JM JACKSON'S USED CARS 331 SOUTH
              10-8

2002-12-17 19:44 JA    JAIL                  ******                       (UV) 098080266 PERLMUTER, DAVID   19:44 19:44 19:49 00:05
              GWIGGIN
              10-6 STATION LOCKING DOWN INMATES
              EVERYTHING CHECKED 10-4
              10-8

2002-12-17 19:50 CD14  OUT OF CAR AT         OPP FIRE DEPARTMENT          (UV) 098080267 THOMPSON, EARL     19:50 19:50 20:07 00:17
              GWIGGIN                        110 MAIN ST NORTH    ********
              10-6 OUT AT OPP FD A MOMENT
              10-8

2002-12-17 19:53 CD13  CONDUCT WALK PATROL   MARKET PLACE PLAZA  ******** (UV) 098080268 HARRELL, DAVID     19:54 19:54 20:16 00:22
              GWIGGIN
              10-6 WALK PATROL MARKET PLACE PLAZA
              10-8

2002-12-17 19:54 CD13  CONDUCT WALK PATROL   HOSS'S AUTO SALES            (UV) 098080269 PERLMUTER, DAVID   19:55 19:55 20:08 00:13
              GWIGGIN                        1001 CUMMINS AVE WEST ********
              10-6 WALK PATROL HOSS'S USED CARS
              10-8

2002-12-17 20:09 CD13  CONDUCT WALK PATROL   MARKET PLACE PLAZA  ******** (UV) 098080270 PERLMUTER, DAVID   20:10 20:10 20:14 00:04
              GWIGGIN
              10-6 WALK PATROL MARKET PLACE PLAZA
              10-8

2002-12-17 20:16 1038  INV SUSP VEH J1 OCC   JOHN'S TIRE CENTER           (UV) 098080271 THOMPSON, EARL     20:16 20:16 20:21 00:05
              GWIGGIN                        201 CUMMINS AVE EAST ********
              10-38 JOHN'S TIRE CENTER
              EVERYTHING 10-4 OWNER'S VEHICLE
              10-8

2002-12-17 20:26 1006  REFUELING             ************                 (UV) 098080272 PERLMUTER, DAVID   20:26 20:26 20:28 00:02
              GWIGGIN
              10-6 REFUELING P-15
              MILES 107918
              8.3 GALLONS
```

```
         Dispatch Report - Calls by Number
         Reporting Period: Dec 16,2002 to Dec 17,2002
```

Printed : Mon Jun 19,2006  5:01 pm                                Page #   15

| Date | Time | Nature Of Call / Dispatcher | Location | Call # / Report # | Responding | Dptch | On Scene | Clrd | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | 10-8 | | | | | | | |
| 2002-12-17 | 20:29 | 1039 TRAFFIC STOP<br>GWIGGIN<br>10-39 COLLEGE/CUMMINGS<br>10-28 23A716A<br>10-8 | COLLEGE/CUMMINGS | ********** | (UV) 098080273 PERLMUTER, DAVID | 20:30 | 20:30 | 20:33 | 00:03 |
| 2002-12-17 | 20:37 | 1006 REFUELING<br>GWIGGIN<br>10-6 REFUELING P-4<br>MILES 206387<br>9 GALLONS EVEN<br>10-8 | ************* | | (UV) 098080274 THOMPSON, EARL | 20:37 | 20:37 | 20:38 | 00:01 |
| 2002-12-17 | 20:51 | SIG 3 REPORT TO STATION<br>GWIGGIN<br>10-6 STATION WITH 10-72<br>10-8 | ********** | | (UV) 098080275 JOYNER, PHILLIP | 20:51 | 20:51 | 20:54 | 00:03 |
| 2002-12-17 | 21:37 | 1039 TRAFFIC STOP<br>MJASINS<br>1027 BY OLN 6780884<br>321 IS OUT WITH 235 AT 21:40 | OPINE | | (UV) 098080276 PERLMUTER, DAVID | 21:38 | 21:38 | 21:51 | 00:13 |
| 2002-12-17 | 21:50 | 1028 VEH REG INFO<br>MJASINS | | | 098080277 GWALTNEY, BROCK | 21:50 | 21:50 | 21:51 | 00:01 |
| 2002-12-17 | 21:53 | 1028 VEH REG INFO<br>MJASINS | | | 098080278 BLUE, JASON | 21:53 | 21:53 | 21:53 | 00:00 |
| 2002-12-17 | 21:54 | 1022 REPORT IN PERSON<br>MJASINS<br>CALLER ADV THAT HE IS MEETING SOMEONE AT THE PHARMACY THAT HE DON'T KNOW AND WOULD LIKE AN OFFICER TO STAND BY | T & C PHARMACY<br>101 PARRISH ST | | 098080279 PERLMUTER, DAVID | 21:55 | 21:59 | 22:08 | 00:13 |
| 2002-12-17 | 21:55 | CD14 OUT OF CAR AT<br>MJASINS<br>WITH A MALE SUBJECT WALKING<br>EVERYTHING 1004 SUBJECT WALKING HOME FROM WORK | OPINE/SHIRLEY | | (UV) 098080280 BLUE, JASON | 21:55 | 21:55 | 21:56 | 00:01 |
| 2002-12-17 | 22:01 | 1072 MEET COMPLAINANT<br>MJASINS<br>CALLER ADV THAT HE CAME HOME FROM WORK AND FOUND THAT HIS HOUSE HAD BEEN BROKEN INTO | 510 OPINE RD | | 098080281 WISE, KEVIN<br>HARRELL, DAVID | 22:08<br>22:04 | 22:09<br>22:09 | 22:19<br>22:23 | 00:11<br>00:19 |

```
                    Dispatch Report    Calls by Number
                    Reporting Period: Dec 16,2002 to Dec 17,2002
```

                                                                                           Page #    16
nted : Mon Jun 19,2006  5:01 pm

| Time | Nature Of Call | Location | Call # Report # | Responding | Dptch | On Scene | Clrd | Total |
|---|---|---|---|---|---|---|---|---|
| Dispatcher | | | | | | | | |

```
                                                                098080282  BLUE, JASON          22:03 22:04 22:09 00:06
-12-17 22:02 HA    HARASSMENT       209 WILLIAMS RD 151                    GWALTNEY, BROCK      22:03 22:06 22:13 00:10
         MJASINS
         CALLING FOR HER NEIGHBOR
         ADV THAT THERE WAS A FIGHT EARLIER AND NOW THE SUBJECT HAS RETURNED
         HARRASSING SUBJECT

                                                                098080283  BLUE, JASON          22:13 22:14 22:21 00:08
2-12-17 22:13 1072  MEET COMPLAINANT    CARVER CT B96                     PERLMUTER, DAVID      22:16 22:16 22:18 00:02
         MJASINS                                                          GWALTNEY, BROCK       22:15 22:16 22:21 00:06
         CALLER ADV THAT HE NEEDED
         A POLICE OFFICER I ASK HIM WHAT WAS GOING ON AND HE STARTING CUSSING
         ME OUT AND SAID THAT ALL THIS SHIT WAS NOT
         NECESSARY TO GET A POLICE OUT THERE THEN HE JUST HELD THE PHONE AND
         WOULD NOT SAY ANYTHING
         AFTER 321 GOT ON SCENCE HE ADV THAT THIS CALL IS IN REF TO THE
         PREVIOUS CALL REF HARASSMENT ON WILLIAMS RD
         EVERYTHING IS 1004

                                                                098080284  WISE, KEVIN          22:23 22:23 22:23 00:00
002-12-17 22:23 1028  VEH REG INFO
         MJASINS

                                                                098080285  GWALTNEY, BROCK      22:28 22:28 22:28 00:00
002-12-17 22:28 1028  VEH REG INFO
         MJASINS

                                                                098080286  WISE, KEVIN          22:30 22:31 22:34 00:04
2002-12-17 22:29 1039  TRAFFIC STOP       OPINE RD                        GWALTNEY, BROCK      22:30 22:30 22:34 00:04
         MJASINS
         1028 IS DISPLAYED ON A 1980
         FORD PU GREY IN COLOR
         1027 BY OLN IN/0580599284

                                                                098080287  BLUE, JASON          22:40 22:40 22:40 00:00
2002-12-17 22:40 1028  VEH REG INFO
         MJASINS

                                                                098080288  PERLMUTER, DAVID     22:58       23:16 00:18
2002-12-17 22:55 1072  MEET COMPLAINANT   MR HENRY #1
                                         803 HWY 84 EAST
         MJASINS
         GAS DRIVE OFF
         WHT VAN APPROX 80 MODEL LOOKS TO BE A PAINTING VAN WITH A RACK ON TOP
         DRIVER IS A WHT MALE LATE 30'S WEARING GLASSES WITH SHORT BROWN HAIR
         LEFT HEADED TOWARD ELBA

                                                                098080289  BLUE, JASON          23:06 23:06 23:06 00:00
2002-12-17 23:06 1028  VEH REG INFO
         MJASINS

                                                          (UV)  098080290  WISE, KEVIN          23:17 23:17 23:35 00:18
                                       JUST PASS CO RD 30                 BLUE, JASON          23:07 23:07 23:28 00:21
2002-12-17 23:07 1039  TRAFFIC STOP
         MJASINS
```

```
            Dispatch Report - Calls by Number
            Reporting Period: Dec 16,2002 to Dec 17,2002
```

Printed : Mon Jun 19,2006   5:01 pm                                              Page #   17

| Date | Time | Nature Of Call<br>Dispatcher | Location | Call #<br>Report # | Responding | Dptch | On<br>Scene | Clrd | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | 321 ADV THAT HE IS 1039 THIS VEH FOR 2316 | | | | | | | |
| 2002-12-17 | 23:24 | 1072  MEET COMPLAINANT<br>MJASINS | LOBBY | (UV) 098080291 | PERLMUTER, DAVID | 23:24 | 23:27 | 23:57 | 00:33 |
| 2002-12-17 | 23:34 | 1028  VEH REG INFO<br>MJASINS | | 098080292 | GWALTNEY, BROCK | 23:34 | 23:34 | 23:34 | 00:00 |
| 2002-12-17 | 23:35 | SIG 3 REPORT TO STATION<br>MJASINS | | 098080293 | GWALTNEY, BROCK | 23:35 | 23:35 | 00:00 | 00:25 |
| 2002-12-17 | 23:40 | SIG 3 REPORT TO STATION<br>MJASINS | | 098080294 | WISE, KEVIN | 23:40 | 23:40 | 23:42 | 00:02 |

Total Count =    159