```
        Dispatch Report - Calls by Number
        Reporting Period: Apr 05,2004 to Apr 06,2004
```

Printed : Mon Jul 10,2006 10:24 am                                                    Page #   1

| Date | Time | Nature Of Call<br>Dispatcher | Location | Call #<br>Report # | Responding | Dptch  On    Clrd<br>       Scene   Total |
|---|---|---|---|---|---|---|
| 2004-04-05 | 00:27 | CD13  CONDUCT WALK PATROL<br>MBRUNDI<br>WEST COVINGTON<br>1008          0034         321 | | 098111578 | BLUE, JASON | 00:28 00:28 00:34 00:06 |
| 2004-04-05 | 00:40 | 1028  VEH REG INFO<br>MBRUNDI | | 098111579 | BLUE, JASON | 00:40 00:40 00:41 00:01 |
| 2004-04-05 | 00:50 | 1039  TRAFFIC STOP<br>MBRUNDI<br>OLN/7024010<br>1039      1008           0052      321 | BALLARD TIRE CO<br>109 CUMMINS AVE WEST | 098111580 | BLUE, JASON | 00:50 00:50 00:51 00:01 |
| 2004-04-05 | 00:55 | 10100 HOT PURSUIT<br>MBRUNDI<br>ALL COMING 331 NORTH   MAROON CALVALIER FLORALA BEHIND VEH COMIING 331<br>NORTH INTO OPP<br>1006  CO RD   40 AND    331 SOUTH            0057<br>1018 STINGERS SET UP BY PASS             0101    ALL<br>1008    10100                321     0124 | | 098111581 | HARRELL, DAVID | 00:55 00:55 01:03 00:08 |
| 2004-04-05 | 01:03 | 1015  J3 PRISONER<br>MBRUNDI<br>331 SOUTH RACE TRACK RD         1006 W/331    323 | | 098111582 | HARRELL, DAVID | 01:03 01:03 02:20 01:17 |
| 2004-04-05 | 01:14 | 1051  ROTATION WRECKER<br>MBRUNDI<br>EXXON  ROLL  BACK 3 FLAT TIRES | | 098111583 | BLUE, JASON | 01:14 01:14 02:20 01:06 |
| 2004-04-05 | 02:18 | 1046  LOCK JOCK<br>MBRUNDI<br>1008 1046      321 0220 | MR HENRY # 10<br>513 CUMMINS AVE EAST | 098111584 | | |
| 2004-04-05 | 02:54 | 1039  TRAFFIC STOP<br>MBRUNDI<br>MAIN AND STWART<br>1008                1039    323    0310 | | 098111585 | SIMMONS, VAN | 02:54 02:54 03:10 00:16 |
| 2004-04-05 | 04:45 | 1090  ALARM BUSINESS<br>MBRUNDI | 911 ADV JACKIE   AT MILL SET A (UV) | 098111586 | | |
| 2004-04-05 | 04:47 | 1090  ALARM BUSINESS<br>MBRUNDI<br>ALARM CO CALLED STATION ADV UNIT TO JUST GIVE PERSONELL OFFICE SECRITY<br>CK | | 098111587 | | |

DEFENDANT'S EXHIBIT 5

```
                    Dispatch Report - Calls by Number
                 Reporting Period: Apr 05,2004 to Apr 06,2004
```

Printed : Mon Jul 10,2006 10:24 am                                      Page #   2

| Date | Time | Nature Of Call<br>Dispatcher | Location | Call #<br>Report # | Responding | Dptch | On<br>Scene | Clrd | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | 1081              323<br>1008 EVERYTHING 1004 | 0455<br>323    0503 | | | | | | |
| 2004-04-05 | 05:33 | JA    JAIL<br>GWIGGIN<br>ADVISED TO ORDER JAIL MEALS<br>101 ORDERED 1 JAIL MEAL FOR IRA FROM THE B&B STEAKHOUSE | ******************* | (UV) 098111588 | LOGAN, JENKINS | 05:33 | 05:33 | 05:33 | 00:00 |
| 2004-04-05 | 06:55 | CD14  OUT OF CAR AT<br>GWIGGIN<br>10-6 OUT AT B&B STEAKHOUSE<br>10-8 | B & B STEAKHOUSE<br>208 CUMMINS AVE WEST | (UV) 098111589<br>*********** | SHAW, BILL | 06:55 | 06:55 | 07:29 | 00:34 |
| 2004-04-05 | 07:15 | JA    JAIL<br>GWIGGIN<br>10-6 STATION FEEDING IRA<br>EVERYTHING CHECKED 10-4<br>10-8 | ********************** | (UV) 098111590 | LOGAN, JENKINS | 07:15 | 07:15 | 07:17 | 00:02 |
| 2004-04-05 | 07:23 | 1058  DIRECT TRAFFIC<br>GWIGGIN<br>10-58 MIDDLE SCHOOL<br>10-8 | OPP MIDDLE SCHOOL<br>303 STEWART AVE EAST | (UV) 098111591<br>*********** | HOWARD, DONALD | 07:23 | 07:23 | 07:47 | 00:24 |
| 2004-04-05 | 07:27 | 1058  DIRECT TRAFFIC<br>GWIGGIN<br>10-58 STANLEY STREET<br>10-8 | STANLEY STREET   *********** | (UV) 098111592 | GIBSON, JIMMY | 07:27 | 07:27 | 07:47 | 00:20 |
| 2004-04-05 | 07:28 | 1006  POLICE BUSINESS<br>GWIGGIN<br>CALLER ADVISED NEEDED WATER TURNED BACK ON AT THIS ADDRESS MR SMITH<br>HAD TURNED IT OFF LASTNIGHT BECAUSE OF A WATER LEAK<br>101 PASSED THIS 10-18 TO TERESA AT THE FRONT DESK AT CITY HALL SHE<br>ADVISED SHE WOULD GET UP WITH MR SMITH AND PASS THE 10-18 | 103 HENLEY STREET   ********* | (UV) 098111593 | LUBERT, SUE | 07:28 | 07:28 | 07:28 | 00:00 |
| 2004-04-05 | 07:32 | 1095  RECKLESS DRIVER<br>GWIGGIN<br>CALLER ADVISED 10-95/10-55 ALL OVER THE ROAD HEADED TOWARD ELBA ON HWY<br>84 EAST<br>10-28 19A931J  F150 WHITE PICK UP TRUCK<br>101 PASSED 10-18 TO COFFEE COUNTY COMMAND | HWY 84 EAST   ************ | (UV) 098111594 | LUBERT, SUE | 07:32 | | 07:33 | 00:01 |
| 2004-04-05 | 07:35 | 1058  DIRECT TRAFFIC<br>GWIGGIN | OPP HIGH SCHOOL<br>502 MALOY ST NORTH   *********** | (UV) 098111595 | LOGAN, JENKINS | 07:35 | 07:35 | 07:47 | 00:12 |

```
            Dispatch Report - Calls by Number
         Reporting Period: Apr 05,2004 to Apr 06,2004
```

Printed : Mon Jul 10,2006 10:24 am                                    Page #   3

| Date | Time | Nature Of Call  Dispatcher | Location | Call #  Report # | Responding | Dptch On Clrd  Scene Total |
|---|---|---|---|---|---|---|

```
               10-58 HIGH SCHOOL
               10-8
```

2004-04-05 09:07 AC    ANIMAL COMPLAINT    RHEA MOBILE HOME ESTATES    (UV) 098111596 HOWARD, DONALD    09:07 09:12 09:18 00:11
               GWIGGIN                     1015 RHEA AVE        ***************
               CALLER ADVISED NEEDED ANIMAL CONTROL TO GO TO RHEA TRAILER PARK AND
               PICK UP 3 CATS IN THE BARN
               10-84
               10-23
               10-8

2004-04-05 09:45 AC    ANIMAL COMPLAINT    TRAVEL INN                  (UV) 098111597 HOWARD, DONALD    09:45 09:50 09:58 00:13
               GWIGGIN                     702 HWY 331 SOUTH    ***************
               CALLER ADVISED NEEDED ANIMAL CONTROL TO COME TO THE TRAVEL INN (HAVE A
               BAT IN THE ROOM)
               10-84
               10-23
               10-8

2004-04-05 09:50 1046  ASSIST MOTORIST     LAKE GROCERY                (UV) 098111598 WEATHERFORD, DONNELL 09:50 09:59 10:05 00:15
               GWIGGIN                     RT 3 HWY 331 NORTH   ***************
               10-46 ASSIST MOTORIST 331 NORTH AT COOK'S BRIDGE 18 WHEELER
               10-84
               10-23
               10-28 OKLAHOMA 9658DV
               ADVISED AIR PRESSURE WAS LOW (BUILDING IT BACK UP AND GOING TO TRY TO
               MAKE IT TO BIRMINGHAM)
               10-8

2004-04-05 10:20 1072  MEET COMPLAINANT    HARDEE'S                    (UV) 098111599
               GWIGGIN                     HWY 331 SOUTH        ***************
               10-72 HARDEE'S REFERENCE MONEY CAME UP MISSING OUT OF THE CASH
               REGISTER ($120.00)
               10-84
               10-23
               10-8

2004-04-05 10:45 SIG 3 REPORT TO STATION   ***************             (UV) 098111600 LOGAN, JENKINS     10:45 10:45 11:23 00:38
               GWIGGIN
               10-6 STATION WITH (HEAD) TURNING HIMSELF IN FOR 21 DAYS
               10-6 J4
               10-8

2004-04-05 10:55 SIG 3 REPORT TO STATION   *******************         (UV) 098111601 WEATHERFORD, DONNELL 10:55 10:55 11:23 00:28
               GWIGGIN

```
                    Dispatch Report - Calls by Number
                    Reporting Period: Apr 05,2004 to Apr 06,2004
```

Printed : Mon Jul 10,2006 10:24 am                                                  Page #   4

| Date | Time | Nature Of Call<br>Dispatcher | Location | Call #<br>Report # | Responding | Dptch | On<br>Scene | Clrd | Total |
|---|---|---|---|---|---|---|---|---|---|

```
              10-6 STATION 10-15 J3 X 1 W/M (MURPHY)
              10-6 J4
              10-6 RELEASING (MURPHY)
              10-8
```

2004-04-05 11:23 JA    JAIL                 *******************   (UV) 098111602 WEATHERFORD, DONNELL 11:23 11:23 11:23 00:00
              GWIGGIN
              ADVISED TO ORDER JAIL MEALS
              101 ORDERED 2 JAIL MEALS FROM BLUE FLAME GRILL

2004-04-05 11:33 1046  ASSIST MOTORIST      OPP FIRE DEPARTMENT   (UV) 098111603 LOGAN, JENKINS       11:33 11:34 11:40 00:07
              GWIGGIN                       110 MAIN ST NORTH  **************
              10-46 ASSIST MOTORIST MAIN STREET ACROSS FROM FIRE DEPARTMENT
              10-84
              10-23
              10-8 10-5 1 FEMALE TO DAVIS LANE

2004-04-05 11:38 JA    JAIL                 *******************   (UV) 098111604 WEATHERFORD, DONNELL 11:38 11:38 11:41 00:03
              GWIGGIN
              10-6 FEEDING INMATES
              EVERYTHING CHECKED 10-4
              10-8

2004-04-05 11:40 1005  J2 PROPERTY          DAVIS LANE  **************   (UV) 098111605 LOGAN, JENKINS  11:40 11:40 11:45 00:05
              GWIGGIN
              10-5 1 FEMALE TO DAVIS LANE
              BEGINNING MILES P-12 150675
              10-23
              ENDING MILES P-12 150677

2004-04-05 12:04 1046  LOCK JOCK            REEVES WOODWORK SHOP  (UV) 098111606 LUBERT, SUE          12:04 12:15 12:18 00:14
              GWIGGIN                       200 DRY ST  **************
              10-46 LOCK JOCK REEVES WOODWORK
              LILAC DODGE VAN
              10-84
              10-23
              10-8

2004-04-05 14:07 AC    ANIMAL COMPLAINT     201 SOUTH MALOY       (UV) 098111607 HOWARD, DONALD       14:18       14:18 00:00
              MJASINS
              CALLER ADV THAT THEY HAVE BEEN TRYING TO GET A HOUND DOG PU FOR OVER A
              WEEK AND SHE SAID TO TELL THE AC OFFICER TO GET OUT THERE AND PU THIS
              DOG
              SHE THINKS HE MIGHT HAVE THE MANGE

```
                Dispatch Report - Calls by Number
              Reporting Period: Apr 05,2004 to Apr 06,2004
```

Printed : Mon Jul 10,2006 10:24 am                                Page #   5

| Date | Time | Nature Of Call<br>Dispatcher | Location | Call #<br>Report # | Responding | Dptch | On<br>Scene | Clrd | Total |
|---|---|---|---|---|---|---|---|---|---|
| 2004-04-05 | 14:11 | CD13  CONDUCT WALK PATROL<br>MJASINS | OPP MIDDLE SCHOOL<br>303 STEWART AVE EAST | 098111608 | HARRELL, DAVID<br>HOWARD, DONALD | 14:11<br>14:15 | 14:11 | 14:24<br>14:15 | 00:13<br>00:00 |
| 2004-04-05 | 14:41 | 1058  DIRECT TRAFFIC<br>MJASINS | STANLEY | (UV) 098111609 | CG1 | 14:41 | 14:41 | 15:08 | 00:27 |
| 2004-04-05 | 15:00 | 1058  DIRECT TRAFFIC<br>MJASINS | SPURLIN | (UV) 098111610 | BIRGE, GLENDA | 15:00 | 15:00 | 15:08 | 00:08 |
| 2004-04-05 | 15:00 | 1058  DIRECT TRAFFIC<br>MJASINS | OPP MIDDLE SCHOOL<br>303 STEWART AVE EAST | 098111611 | HOWARD, DONALD | 15:00 | 15:00 | 15:08 | 00:08 |
| 2004-04-05 | 15:03 | 1058  DIRECT TRAFFIC<br>MJASINS | OPP HIGH SCHOOL<br>502 MALOY ST NORTH | 098111612 | CG1 | 15:08 | 15:08 | 15:08 | 00:00 |
| 2004-04-05 | 15:08 | 1072  MEET COMPLAINANT<br>MJASINS<br>60 ADV  FIGHT AT SHELL STATION<br>A BUNCH GANGED UP ON ONE BOY<br>SUBJECT ALREADY GONE PER 234 | SUBWAY<br>101 STEWART AVE EAST | 098111613 | CHANCE, KEVIN | 15:08 | 15:09 | 15:14 | 00:06 |
| 2004-04-05 | 15:50 | 1039  TRAFFIC STOP<br>MJASINS<br>1027 BY OLN SL298446 | BYPASS | (UV) 098111614 | MCDONALD, MICHAEL | 15:50 | 15:50 | 15:53 | 00:03 |
| 2004-04-05 | 15:56 | CD14  OUT OF CAR AT<br>MJASINS | WINN DIXIE<br>507 CUMMINS AVE EAST | 098111615 | HARRELL, DAVID | 15:57 | 15:57 | 15:59 | 00:02 |
| 2004-04-05 | 16:05 | CD14  OUT OF CAR AT<br>MJASINS | 23'S SIG 20 | (UV) 098111616 | HARRELL, DAVID | 16:05 | 16:05 | 16:41 | 00:36 |
| 2004-04-05 | 16:54 | CD14  OUT OF CAR AT<br>MJASINS<br>SPEAKING WITH JUV SKATEBOARDING<br>249 ADV THEM TO CHECK WITH THE OWNERS OF THIS BUSINESS BEFORE<br>CONTINUING TO SKATEBOARD HERE AND THEY ADV THAT THEY WOULD AND WALKED<br>OFF | SPURLIN BUILDERS<br>140 COVINGTON AVE EAST | 098111617 | JOYNER, PHILLIP | 16:54 | 16:54 | 16:55 | 00:01 |
| 2004-04-05 | 16:56 | CD8   OUT MEAL BREAK<br>MJASINS | | 098111618 | JOYNER, PHILLIP | 16:56 | 16:56 | 17:18 | 00:22 |
| 2004-04-05 | 17:15 | 1072  MEET COMPLAINANT<br>MJASINS | LOBBY | (UV) 098111619 | CHANCE, KEVIN<br>JOYNER, PHILLIP | 17:15<br>17:26 | 17:18<br>17:26 | 17:30<br>17:30 | 00:15<br>00:04 |
| 2004-04-05 | 17:29 | 1039  TRAFFIC STOP<br>MJASINS | POTTER RD | 098111620 | HARRELL, DAVID | 17:29 | 17:29 | 17:34 | 00:05 |

```
                    Dispatch Report - Calls by Number
                    Reporting Period: Apr 05,2004 to Apr 06,2004
```

Printed : Mon Jul 10,2006 10:24 am                                                    Page #   6

| Date | Time | Nature Of Call<br>Dispatcher | Location | Call #<br>Report # | Responding | Dptch  On<br>Scene | Clrd<br>Total |
|---|---|---|---|---|---|---|---|

2004-04-05 17:30 1072  MEET COMPLAINANT    LOBBY                 (UV) 098111621 HARRELL, DAVID    17:34        18:37 01:03
                 MJASINS
                 3 SUBJECTS TO TURN THEMSELF IN

2004-04-05 18:13 1072  MEET COMPLAINANT    PINEVIEW T/P               098111622
                 MJASINS                   NONE COOL SPRINGS RD
                 REF LANDLORD PUTTING A LOCK ON HER DOOR
                 PASSED 1018 ONTO 331 AND COVINGTON CO
                 331 ADV THAT THIS IS A CIVIL MATTER
                 THIS SUBJECT CALLED PD BACK AGAIN AT 18:18 AND REQUESTED TO SPEAK TO
                 AN OFFICER AND SHE SPOKE WITH 331

2004-04-05 18:19 SIG 3 REPORT TO STATION                              098111623 JOYNER, PHILLIP   18:19 18:19 18:37 00:18
                 MJASINS
                 WITH JAIL MEALS AND JAIL CHECK
                 249 ALSO ADV THAT HE IS GIVING MEDICATION TO FRANKIE HEAD AT THIS TIME

2004-04-05 18:29 CD8   OUT MEAL BREAK                                 098111624 CHANCE, KEVIN     18:29 18:29 18:58 00:29
                 MJASINS

2004-04-05 18:37 1046  ASSIST MOTORIST     BURGER KING                098111625 HARRELL, DAVID    18:43        18:45 00:02
                 MJASINS                   505 CUMMINS AVE EAST                 JOYNER, PHILLIP   18:37 18:40 18:44 00:07
                 CALLER ADV THAT THERE IS A VEH IN MIDDLE OF 331 AND SOMEONE HAS TIED A
                 ROPE TO IT TRYING TO PULL INTO THE BK PARKING LOT
                 249 ADV THEY HAVE IT PARKED IN BK PARKING LOT NOW

2004-04-05 18:44 10-84 EN ROUTE            SIG 20                (UV) 098111626 JOYNER, PHILLIP   18:44        19:02 00:18
                 MJASINS
                 REF EMERGENCY

2004-04-05 18:53 CD14  OUT OF CAR AT                                  098111627 HARRELL, DAVID    18:53 18:53 19:00 00:07
                 MJASINS

2004-04-05 19:00 10-84 EN ROUTE            14TH STREET           (UV) 098111628 HARRELL, DAVID    19:01 19:28 21:12 02:11
                 MJASINS                                                        CHANCE, KEVIN     19:00 19:07 21:18 02:18
                 REF 1048 FOR COUNTY UNIT                                       JOYNER, PHILLIP   19:11 19:11 19:42 00:31
                 REF 1077 LAB
                 34 OUT WITH 2310 AT LAST HOUSE ON RIGHT

2004-04-05 19:42 1039  TRAFFIC STOP        BYPASS                (UV) 098111629 JOYNER, PHILLIP   19:42 19:42 19:48 00:06
                 MJASINS
                 JUST NORTH OF 134
                 1027 BY OLN 6492180

2004-04-05 20:24 1039  TRAFFIC STOP        BYPASS                (UV) 098111630 JOYNER, PHILLIP   20:24 20:24 20:31 00:07
                 MJASINS

```
                    Dispatch Report - Calls by Number
                    Reporting Period: Apr 05,2004 to Apr 06,2004
```

Printed : Mon Jul 10,2006 10:24 am                                              Page #    7

| Date | Time | Nature Of Call / Dispatcher | Location | Call # / Report # | Responding | Dptch | On Scene | Clrd | Total |
|---|---|---|---|---|---|---|---|---|---|

```
                      NORTH OF WINSTONS
                      1027 BY OLN 2658211
```

```
2004-04-05 20:35 1038  INV SUSP VEH J1 OCC   SPEEDEE CASH              098111631 JOYNER, PHILLIP      20:35 20:35 20:38 00:03
                 MJASINS                     103 CUMMINS AVE EAST
                 23B370Y
                 1027 BY OLN 7505941
                 249 ADV THAT HE SAW A MALE SUBJECT RUN FROM SIDE THE BLDG TO TRUCK
                 HE ADV OFFICER HE HAD LOST HIS HAT AND STOPPED TO PU
```

```
2004-04-05 20:47 1022  REPORT IN PERSON      84 WEST             (UV) 098111632 HARRELL, DAVID       20:47       20:53 00:06
                 MJASINS
                 CAR WITH NO TAIL LIGHTS
                 COMING IN ON 84
                 WEST
                 COMMAND COULD NOT ADV KIND OR COLOR OF VEH AND COULD NOT ADV EXACT
                 LOCATION
                 NEGATIVE CONTACT
```

```
2004-04-05 20:56 1072  MEET COMPLAINANT      CARVER CT C119            098111633 JOYNER, PHILLIP      20:57 21:02 21:18 00:21
                 MJASINS
                 CALLER ADV THAT SOMEONE THREW SOMETHING AND PUT A DENT IN HER CAR
                 AND THE SUBJECT IS RIDING AROUND IN A BROWN PONTIAC
                 249 ADV THAT HIS CAMERA SYSTEM WENT 1007 WHILE ON THIS CALL BATTARY
                 MUST BE WEAK
                 249 ADV THAT THIS SUBJECT WAITED 30 MIN AFTER THIS HAPPEN
                 TO CALL POLICE ...NEGATIVE CONTACT WITH ANYONE
```

```
2004-04-05 21:17 SIG 3 REPORT TO STATION                               098111634 JOYNER, PHILLIP      21:18 21:18 21:18 00:00
                 MJASINS
                 PAPERWORK
```

```
2004-04-05 22:01 1052  EMERGENCY             HOBO PANTRY               098111635
                 MBRUNDI                     709 HWY 331 SOUTH
                 ROTATION
                 1023                                    321      331       2206
                 1008     1005                                              2212
                 1006  ER                                                   2215
```

```
2004-04-05 22:05 1022  REPORT IN PERSON                                098111636
                 MBRUNDI
                 109  CHURCH ST  911 HANG UP CALL POSS DOMESTIC HEARD ARGURING IN BACK
                 GROUND
                 1023                                             2209
                 1006 W/331          323                          2210
```

```
                    Dispatch Report - Calls by Number
                    Reporting Period: Apr 05,2004 to Apr 06,2004
```

Printed : Mon Jul 10,2006 10:24 am                                                  Page #    8

| Date | Time | Nature Of Call<br>Dispatcher | Location | Call #<br>Report # | Responding | Dptch On Clrd<br>Scene Total |
|---|---|---|---|---|---|---|
| | | 1024         1008 | 2219    323 | | | |
| 2004-04-05 | 22:06 | 1039  TRAFFIC STOP<br>MBRUNDI<br>1008          1039 | MR HENRY # 10<br>513 CUMMINS AVE EAST<br>2209   323 | 098111637 | SIMMONS, VAN | 22:06 22:06 22:07 00:01 |
| 2004-04-05 | 22:27 | 1095  RECKLESS DRIVER<br>MBRUNDI<br>52 EAST KINSTON PD ADV TRACTOR TRL RAN OVER A SIGN 23TR0384  DRIVING<br>IRATE   HEADED THIS WAY | | 098111638 | | |
| 2004-04-05 | 22:32 | 1039  TRAFFIC STOP<br>MBRUNDI<br>WEST CUMMINGS<br>1027     1029 OLN/A536439574420  FL  2236<br>1008 1039                            2241 | | 098111639 | BLUE, JASON | 22:32 22:32 23:41 01:09 |
| 2004-04-05 | 23:14 | 1052  EMERGENCY<br>MBRUNDI<br>204   KINSTON HWY  ELDERLY FEMALE SICK | | 098111640 | | |
| 2004-04-05 | 23:21 | 1055  INTOXICATED DRIVER<br>MBRUNDI<br>HEADED INTO TOWN ON 134 STOPPED AT  4 WAY CALLER ADV JUST ABOVE THE PD<br>VEH TURNES AROUND AND WENT BACK TOWARD  134 MIGHT BE HEADED BACK TO<br>RIGAS  CORNER | | 098111641 | | |
| 2004-04-05 | 23:32 | 1028  VEH REG INFO<br>MBRUNDI | | 098111642 | SIMMONS, VAN | 23:32 23:32 23:32 00:00 |
| 2004-04-05 | 23:36 | 1022  REPORT IN PERSON<br>MBRUNDI<br>W/231       REF 1055 VEH REPORTED<br>1006 W/2310    1039      331  SOUTH AND BYPASS ON VEH    321    2340<br>1028     1029 1027    1727ALK  GA     OLN/049515761      321<br>2342<br>1008  1039             321  2310     2347 | | 098111643 | | |
| 2004-04-06 | 00:58 | CD13  CONDUCT WALK PATROL<br>MBRUNDI<br>OPEN DOOR TEACHERS    ENTRANCE<br>1008          ALL         0118 | OPP MIDDLE SCHOOL<br>303 STEWART AVE EAST | 098111644 | SIMMONS, VAN | 00:58 00:58 01:17 00:19 |
| 2004-04-06 | 01:16 | 1056  INTOXICATED PED.<br>MBRUNDI | MIZELL MEMORIAL HOSPITAL<br>702 MAIN ST NORTH | 098111645 | | |

```
                  Dispatch Report - Calls by Number
              Reporting Period: Apr 05,2004 to Apr 06,2004
```

Printed : Mon Jul 10,2006 10:24 am                                          Page #   9

```
Date     Time  Nature Of Call         Location              Call #   Responding    Dptch On    Clrd
               Dispatcher                                   Report #                     Scene     Total
```

```
               1023                    0120                 321
               1024        1008        0126                 321
```

2004-04-06 01:26 SIG 3 REPORT TO STATION                    098111646 BLUE, JASON   01:26 01:26 02:00 00:34
                 MBRUNDI
                 CHANGE OUT TAPES

2004-04-06 01:38 CD13  CONDUCT WALK PATROL  OPP MIDDLE SCHOOL     098111647 SIMMONS, VAN  01:38 01:38 01:49 00:11
                 MBRUNDI                303 STEWART AVE EAST
                 GYM SIDE OPEN DOOR
                 1008       323       0150

2004-04-06 01:48 1006  PERSONAL                              098111648 HARRELL, DAVID 01:48 01:48 02:43 00:55
                 MBRUNDI
                 W T

2004-04-06 01:50 1022  REPORT IN PERSON    MIZELL MEMORIAL HOSPITAL   098111649
                 MBRUNDI                702 MAIN ST NORTH
                 REF SAME MAN
                 1023             323    ER        0154
                 1023             321              0155
                 1008       1024                   0203        21  23

2004-04-06 02:38 1090  ALARM BUSINESS      PIZZA HUT                 098111650
                 MBRUNDI                902 HWY 331 SOUTH
                 1023             323    0242
                 1023             331    0243
                 1018    CLEANING CREW                        0224
                 1018 NEG ON CONTACTING KEY HOLDER 331 ADV HE HAS SEEN THEM BEFORE
                 0244
                 1018    PROBABLY GET ANOTHER  CALL THEY WHERE IN SHED OUT BACK    323
                 0245
                 1008             323    0246

2004-04-06 02:56 1028  VEH REG INFO                          098111651 HARRELL, DAVID 02:56 02:56 02:59 00:03
                 MBRUNDI
                 1038 AROUND HOSPITAL

2004-04-06 03:29 CD13  CONDUCT WALK PATROL  SOUTH HIGHLANDS ELEMENTARY   098111652 BLUE, JASON   03:29 03:29 03:43 00:14
                 MBRUNDI                503 BROWN ST
                 1021    KEY HOLDER DOOR TO MAIN ERTRANCE SOUTH SIDE OF BUILDING
                 1018 EMILY EDGAR ADV GO AHEAD AND SECURE        321    0333
                 1008 BUILDING SECURE                            321    0334

2004-04-06 03:43 CD13  CONDUCT WALK PATROL  GREAT DEALS             098111653 BLUE, JASON    03:43 03:43 03:51 00:08
                 MBRUNDI                1509 HWY 84 WEST

```
                    Dispatch Report - Calls by Number
                    Reporting Period: Apr 05,2004 to Apr 06,2004
```

Printed : Mon Jul 10,2006 10:24 am                                                         Page #   10

| Date | Time | Nature Of Call | Location | Call # | Responding | Dptch On Clrd |
|---|---|---|---|---|---|---|
|  |  | Dispatcher |  | Report # |  | Scene   Total |

```
              GREAT DEAL
              1021 CHERYL BUSH KEY HOLDER ADV                     0345
              1018 NEG PX FOR CHERYL  BUSH                        0348
              1018 STATION PXED   493 6964 AND 493 0610   HOUSE PHONE NO LONGER WORKS
              AND 0610 IS A BUSINESS NUMBER AND OLNY A RECORDER    0357
              1018       HAVE FIRST SHIFT TO GET A PX NUMBER LAMA GOODEN FOR   OPEN
              DOOR PURPOSES                                 0358       321
```

2004-04-06 03:50 1028   VEH REG INFO                                098111654 BLUE, JASON       03:51 03:51 03:57 00:06
                 MBRUNDI

2004-04-06 03:57 1006   POLICE BUSINESS                             098111655 HARRELL, DAVID    03:57 03:57 03:58 00:01
                 MBRUNDI
                 THERE   IS NO GAS KEY IN    P3         331         0358

2004-04-06 04:07 1006   REFUELING                                   098111656 HARRELL, DAVID    04:07 04:07 04:07 00:00
                 MBRUNDI
                 GASING MILES   28271           14 GALS P3

2004-04-06 04:12 CD13   CONDUCT WALK PATROL   MAC ARTHUR TECHNICAL SCHOOL   098111657 BLUE, JASON   04:12 04:12 04:16 00:04
                 MBRUNDI                      1706 MAIN ST NORTH
                 CAREER LINK SECTION OPEN DOOR
                 1021 KEY HOLDER  TIM JONES                         0416
                 1018 TIM JONES ADV JUST GO AHEAD AND SECURE DOOR        321 0417
                 1018 DOOR RESCURED                            321  0417

2004-04-06 04:26 JA     JAIL                                        098111658 HARRELL, DAVID    04:26 04:26 05:40 01:14
                 MBRUNDI

2004-04-06 04:28 CD13   CONDUCT WALK PATROL                         098111659 SIMMONS, VAN      04:28 04:28 04:28 00:00
                 MBRUNDI
                 DANLEY'S PLAZA

2004-04-06 05:39 JA     JAIL              *********************  (UV) 098111660 LOGAN, JENKINS  05:39 05:39 05:40 00:01
                 GWIGGIN
                 ADVISED TO ORDER JAIL MEALS
                 101 ORDERED 2 JAIL MEALS FROM B&B STEAKHOUSE

2004-04-06 07:21 JA     JAIL              *********************  (UV) 098111662 LOGAN, JENKINS  07:21 07:21 11:04 03:43
                 GWIGGIN
                 10-6 FEEDING INMATES
                 EVERYTHING CHECKED 10-4
                 (B&B DID NOT HAVE THE JAIL MEALS READY WHEN I WENT TO PICK THEM UP)
                 10-8

```
                     Dispatch Report - Calls by Number
                  Reporting Period: Apr 05,2004 to Apr 06,2004
```

Printed : Mon Jul 10,2006 10:24 am                                              Page #   11

| Date | Time | Nature Of Call / Dispatcher | Location | Call # / Report # | Responding | Dptch | On Scene | Clrd | Total |
|---|---|---|---|---|---|---|---|---|---|
| 2004-04-06 | 07:22 | 1058  DIRECT TRAFFIC<br>GWIGGIN<br>10-58 MIDDLE SCHOOL<br>10-8 | OPP MIDDLE SCHOOL<br>303 STEWART AVE EAST | ************ | (UV) 098111663 HOWARD, DONALD | 07:22 | 07:22 | 07:50 | 00:28 |
| 2004-04-06 | 07:23 | 1006  TRAFFIC DETAIL<br>GWIGGIN<br>10-6 TRAFFIC DETAIL (JEFFCOAT AVENUE) SUBJECTS ARE RUNNING STOP SIGNS!<br>10-8 | JEFFCOAT AVENUE | ************ | (UV) 098111664 LUBERT, SUE | 07:23 | 07:23 | 07:57 | 00:34 |
| 2004-04-06 | 07:27 | 1058  DIRECT TRAFFIC<br>GWIGGIN<br>10-58 HIGH SCHOOL<br>10-8 | OPP HIGH SCHOOL<br>502 MALOY ST NORTH | ************ | (UV) 098111665 LOGAN, JENKINS | 07:27 | 07:27 | 07:50 | 00:23 |
| 2004-04-06 | 07:29 | 1058  DIRECT TRAFFIC<br>GWIGGIN<br>10-58 STANLEY STREET<br>10-8 | STANLEY STREET | ************ | (UV) 098111666 GIBSON, JIMMY | 07:29 | 07:29 | 07:50 | 00:21 |
| 2004-04-06 | 07:37 | 1058  DIRECT TRAFFIC<br>GWIGGIN<br>10-58 SPURLIN STREET<br>10-8 | SPURLIN STREET | ************ | (UV) 098111667 BIRGE, GLENDA | 07:37 | 07:37 | 07:50 | 00:13 |
| 2004-04-06 | 07:39 | 1039  TRAFFIC STOP<br>GWIGGIN<br>10-39 BRANTLEY STREET<br>10-28 BR90<br>10-8 | BRANTLEY STREET | ************ | (UV) 098111668 LUBERT, SUE | 07:39 | 07:39 | 07:42 | 00:03 |
| 2004-04-06 | 07:56 | 1072  MEET COMPLAINANT<br>GWIGGIN<br>CALLER ADVISED WOULD LIKE FOR A OFFICER TO COME TO THIS LOCATION FOR A MOMENT  (NEED TO MEASURE BETWEEN 2 HOUSES AND MAKE SURE THAT HER BROTHER IS NOT BREAKING THE LAW WHE HE COMES TO VISIT HER)<br>10-84<br>10-23<br>10-8 | 108 CARVER COURT | ************ | (UV) 098111669 LUBERT, SUE | 07:56 | 08:04 | 08:17 | 00:21 |
| 2004-04-06 | 07:56 | CD14  OUT OF CAR AT<br>GWIGGIN<br>10-6 OUT AT PHILLIPS OFFICE PRODUCTS A MOMENT<br>10-8 | PHILLIPS OFFICE PRODUCTS<br>200 COVINGTON AVE WEST | ********* | (UV) 098111670 SHAW, BILL | 07:56 | 07:56 | 08:04 | 00:08 |

```
        Dispatch Report - Calls by Number
     Reporting Period: Apr 05,2004 to Apr 06,2004
```

Printed : Mon Jul 10,2006 10:24 am                              Page #   12

| Date | Time | Nature Of Call<br>Dispatcher | Location | Call #<br>Report # | Responding | Dptch | On<br>Scene | Clrd | Total |
|---|---|---|---|---|---|---|---|---|---|

2004-04-06 08:17 1072  MEET COMPLAINANT    107 POND DRIVE    ************ (UV) 098111671 LUBERT, SUE    08:17 08:20 08:58 00:41
                 GWIGGIN
                 10-72 ADVISED NEEDED OFFICER TO COME TO THIS LOCATION
                 10-84
                 10-23
                 10-6 I/O
                 10-8

2004-04-06 08:54 1090  ALARM HOUSE         *****27377 PILAND ROAD TURN R (UV) 098111672 JOSEY, ERIC    08:54 09:16 09:22 00:28
                 GWIGGIN
                 10-90 HOUSE ALARM   27377 PILAND ROAD   (THIS IS GOING TO LOCATED
                 BETWEEN 331 SOUTH BYPASS/ADAMS ROAD   ******TURN TO THE RIGHT ON
                 GREGORY LANE ABOUT 1/2 MILE OFF THE ROAD IN THE MIDDLE OF A FIELD****)
                 10-84
                 10-81
                 10-23 ADVISED EVERYTHING 10-4
                 10-8
                 ******SHIRLEY SANDERS 334-493-9343*******

2004-04-06 09:20 AC    ANIMAL COMPLAINT    902 8TH STREET    ************ (UV) 098111673 HOWARD, DONALD    09:20 09:48 09:52 00:32
                 GWIGGIN
                 CALLER ADVISED NEED ANIMAL CONTROL TO COME TO THIS RESIDENCE IN
                 REFERENCE TO A DOG RUNNING LOOSE
                 10-84
                 10-23
                 10-8

2004-04-06 10:00 AC    ANIMAL COMPLAINT    HWY 84 WEST/LEE STREET    **** (UV) 098111674 HOWARD, DONALD    10:00 10:05 10:20 00:20
                 GWIGGIN
                 ADVISED NEED ANIMAL CONTROL HWY 84 WEST/LEE STREET CHICKENS ALL OVER
                 THE PLACE
                 10-84
                 10-23
                 10-8

2004-04-06 10:21 1070  FIRE HOUSE          819 BROOKSIDE DRIVE    ****** (UV) 098111675 JOSEY, ERIC    10:26 10:26 10:29 00:03
                 GWIGGIN
                 10-70 HOUSE ALARM    819 BROOKSIDE DRIVE
                 10-84
                 MRS AUDRE JEFFCOAT CALLED AND ADVISED FALSE ALARM (THEY ARE DOING SOME
                 WORK AND THE ALARM WENT OFF AND THEY DO NOT KNOW HOW TO RESET IT)
                 101 PASSED 10-18 TO COMMAND
                 10-23
                 10-8

```
                Dispatch Report - Calls by Number
             Reporting Period: Apr 05,2004 to Apr 06,2004
```

Printed : Mon Jul 10,2006 10:24 am                                    Page #   13

| Date | Time | Nature Of Call / Dispatcher | Location | Call # / Report # | Responding | Dptch | On Scene | Clrd | Total |
|---|---|---|---|---|---|---|---|---|---|

**2004-04-06  10:54**  1091  SHOP LIFTING        FAMILY DOLLAR STORE           (UV) 098111676  LOGAN, JENKINS   11:04 11:04 11:04 00:00
GWIGGIN                                414 MAIN ST NORTH    ***************
CALLER ADVISED NEEDED OFFICERS TO BE ON THE LOOK OUT FOR A BEIGE ASTRO
VAN NOT TAG ON VEHICLE MELANIE BELL HAD JUST STOLE SOMETHING FROM THE
FAMILY DOLLAR STORE NEXT TO GROCERY OUTLET CALLER ADVISED WOULD SIGN
10-29'S ON SUBJECT
10-84
10-81
10-8
***ADVISED WILL BE IN TO SIGN WARRANTS ON SUBJECT IN A FEW MINUTES***

**2004-04-06  10:57**  JA     JAIL                 *******************          (UV) 098111677  JOSEY, ERIC      10:57 10:57 11:04 00:07
GWIGGIN
10-6 FEEDING INMATES
MEDICATING (HEAD) 11:00
EVERYTHING CHECKED 10-4
10-8

**2004-04-06  11:20**  CD8    OUT MEAL BREAK       ***************              (UV) 098111678  JOSEY, ERIC      11:20 11:20 11:42 00:22
GWIGGIN
10-6 SIGNAL 8
10-8

**2004-04-06  11:25**  SIG 3 REPORT TO STATION     ***************              (UV) 098111679  LUBERT, SUE      11:25 11:25 12:22 00:57
GWIGGIN
10-6 STATION WITH 10-72
10-6 I/O REPORT
10-8

**2004-04-06  11:29**  10-84 EN ROUTE              COVINGTON CTY SO             (UV) 098111680  SHAW, BILL       11:29 11:56 13:54 02:25
GWIGGIN                                HILLCREST DR         ******************
10-84 TO SHERIFF'S DEPARTMENT REFERENCE DTF BOARD MEETING
10-23
10-8

**2004-04-06  12:12**  10-84 EN ROUTE              LUVERNE POLICE DEPARTMENT    (UV) 098111681
GWIGGIN                                CRENSHAW COUNTY      **********
10-84 TO CRENSHAW COUNTY REFERENCE CIRCUIT COURT
10-23
10-8

**2004-04-06  12:22**  CD8    OUT MEAL BREAK       SUBWAY                       (UV) 098111682  LOGAN, JENKINS   12:22 12:22 13:06 00:44
GWIGGIN                                101 STEWART AVE EAST  ***********
10-6 SIGNAL 8
10-8

```
                    Dispatch Report - Calls by Number
               Reporting Period: Apr 05,2004 to Apr 06,2004
```

Printed : Mon Jul 10,2006 10:24 am                                    Page #   14

| Date | Time | Nature Of Call<br>Dispatcher | Location | Call #<br>Report # | Responding | Dptch On Clrd<br>Scene Total |
|---|---|---|---|---|---|---|
| 2004-04-06 | 13:08 | AC  ANIMAL COMPLAINT<br>GWIGGIN<br>CALLER ADVISED NEED ANIMAL CONTROL TO COME TO RHEA TRAILER PARK LOT<br>#25 SMALL DOG RUNNING LOOSE<br>10-84<br>10-23<br>10-8 | RHEA MOBILE HOME ESTATES<br>1015 RHEA AVE | (UV) 098111683<br>***************** | HOWARD, DONALD | 13:08 13:19 13:31 00:23 |
| 2004-04-06 | 14:01 | CD14  OUT OF CAR AT<br>GWIGGIN | COVINGTON COUNTY BANK<br>HWY 331 SOUTH | 098111684 | CHANCE, KEVIN | 14:02 14:02 14:10 00:08 |
| 2004-04-06 | 14:10 | CD13  CONDUCT WALK PATROL<br>GWIGGIN | SOUTH HIGHLANDS ELEMENTARY<br>503 BROWN ST | 098111685 | SUTHERLAND, JASON | 14:10 14:10 14:13 00:03 |
| 2004-04-06 | 14:12 | CD13  CONDUCT WALK PATROL<br>GWIGGIN | OPP MIDDLE SCHOOL<br>303 STEWART AVE EAST | 098111686 | CHANCE, KEVIN | 14:13 14:13 14:18 00:05 |
| 2004-04-06 | 14:39 | 1058  DIRECT TRAFFIC<br>GWIGGIN | STANLEY ST | 098111687 | GIBSON, JIMMY | 14:40 14:40 15:04 00:24 |
| 2004-04-06 | 14:56 | CD14  OUT OF CAR AT<br>GWIGGIN | ON WT | (UV) 098111688 | CHANCE, KEVIN | 14:57 14:57 15:30 00:33 |
| 2004-04-06 | 14:58 | 1058  DIRECT TRAFFIC<br>GWIGGIN | SPURLIN ST | 098111689 | BIRGE, GLENDA | 14:59 14:59 15:14 00:15 |
| 2004-04-06 | 14:59 | 1058  DIRECT TRAFFIC<br>GWIGGIN | OPP MIDDLE SCHOOL<br>303 STEWART AVE EAST | 098111690 | HOWARD, DONALD | 14:59 14:59 15:14 00:15 |
| 2004-04-06 | 15:02 | 1072  MEET COMPLAINANT<br>GWIGGIN | SELLERS DRIVE | (UV) 098111691 | JOYNER, PHILLIP | 15:02 15:04 15:28 00:26 |
| 2004-04-06 | 15:04 | 1058  DIRECT TRAFFIC<br>GWIGGIN | OPP HIGH SCHOOL<br>502 MALOY ST NORTH | 098111692 | GIBSON, JIMMY | 15:05 15:05 15:14 00:09 |
| 2004-04-06 | 15:31 | 10-84 EN ROUTE<br>GWIGGIN | | 098111693 | CHANCE, KEVIN | 15:31 15:36 15:39 00:08 |
| 2004-04-06 | 15:36 | SIG 3 REPORT TO STATION<br>GWIGGIN | | 098111694 | SUTHERLAND, JASON<br>JOYNER, PHILLIP | 15:37 15:37 15:43 00:06<br>15:37 15:37 16:31 00:54 |
| 2004-04-06 | 15:39 | 1015  J3 PRISONER<br>GWIGGIN | | 098111695 | CHANCE, KEVIN | 15:39 15:39 15:40 00:01 |
| 2004-04-06 | 15:39 | 10-84 EN ROUTE<br>GWIGGIN | OPP POLICE DEPARTMENT<br>106 MAIN ST NORTH | 098111696 | CHANCE, KEVIN | 15:40       15:45 00:05 |

```
                Dispatch Report - Calls by Number
              Reporting Period: Apr 05,2004 to Apr 06,2004
```

Printed : Mon Jul 10,2006 10:24 am                                Page #   15

| Date | Time | Nature Of Call / Dispatcher | Location | Call # / Report # | Responding | Dptch | On Scene | Clrd | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | MILES P-3 28298 <br> 10-23 <br> ENDING MILES P-3 28303 | | | | | | | |
| 2004-04-06 | 15:43 | 1095  RECKLESS DRIVER <br> GWIGGIN <br> 10-95 <br> 10-28 23C282A | 406 HILLIARD | (UV) 098111697 | | | | | |
| 2004-04-06 | 15:45 | SIG 3 REPORT TO STATION <br> GWIGGIN | 10-15 NELSON | (UV) 098111698 | SUTHERLAND, JASON <br> CHANCE, KEVIN | 15:48 <br> 15:45 | 15:45 | 15:50 <br> 16:31 | 00:02 <br> 00:46 |
| 2004-04-06 | 15:59 | AC    ANIMAL COMPLAINT <br> GWIGGIN | | 098111699 | HOWARD, DONALD | 15:59 | | 16:01 | 00:02 |
| 2004-04-06 | 16:00 | 10-84 EN ROUTE <br> GWIGGIN <br> 10-84 TO PICK UP UNMATE (PRICHARD) FOR COURT <br> TRANSPORTING (HEAD) TO SERVE TIME FOR OPP COURT <br> 10-84 <br> 10-23 <br> 10-8 | COVINGTON CTY JAIL <br> HILLCREST DR | 098111700 | LOGAN, JENKINS | 16:00 | 16:34 | 16:00 | 00:00 |
| 2004-04-06 | 16:48 | 1039   TRAFFIC STOP <br> GWIGGIN <br> 10-39 BYPASS/HWY 52 EAST <br> 10-28 23B866W <br> 10-27 ALABAMA OLN 4674244 <br> 10-8 | BYPASS/HWY 52 EAST | (UV) 098111701 | CHANCE, KEVIN | 16:48 | 16:48 | 16:54 | 00:06 |
| 2004-04-06 | 17:00 | SIG 3 REPORT TO STATION <br> GWIGGIN <br> SIG 3  P-12 MILES 150731 | | 098111702 | LOGAN, JENKINS | 17:00 | 17:00 | 20:30 | 03:30 |
| 2004-04-06 | 17:13 | 1046   ASSIST MOTORIST <br> GWIGGIN | NORTH 52 ON BYPASS | P-4 (UV) 098111703 | SUTHERLAND, JASON | 17:14 | 17:14 | 18:43 | 01:29 |
| 2004-04-06 | 17:30 | CD8    OUT MEAL BREAK <br> GWIGGIN | | 098111704 | JOYNER, PHILLIP | 17:30 | 17:30 | 18:16 | 00:46 |
| 2004-04-06 | 17:35 | AC    ANIMAL COMPLAINT <br> GWIGGIN <br> CALLER ADV BIG WHT HUSKEY TYPE DOG ROAMING THE NEIGHBORHOOD <br> LEFT NOTE IN DISPATCH FOR 60 | 506 WEST ST | 098111705 | | | | | |

```
                    Dispatch Report - Calls by Number
                  Reporting Period: Apr 05,2004 to Apr 06,2004
```

Printed : Mon Jul 10,2006 10:24 am                                              Page #   16

| Date | Time | Nature Of Call / Dispatcher | Location | Call # / Report # | Responding | Dptch | On Scene | Clrd | Total |
|---|---|---|---|---|---|---|---|---|---|
| 2004-04-06 | 18:41 | 1046  LOCK JOCK<br>GWIGGIN<br>BROWN BUICK REGAL<br>PARKED IN FRONT PARKING LOT TO THE RIGHT<br>CALLER ADV THAT THE CAR IS REG TO HIS GRANDMOTHER BUT HE IS THE OWNER | MIZELL MEMORIAL HOSPITAL<br>702 MAIN ST NORTH | 098111706 | JOYNER, PHILLIP | 18:42 | 18:53 | 18:55 | 00:13 |
| 2004-04-06 | 18:44 | 1072  MEET COMPLAINANT<br>GWIGGIN<br>CALLER ADV THAT HE NEEDS TO SPEAK WITH AN OFFICER | 506 VIRGINA AV | (UV) 098111707 | SUTHERLAND, JASON | 18:47 | | 19:05 | 00:18 |
| 2004-04-06 | 19:35 | 1046  ASSIST MOTORIST<br>GWIGGIN | BYPASS 134 | (UV) 098111708 | JOYNER, PHILLIP | 19:36 | | 19:37 | 00:01 |
| 2004-04-06 | 19:44 | DV    DOMESTIC VIOLENCE<br>GWIGGIN<br>COUPLE ARGUING IN PARKING LOT<br>CALL UNFOUNDED | ONE STOP PACKAGE STORE<br>HWY 331 SOUTH | 098111709 | SUTHERLAND, JASON<br>CHANCE, KEVIN | 19:49<br>19:46 | 19:49<br>19:49 | 19:51<br>19:51 | 00:02<br>00:05 |
| 2004-04-06 | 19:56 | 1039  TRAFFIC STOP<br>GWIGGIN<br>1027  OLN 7504441 | NORTH JACKSON   COVINGTON | (UV) 098111710 | CHANCE, KEVIN | 19:57 | 19:57 | 20:02 | 00:05 |
| 2004-04-06 | 20:20 | CD8   OUT MEAL BREAK<br>GWIGGIN | | 098111711 | CHANCE, KEVIN | 20:21 | 20:21 | 20:31 | 00:10 |
| 2004-04-06 | 20:30 | 10-84 EN ROUTE<br>GWIGGIN<br>P12 150731<br>WITH 1 W/F | COVINGTON CTY JAIL<br>HILLCREST DR | 098111712 | LOGAN, JENKINS | 20:30 | | 21:00 | 00:30 |
| 2004-04-06 | 20:31 | CD14  OUT OF CAR AT<br>GWIGGIN | ON WT | (UV) 098111713 | CHANCE, KEVIN | 20:31 | 20:31 | 20:47 | 00:16 |
| 2004-04-06 | 20:51 | 1072  MEET COMPLAINANT<br>GWIGGIN<br>SUBJECT AT ER INVOLVED IN DOMESTIC AT 100 LUNSFORD CIR #19<br>OFFENDER IS WILLIAM ELDRIDGE<br>SUB AT ER IS BETHANY ROBINS | ANDALUSIA ER | (UV) 098111714 | LOGAN, JENKINS | 21:00 | 21:21 | 22:05 | 01:05 |
| 2004-04-06 | 21:57 | 10-84 EN ROUTE<br>MJASINS<br>2310 REQUESTING 1048 BETWEEN ADAMS AND HATTAWAY | BYPASS | (UV) 098111715 | SUTHERLAND, JASON | 22:00 | 22:01 | 22:18 | 00:18 |
| 2004-04-06 | 22:01 | 1095  RECKLESS DRIVER<br>MJASINS | 84 WEST | (UV) 098111716 | HARRELL, DAVID | 22:01 | 22:03 | 22:03 | 00:02 |

```
                       Dispatch Report - Calls by Number
                    Reporting Period: Apr 05,2004 to Apr 06,2004
```

Printed : Mon Jul 10,2006 10:24 am                                    Page #   17

| Date | Time | Nature Of Call<br>Dispatcher | Location | Call #<br>Report # | Responding | Dptch On Clrd<br>Scene Total |
|---|---|---|---|---|---|---|
| | | RED CHEVY PU<br>ALMOST CAUSED A 1050 NEAR EXXON<br>NEGATIVE CONTACT<br>WILL BE ON LOOK OUT FOR THIS VEH ALL UNITS | | | | |
| 2004-04-06 | 22:05 | 10-84 EN ROUTE<br>MJASINS | OPP POLICE DEPARTMENT<br>106 MAIN ST NORTH | 098111717 | 32 | 22:05       22:22 00:17 |
| 2004-04-06 | 22:18 | 1059  ESCORT<br>MJASINS | SUPER C<br>809 HWY 331 SOUTH | 098111718 | CHANCE, KEVIN | 22:19 22:21 22:25 00:06 |
| 2004-04-06 | 22:27 | 1039  TRAFFIC STOP<br>MJASINS<br>1027 BY OLN NC 23068086<br>1077 RECOVERED AT 22:39<br>SUBJECT DETAINED AT 22:40 | 52/BYPASS | (UV) 098111719 | SUTHERLAND, JASON<br>CHANCE, KEVIN | 22:27 22:27 23:06 00:39<br>22:29 22:30 23:00 00:31 |
| 2004-04-06 | 22:40 | 1006  POLICE BUSINESS<br>MJASINS<br>ON DETAIL | PITTMAN RD | 098111720 | 37 | 22:41 22:41 22:45 00:04 |
| 2004-04-06 | 22:49 | 1072  MEET COMPLAINANT<br>MJASINS<br>CALLER ADV THAT SHE IS HAVING PROBLEMS WITH HER 17 YR OLD SON | 514 MARLIN ST | 098111721 | HARRELL, DAVID<br>37 | 22:50 22:55 00:07 01:17<br>22:58 22:59 00:07 01:09 |
| 2004-04-06 | 23:00 | 1059  ESCORT<br>MJASINS | IGA<br>905 HWY 331 SOUTH | 098111722 | CHANCE, KEVIN | 23:00 23:04 23:08 00:08 |
| 2004-04-06 | 23:57 | U     UNKNOWN<br>MJASINS | | 098111723 | | |

Total Count =     145