Defendant's Exhibit 6 is a DVD that is filed conventionally.