DEFENDANT'S EXHIBIT 7

E: 12,17,02                              PAGE: 1
FT: 3AL          Lib. Mash.        DISPATCHER: Mash 301

S ON CALL: _/_/_/_/_        OEMS ON CALL: _/_/_/_/_

ESTIGATOR ON CALL: _____   SECTORS: NORTH_____ SOUTH_____ WEST_____ FLOAT_____

| . | TIME | TO | FROM | |
|---|------|-----|------|---|
| 2 | 2400 | All | | 10-16 midnight                        All |
| 2 | 0055 | 301 | 342 | 10-42    Comp haus Taken |
| 2 | 0128 | 320 | | 10-18 Florala PD advise a purple |
| | + white Monte Carlo coming into Opp w/ Scotty Edwards | | | |
| | driver Poss. | | 10-77 of can make P.C. |
| 0 | 0530 | | 320 | Paraphernalia + 10-77 found in Black Bag. |
| 1 | 0657 | | 226 | 10-84 Troy          P-3 |
| | 0700 | | 101 | Ordered 4 meals for Jail @ 06:38 |
| | 0736 | | 29 | 10-8 |
| | 0756 | | 44 | 10-08 |
| | 0930 | | CG-1 | 10-6 w/Trustys - Trash Detail Hwy 134E. |
| | 10:41 | | 342 | 10-84 Ft. Rucker - K-9 Training |
| | 11:08 | All | | Armed Robbery Kinston Bank - Red Chev LWB |
| | | | | 1W/M Camo Coveralls Red Cap Sunglasses use 10-0 w/shotgun Armed |
| | 11:14 | | 29 | 10-6 w/ Red P.U. - Kinston |
| | 11:15 | | 29 | 10-8 |
| | 11:25 | | 325 | Gas miles 107821  10.5 Gal          P-15 |
| | 11:37 | | 44 | 10-28 19A865C Co. 452 operated by |
| | | | | Mas. free |
| | 1312 | | CG1 | 10-06 w/Prisoner on Trash detail |
| | 1316 | | 44 | 10-84 Andalusia |
| | 1323 | 32 | | 10-22 Lot 14  1015 Rhea, have Robert R. |
| | | | | Winkler get Trash up behind Family Dollar |
| | 1350 | Kinston PD Px | | 10-72 Elaine that works at |
| | | | | the Bank here in Opp advised |
| | | | | was behind a vehicle on Hwy |
| | | | | 231 at Mile Marker 100 toward |
| | | | | Interstate 85 N toward Atlanta cotton |
| | | | | Module Trailer JC Module Services |

Red P/u in back 1028 47C 377R                    Elaine Welt
worker at Colonial Bank cell                     300-8901