# HISTORY FOR
# TIMOTHY BERNARD EDWARDS (S421154987)

## — PROFILE —

| Address | Alias | Phone |
|---|---|---|
| 1005 BARNES STREET LOT 7   OPP AL  36467 | | (334) 493-2986 |

| Social Security Number | Date of Birth | Age | Race | Sex | Height |
|---|---|---|---|---|---|
| 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 | 1978-08-20 | 27 | BLACK | M | 6'  00" |

| Weight | Hair | Eyes | Other |
|---|---|---|---|
| 130 | BLACK | BROWN | |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| AL  6493740 | | | |

## — WARRANTS —

| Number | Type | Date Issued | Charge | Disposition | Date Served |
|---|---|---|---|---|---|
| 00-000000249 | ALIAS | 2000-05-22 | SPEEDING | EXECUTED | 2000-05-22 |
| 02-000000743 | ON-VIEW | 2002-12-16 | POSSESSION OF DRUG PARAPHERNALIA | EXECUTED | 2002-12-17 |
| 02-000000744 | ON-VIEW | 2002-12-16 | POSSESSION OF MARIJUANA 2ND DEGREE | EXECUTED | 2002-12-17 |
| 04-000000002 | ARREST | 2004-01-07 | CONTEMPT (FAILURE TO PAY) | RECALLED | |
| 97-000000283 | WARRANT | 1997-07-09 | MENACING | EXECUTED | 1997-07-09 |
| 97-000000288 | WARRANT | 1997-07-15 | REC STOLEN PROP III | EXECUTED | 1997-07-15 |

## — CASES —

| Case #/Charge | Arrest Date | Status | Court Date | Disposition/Police # | Bond | Owed |
|---|---|---|---|---|---|---|
| MC02-0000552  POSSESSION OF DRUG PARAPHERNALIA | 2002-12-16 | CLOSED | 2003-01-23 | DISMISSAL (2003-01-31) | | |
| MC02-0000553  POSSESSION OF MARIJUANA 2ND DEGREE | 2002-12-16 | CLOSED | 2003-01-23 | DISMISSAL (2003-01-31) | | |
| MC97-0000324  MENACING | 1997-07-09 | CLOSED | 1997-08-21 | GUILTY (1997-08-21) | | |
| MC97-0000328  REC STOLEN PROP III | 1997-07-15 | CLOSED | 2000-07-20 | GUILTY (1997-09-18) | | |
| MC99-0000558  DISORDERLY CONDUCT | 1999-11-08 | CLOSED | 2000-07-20 | GUILTY (1999-12-16) | | |
| TR00-0000342  SPEEDING | 2000-03-27 | CLOSED | 2000-06-22 | GUILTY (2000-06-22) | $200.00 (CASH) | |
| TR00-0001169  POSS/DISP OF LICENSE | 2000-09-21 | CLOSED | 2000-01-18 | GUILTY (2000-11-16) | | |
| TR00-0001236  SPEEDING | 2000-09-30 | CLOSED | 2000-01-18 | GUILTY (2000-11-16) | | |
| TR01-0000404  DRIVING WHILE LICENSE SUSPENDED | 2001-06-03 | CLOSED | 2002-01-17 | GUILTY (2001-07-19) | | |



DEFENDANT'S EXHIBIT 8

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT ON FILE IN THE OPP MUNICIPAL COURT OFFICE.

Diane Dayford

COURT CLERK

# HISTORY FOR
## TIMOTHY BERNARD EDWARDS (S421154987)

--- CASES ---

| Case #/Charge | Arrest Date | Status | Court Date | Disposition/Police # | Bond | Owed |
|---|---|---|---|---|---|---|
| TR01-0001358<br>DRIVING WHILE LICENSE REVOKED | 2001-12-13 | CLOSED | 2003-12-25 | GUILTY (2002-07-09) | | |
| TR01-0001359<br>INSURANCE REQUIRED | 2001-12-13 | CLOSED | 2003-12-25 | GUILTY (2002-07-09) | | |
| TR02-0000010<br>SEAT BELT REQUIRED | 2002-01-07 | CLOSED | 2002-03-06 | GUILTY (2002-02-28) | | |
| TR02-0000011<br>DRIVING WHILE LICENSE SUSPENDED | 2002-01-07 | CLOSED | 2003-12-25 | GUILTY (2002-07-09) | | |
| TR02-0000012<br>IMPROPER TAG | 2002-01-07 | CLOSED | 2002-03-06 | GUILTY (2002-02-28) | | |
| TR02-0000053<br>DRIVING WHILE LICENSE SUSPENDED | 2002-01-15 | CLOSED | 2003-12-25 | GUILTY (2002-07-09) | | |
| TR02-0000348<br>SEAT BELT REQUIRED | 2002-05-03 | CLOSED | 2002-06-20 | GUILTY (2002-05-23) | | |
| TR02-0000349<br>IMPROPER TAG | 2002-05-03 | CLOSED | 2002-06-20 | DISMISSAL (2002-06-20) | | |
| TR02-0000350<br>INSURANCE REQUIRED | 2002-05-03 | CLOSED | 2003-12-25 | GUILTY (2002-06-20) | | |
| TR02-0000908<br>SEAT BELT REQUIRED | 2002-12-16 | CLOSED | 2003-01-23 | GUILTY (2003-01-23) | | |
| TR05-0000585<br>DRIVING WHILE LICENSE REVOKED | 2005-08-18 | CLOSED | 2005-11-01 | GUILTY (2005-11-01) | | |
| TR05-0000586<br>INSURANCE REQUIRED | 2005-08-18 | CLOSED | 2005-11-01 | GUILTY (2005-11-01) | | |

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT ON FILE IN THE OPP MUNICIPAL COURT OFFICE.

*Diane Danford*

COURT CLERK