## AFFIDAVIT OF DIANE DANFORD

Comes now Diane Danford and, having been duly sworn, testifies that she has personal knowledge of the following matters.

1. My name is Diane Danford. The following statements are based upon my personal knowledge.

2. I am the Court Clerk for the Municipal Court of the City of Opp.

3. Defendant's Exhibit 8 is a record of regularly conducted business activities of the Opp Municipal Court. The entries were created at the time of the events listed therein and relate to those events. The entries were created by persons with knowledge of the events. The record is kept in the course of the regularly conducted business activity of the Opp Municipal Court. It was the regular practice of the Opp Municipal Court to make such records. I am the custodian of records for the Opp Municipal Court.

4. Defendant's Exhibit 8 is also a public record. It sets forth the activities of the Opp Municipal Court. The Opp Municipal Court is a public office.

5. Defendant's Exhibit 8 is a true and correct copy of the Opp Municipal Court history for Timothy Bernard Edwards.

6. According to our records, Timothy Bernard Edwards has only been arrested once for Possession of Marijuana by Opp police officers. That arrest occurred on December 16, 2002.

1

7. The Opp Municipal Court has no record of any arrest of Timothy Bernard Edwards in April 2004.

8. Further affiant sayeth naught.

_____
Diane Danford

**STATE OF ALABAMA** )
)
**COUNTY OF COVINGTON** )

Before me, the undersigned Notary Public in and for said State and County, personally appeared Diane Danford, who is known to me. Having been duly sworn, Diane Danford testified that the foregoing statements are true and correct based on her personal knowledge.

This the 10 day of July, 2006.

[SEAL]

_____
Notary Public