## AFFIDAVIT OF GERRI EZELL

Comes now Gerri Ezell and, having been duly sworn, testifies that she has personal knowledge of the following matters.

1.  My name is Gerri Ezell. The following statements are based upon my personal knowledge.

2.  I am the Human Resources Officer for the City of Opp, Alabama.

## Work History of Jason Sutherland

3.  The City of Opp hired Jason Sutherland as a Police Officer on June 14, 2002. Jason Sutherland resigned his employment on September 5, 2003.

4.  The City of Opp rehired Jason Sutherland as a Police Officer on February 2, 2004. Jason Sutherland resigned again on January 12, 2005.

5.  On December 16 and 17, 2002, Jason Sutherland was employed by the City of Opp.

6.  Jason Sutherland worked the overnight shift that began at 9:30 p.m., on December 16, 2002, and ended at 5:30 a.m., on December 17, 2002. Kevin Wise also worked that shift.

7.  On April 5 and 6, 2004, Jason Sutherland was employed by the City of Opp. However, his scheduled off days were Sunday and Monday.

1

8. Jason Sutherland did not work at all on Sunday, April 4, 2004, or Monday, April 5, 2004.

9. Jason Sutherland returned to work at 1:30 p.m., on Tuesday, April 6, 2004, and worked until 9:30 p.m.

10. Jason Sutherland was not assigned to the overnight shift on April 5 or 6, 2004.

11. Jason Sutherland was not on duty during the early morning hours of April 5 or 6, 2004.

12. Defendant's Exhibit 1 is a true and correct copy of Jason Sutherland's time card for the pay period including April 5 and 6, 2004.

### Work History of Keith Wise

13. The City of Opp hired Keith Wise as a Police Officer on September 1, 2000. Keith Wise resigned his employment in November 2002.

14. The City of Opp rehired Keith Wise as a Police Officer on January 5, 2005. Keith Wise is still employed by the City of Opp.

15. Between November 2002 and January 2005, Keith Wise was not employed by the City of Opp.

16. On December 16 and 17, 2002, Keith Wise was not employed by the City of Opp.

17. On April 5 and 6, 2004, Keith Wise was not employed by the City of Opp.

2

## **Work History of Kevin Wise**

18. The City of Opp hired Kevin Wise was hired as a Police Officer on September 15, 2000. Kevin Wise resigned his employment on January 15, 2003.

19. The City of Opp rehired Kevin Wise as part-time Police Officer on January 5, 2005. Kevin Wise resigned again on January 28, 2005.

20. Between January 15, 2003, and January 5, 2005, Kevin Wise was not employed by the City of Opp.

21. On December 16 and 17, 2002, Kevin Wise was employed by the City of Opp.

22. Kevin Wise worked the overnight shift that began at 9:30 p.m., on December 16, 2002, and ended at 5:30 a.m., on December 17, 2002. Jason Sutherland also worked that shift.

23. On April 5 and 6, 2004, Kevin Wise was not employed by the City of Opp.

24. Further affiant sayeth naught.

*[signature]*
Gerri Ezell

**STATE OF ALABAMA** )
)
**COUNTY OF COVINGTON** )

Before me, the undersigned Notary Public in and for said State and County, personally appeared Gerri Ezell, who is known to me. Having been duly sworn, Gerri Ezell testified that the foregoing statements are true and correct based on her personal knowledge.

This the 10 day of July, 2006.

[SEAL]

_____
Notary Public