## **AFFIDAVIT OF CONNIE KELLEY**

Comes now Connie Kelley and, having been duly sworn, testifies that she has personal knowledge of the following matters.

1. My name is Connie Kelley. The following statements are based upon my personal knowledge.

2. I am the Administrative Assistant for the Opp Police Department.

3. Defendant's Exhibits 2 through 7 are records of regularly conducted business activities of the Opp Police Department. They were created at the time of the events listed therein and relate to those events. They were created by persons with knowledge of the events. They are kept in the course of the Opp Police Department's regularly conducted business activity. It was the regular practice of the Opp Police Department to make such records. I am the custodian of records for the Opp Police Department.

4. Defendant's Exhibits 2 through 7 set forth the activities of the Opp Police Department. The Opp Police Department is a public office.

5. Defendant's Exhibit 2 is a true and correct copy of the In-Car Video Tape Information Log for the patrol car assigned to Officer Kevin Wise on December 16 and 17, 2002.

6. Defendant's Exhibit 3 is a true and correct copy of the Alabama Uniform Arrest Report for Timothy Bernard Edwards. Exhibit 3 is dated December 16, 2002.

7. Defendant's Exhibit 4 is a true and correct copy of the Computer-Aided Dispatch ("CAD") log for December 16 and 17, 2002.

1

8. Defendant's Exhibit 5 is a true and correct copy of the Computer-Aided Dispatch ("CAD") log for April 5 and 6, 2004.

9. Defendant's Exhibit 6 is a DVD that contains a true and correct copy of the video footage from Kevin Wise's in-car video camera for the traffic stop and arrest of Timothy Bernard Edwards on December 16, 2002, and for the traffic stop of Scotty Edwards on December 17, 2002.

10. Defendant's Exhibit 7 is a true and correct copy of Dispatcher Mary Brundidge's handwritten notes from the morning of December 17, 2002.

11. Further affiant sayeth naught.

_____
Connie Kelley

**STATE OF ALABAMA** )
)
**COUNTY OF COVINGTON** )

Before me, the undersigned Notary Public in and for said State and County, personally appeared Connie Kelley, who is known to me. Having been duly sworn, Connie Kelley testified that the foregoing statements are true and correct based on her personal knowledge.

This the 10 day of July, 2006.

[SEAL]

_____
Notary Public

2