## AFFIDAVIT OF JASON SUTHERLAND

Comes now Jason Sutherland and, having been duly sworn, testifies that he has personal knowledge of the following matters.

1. My name is Jason Sutherland. The following statements are based upon my personal knowledge.

2. The City of Opp hired me as a Police Officer on June 14, 2002. I resigned my employment on September 5, 2003.

3. The City of Opp rehired me as a Police Officer on February 2, 2004. I resigned again on January 12, 2005.

### December 16-17, 2002

4. On December 16 and 17, 2002, I was employed by the City of Opp.

5. I worked the overnight shift that began at 9:30 p.m., on December 16, 2002, and ended at 5:30 a.m., on December 17, 2002. Kevin Wise also worked that shift with me.

6. On Monday, December 16, 2002, at 10:04 p.m., Kevin Wise made a traffic stop on Timothy Bernard Edwards and arrested him for Possession of Marijuana. I arrived on the scene of the stop and acted as backup officer.

7. On Tuesday, December 17, 2002, at 1:34 a.m., Kevin Wise stopped Scotty Edwards. That was the same shift as the Timothy Edwards stop and arrest. I also arrived on the scene of the Scotty Edwards stop and acted as backup officer. I, personally, did not stop Scotty Edwards or search his vehicle.

1

8. Defendant's Exhibit 6 fairly and accurately depicts the events that occurred during both traffic stops.

9. The time setting on the video is twelve hours and nine minutes slow.

10. Keith Wise did not work for the Opp Police Department in December 2002. He was not present during either the Timothy Bernard Edwards stop, or the Scotty Edwards stop.

### April 5-6, 2004

11. On April 5 and 6, 2004, I was employed by the City of Opp. However, my off days were Sunday and Monday.

12. Defendant's Exhibit 1 is a true and correct copy of my time card for the pay period including April 5 and 6, 2004.

13. I did not work at all on Sunday, April 4, 2004, or Monday, April 5, 2004.

14. I returned to work at 1:30 p.m., on Tuesday, April 6, 2004, and worked until 9:30 p.m.

15. I was not assigned to the overnight shift in April 2004.

16. I was not on duty during the early morning hours of April 5 or 6, 2004.

17. I did not participate in a traffic stop of Scotty Edwards on April 5 or 6, 2004.

18. Further affiant sayeth naught.

_Jason Sutherland_  7-10-2006
Jason Sutherland

**STATE OF ALABAMA** )
)
**COUNTY OF COVINGTON** )

Before me, the undersigned Notary Public in and for said State and County, personally appeared Jason Sutherland, who is known to me. Having been duly sworn, Jason Sutherland testified that the foregoing statements are true and correct based on his personal knowledge.

This the 10 day of July, 2006.

[SEAL]

_Arlene Wiggins_
Notary Public

3