## AFFIDAVIT OF KEITH WISE

Comes now Keith Wise and, having been duly sworn, testifies that he has personal knowledge of the following matters.

1. My name is Keith Wise. The following statements are based upon my personal knowledge.

2. I am a Police Officer for the City of Opp, Alabama.

3. The City of Opp first hired me as a Police Officer on September 1, 2000. I resigned my employment in November 2002.

4. The City of Opp rehired me as a Police Officer on January 5, 2005. I am still employed by the City of Opp.

5. Between November 2002 and January 2005, I was not employed by the City of Opp.

6. On December 16 and 17, 2002, I was not employed by the City of Opp.

7. On April 5 and 6, 2004, I was not employed by the City of Opp.

8. To the best of my knowledge, I have never been involved in a traffic stop of Scotty Edwards.

9. I have a brother named Kevin Wise. He previously worked for the Opp Police Department.

10. Further affiant sayeth naught.

_____
Keith Wise


**STATE OF ALABAMA**           )
                               )
**COUNTY OF COVINGTON**        )

Before me, the undersigned Notary Public in and for said State and County, personally appeared Keith Wise, who is known to me. Having been duly sworn, Keith Wise testified that the foregoing statements are true and correct based on his personal knowledge.

This the ___ day of July, 2006.

[SEAL]

_____
Notary Public

2