IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SCOTTY J. EDWARDS, #207067, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:06-cv-214-WKW |
| FLORALA, ALABAMA, POLICE DEPARTMENT, et al., | ) |
| Defendants. | ) |

**NOTICE OF FILING EXHIBIT**

Defendants Keith Wise and Jason Sutherland give notice of filing Defendant's Exhibit 6, which is a DVD, conventionally.

_____
James H. Pike (PIK003)
Attorney for Defendants Keith Wise
and Jason Sutherland

OF COUNSEL:

COBB, SHEALY, CRUM & DERRICK, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@cobb-shealy.com

1

**CERTIFICATE OF SERVICE**

I, James H. Pike, certify that on July 10, 2006, I electronically served a copy of this document upon:

Gary L. Willford, Jr.
WEBB & ELEY
P.O. Box 238
Montgomery, Alabama 36101-0238

I, James H. Pike, further certify that on July 10, 2006, I mailed a copy of this document, postage prepaid and properly addressed, to:

Scotty J. Edwards
AIS #207067
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama  35749

_____
James H. Pike