In the District Court of the United States
For the Middle District of Alabama
Northern Division

RECEIVED
2006 AUG 17 A 9: 57

Scotty Edwards, 202067 )
)
Plaintiff )
)
)
V. ) Civil Action No. 2:06-CV-214-MEF
)
Florala, Al., Police Dept., et al )
)
Defendants. )

## Plaintiff Motion to Extend Time

Come now, Plaintiff, Scotty J. Edwards, in the above-styled case, and request that this Honorable court extend the filing time for my response to the Defendant's, Keith Wise and Jason Sutherland, answer. By 30 days of 8-12-06. In support thereof, Plaintiff state as follows:

1. The plaintiff has no appropriate means to view Defendant's Exhibit 6, which is a DVD.
2. The Plaintiff is in prison and has limit supply of Postal stamps and the prison only will supply two a week

(1)

3. The plaintiff also has a institutional job everyday. And also have very limitive time to use the law libary. Which only ten inmates are alloud to use it at a time and there is well over 2000 inmates at this camp. Which is inadualquit and unreasonable for purpossive of corresponding with this Honorable Court and Defendant's with the appropriate time.

4. No party will be prejudice as a result of the granting of an extension of time. Wherefore, premises considered, Plaintiff request that that Honorable Court Extend the time for him to file his response until 9-12-06.

Respectfully resubmitted this 12th day of Aug. 2006

<u>Scotty J. EDWARDS</u>
Scotty J. Edwards

Plaintiff:
Scotty J. Edwards (207067)
L.C.F. 14A-29B
28779 Nick Davis Rd.
Harvest, Al. 35749

<u>Certificate of Service</u>

I hereby certify that I have mailed by United

(2)

States Postal Service the document to the following defendant's lawyer:

Jason Sutherland and Keith Wise (Defendant's) Lawyer: Cobb, Shealy, Crum & Derrick, P.A.
Post Office Box 6346
Dothan, Alabama 36302-6346

This the 12th day of Aug. 2006

(3)