In the District Court of the United States
for the Middle District of Alabama
Northern Division

RECEIVED
2006 AUG 17  A 9:57
[illegible], CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Scotty J. Edwards, 209067    )
                             )
                             )
    Plaintiff                )
                             )
V.                           )  Civil Action No. 2:06-CV-214-MEF
                             )
Florala, Al, Police Dept., et Al.  )
                             )
    Defendants.              )

### Plaintiff Motion to Extend Time

Come now, Plaintiff, Scotty J. Edwards, in the above-styed case, and request that this Honorable Court extend the filing time for my response to the Defendant's, Greg Jackson and Chris Inabinett, answer until 9-10-06. Which no deadline was stated. In support thereof, Plaintiff state as follows:

1. The Plaintiff is in prison and has limit supply of Postal Stamps and the prison only will supply two a week.

2. The Plaintiff also has a institutional job. And also have very limitive time to use the law libary. Which is inadualquit

(1)

and unreasonable for purposive of corresponding with this Honorable court and Defendant's with the appropriate time.

3. No party will be prejudice as a result of the granting of an extension of time. Wherefore, premises considered, Plaintiff request that that Honorable court extend the time for him to file his response until 9-10-06.

Respectfully resubmitted this 12th day of Aug. 2006

*Scotty J. Edwards*

Plaintiff:
Scotty J. Edwards (202067) 14-A-29B
28779 Nick Davis Rd
Harvest, Al. 35749

## Certificate of Service

I hereby certify that I have mailed by United States Postal Service the document to the following defendants' lawyers: Greg Jackson, Chris Inabinett, defendants, Webb & Eley, P.C., a Lawyers
7475 Halcyon Pointe Road
Post Office Box 240909
Montgomery, Alabama 36124

This the 12th day of Aug. 2006

(2)