IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SCOTTY J. EDWARDS, #207067, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. ) 2:06-CV-214-MEF |
| FLORALA, AL. POLICE DEPT., et al., | ) ) |
| Defendants. | ) |

### ORDER ON MOTIONS

By Order entered July 13, 2006 (Doc.27) the court set an August 7, 2006, deadline for the plaintiff to file any response to the Special Reports/Answers filed by Defendants Jackson and Inabinett (Doc.21) and Defendants Wise and Sutherland (Doc. 26). Five days after the deadline for any such response, Plaintiff dated and tendered for mailing separate *Motions to Extend Time* for his responses – "by 30 days of 8-12-06." (Docs. 29 and 30, Aug. 17, 2006).

An incarcerated prisoner who proceeds *pro se,* Plaintiff submits as reasons for his *Motions* that he "has no appropriate means to view Defendant's Exhibit 6, which is a DVD" and that his incarceration provides him not only limited stamps and supplies but also limited time for use of the law library because of his daily institutional job.

The court concurs with Plaintiff that no party will be prejudiced from a grant of the requested extension, and the circumstances attendant to Plaintiff's incarceration make the time requested reasonable. It is, therefore, **ORDERED**

1. That *Plaintiff's Motion to Extend Time* (Doc. 29) *is GRANTED to the extent that his*

*deadline for responding to the Special Reports/Answers of* Defendants Wise and Sutherland is EXTENDED to September 12, 2006.

2. That *Plaintiff's Motion to Extend Time* (Doc. 30) *is GRANTED to the extent that his deadline for responding to the Special Reports/Answers of* Defendants Jackson and Inabinett is EXTENDED to September 12, 2006.

3. That counsel for Defendants Wise and Sutherland are DIRECTED to confer promptly with counsel for the Alabama Department of Corrections in order to arrange appropriate means and times for Plaintiff to view not later than September 5, 2006, their DVD exhibit filed July 14, 2006.

Done this 18th day of August, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE BOYD