## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| SCOTTY J. EDWARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number 2:06-cv-214-WKW |
| | ) |
| FLORALA POLICE DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF COMPLIANCE

Counsel for defendants Jason Sutherland and Keith Wise gives notice of compliance with the Court's order of August 18, 2006. By telephone conversation today, Dianne Sisk of Limestone Correctional Facility advised that Mr. Edwards viewed the DVD exhibit on Thursday, August 31, 2006.

/s/ James H. Pike
James H. Pike  (PIK003)
Attorney for Defendants
Jason Sutherland and Keith Wise

OF COUNSEL:

COBB, SHEALY, CRUM, DERRICK & PIKE, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail jpike@cobb-shealy.com

**CERTIFICATE OF SERVICE**

I, James H. Pike, certify that on September 6, 2006, I electronically served a copy of this document upon:

Gary L. Willford, Jr.
WEBB & ELEY
P.O. Box 238
Montgomery, Alabama 36101-0238

I, James H. Pike, further certify that on September 6, 2006, I mailed a copy of this document, postage prepaid and properly addressed, to:

Scotty J. Edwards
AIS #207067
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama  35749

                                          **/s/ James H. Pike**
                                          James H. Pike