In the District Court of the United States
for the Middle District of Alabama
Northern Division

RECEIVED
2006 OCT -5 A 9:19

Scotty Edwards, #202067

  Plantiff,

V                                    Civil Action No. 206-CV-214-MEF

Florala, Al. Police Dept., et al.,

  Defendants.

Motion for Enlargement of time

Plaintiff, Scotty J. Edwards come to the Honorable Court requesting a Enlargement of time. The date of September 2006 was the required date for my responses to be in. I'm requesting as many days of enlargement of time as the state will allow.

This request for enlargement of time should be GRANTED for the following reasons:

(1)

(1) The Inmate that was helping the Plaintiff at Limestone was transferred to another Camp. The Inmate has the Plaintiff's response and the Plaintiff paperwork. The Plaintiff has been tring and has located the Inmate through help of a lady friend in the free world. Has sent contact letter to have everything sent back to him.

(2) The Plaintiff has now been transferred to Decatur Work release. Were he has no law books and only one computer for all inmates use.

(3) The Plaintiff's state job has him occupied during most of the hours that he is alloud to be in the law libary. So the Plaintiff is seeking outside counsel help on these cases.

(4) No party will be prejudiced as a result of the granting of an extension of time. WHEREFORE, premises considered, Plaintiff request that this Honorable Court Extend the time for him to file an Answer and Special Report.

Respectfully submitted this the 25th day of Sept.

_Scotty Edwards_
SCOTTY EDWARDS

(2)

of Plaintiff:

Scotty J. Edwards
1401 Hwy 20 West
Decatur, Alabama 35601

## Certificate of Service

I hereby certify that I have mailed by United State Postal Service to the following participants:

Cobb, Shealy, Crum & Derrick, P.A.
Post Office Box 6346
Dothan, Ala. 36302-6346
Attorney for the Defendants
Jason Sutherland and Keith Wise

Webb & Eley, P.C.
7475 Halcyon Pointe Drive
P.O. Box 240909
Montgomery, AL. 36124
for Greg Jackson, Chris Inabinett

This the 25th day of September, 2006

SCOTTY EDWARDS
Scotty Edwards