IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SCOTTY J. EDWARDS, #207067,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:06-cv-214-WKW |
| ) | |
| **FLORALA, ALABAMA, POLICE** ) | |
| **DEPARTMENT, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**REPLY OF DEFENDANTS KEITH WISE AND JASON SUTHERLAND**

By order dated October 12, 2006, the Court established a final deadline of November 22, 2006, for the Plaintiff to respond to the Defendants' special reports.

The Plaintiff previously received two extensions of time to file a response. The Plaintiff still has not responded.

In the Court's orders of July 13, 2006, and October 12, 2006, the Court warned the Plaintiff that his failure to respond would be treated as an abandonment of his claims and a failure to prosecute.

WHEREFORE, defendants Keith Wise and Jason Sutherland respectfully contend that this action should be dismissed with prejudice.

                                    **/s/ James H. Pike**
                                    James H. Pike  (PIK003)
                                    Attorney for Defendants Keith Wise
                                    and Jason Sutherland

1

OF COUNSEL:

COBB, SHEALY, CRUM, DERRICK & PIKE, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@cobb-shealy.com

## CERTIFICATE OF SERVICE

I, James H. Pike, certify that on November 29, 2006, I electronically served a copy of this document upon:

Gary L. Willford, Jr.
WEBB & ELEY
P.O. Box 238
Montgomery, Alabama 36101-0238

I, James H. Pike, further certify that on November 29, 2006, I mailed a copy of this document, postage prepaid and properly addressed, to:

Scotty J. Edwards
AIS #207067
1401 Highway 20 West
Decatur, Alabama 35601

/s/ James H. Pike
James H. Pike

2