IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SCOTTY J. EDWARDS, #207067,          )
                                      )
            Plaintiff,                )
                                      )
    v.                                )    CIVIL ACTION NO. 2:06-CV-214-WKW
                                      )
FLORALA, AL. POLICE DEPT., et al.,    )
                                      )
            Defendants.               )

### ORDER

On December 4, 2006 (Doc. 36), the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

**ORDERED** that:

1.     The Recommendation be and is hereby adopted. The motions for summary judgment filed on behalf of Defendants Jackson and Inabinett (Doc. 21) and Defendants Wise and Sutherland (Doc. 26), each are hereby GRANTED.

2.     Judgment be and is hereby GRANTED in favor of defendants Jackson, Inabinett, Wise and Sutherland, and against the Plaintiff, Scotty J. Edwards.

3.     This case will be dismissed with prejudice.

Done this 21st day of December, 2006.


            _____/s/   W.  Keith Watkins_____
            UNITED STATES DISTRICT JUDGE