**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Scotty J. Edwards
   1401 Highway 20 West
   Decatur, AL 35601

2. Article Number (Transfer from ...): 7005 1820 0002 3465 0931

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Scotty Edwards*  ☐ Agent  ☑ Addressee

B. Received by (Printed Name)  Date of Delivery: 12-18-06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   2:06CV214
   #36 order

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Domestic Return Receipt

102595-02-M-1540